# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERCOLE A. MIRACHI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| KATHY BOOCKVAR, *et al*, | : No. 21-126 |
| Defendants. | : |

## ORDER

**AND NOW**, this 12th day of February, 2021, upon review of the dockets in this matter, and it appearing Plaintiff has paid the filing fee and filed a Complaint and twenty one (21) Amended Complaints, it is hereby **ORDERED** as follows:

1. Plaintiff shall combine all relevant allegations into one **Final Amended Complaint**. Said Complaint shall control in this matter until further order of Court and will be the only document referenced by the Court or the parties;

2. Plaintiff's Final Amended Complaint shall be filed within twenty (20) days of the date of this order; and

3. No additional filings shall be permitted other than or after the Final Amended Complaint is filed. Upon filing of Plaintiff's Final Amended Complaint, no further amendments will be permitted. At such time, after service is completed, Defendants may file responsive pleadings.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.