1
2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

Ercole A. Mirarchi

        Plaintiffs,

        v.

KATHY BOOCKVAR, in her capacity as Secretary of the State of Pennsylvania and chief of elections official; ALLEGHENY COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DAUPHIN COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; ERIE COUNTY BOARD OF ELECTIONS; LACKAWANNA COUNTY BOARD OF ELECTIONS; LEHIGH COUNTY BOARD OF ELECTIONS; MONROE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; PHILADELPHIA COUNTY BOARD OF ELECTIONS;

DEMOCRATIC NATIONAL COMMITTEE; JOSEPH R. BIDEN; and KAMALA D. HARRIS.

FBI-PA & Washington DC; SEC-Board; USDOJ-PA; HOUSE FINANCIAL SERVICES COMMITTEE.

        Defendants.

Case No.:

**ELECTION FRUAD COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES, AND REQUEST FOR INJUNCTIVE RELIEF**

**JURY TRIAL DEMANDED**

Judge:

Date Action filed: January 12, 2021
Date set for trial:

21
22
23
24
25
26
27
28

**(Final Amended Complaint, per 2/12/2021 Court Order)**

**I. NATURE OF THE CASE**

        Plaintiff, ERCOLE A MIRARCHI, brings this action individually against the Defendants:

KATHY BOOCKVAR, in her capacity as Secretary of the State of Pennsylvania; ALLEGHENY

COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; CENTRE

COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS;

DAUPHIN COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF

ELECTIONS; ERIE COUNTY BOARD OF ELECTIONS; LACKAWANNA COUNTY

BOARD OF ELECTIONS; LEHIGH COUNTY BOARD OF ELECTIONS; MONROE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; PHILADELPHIA COUNTY BOARD OF ELECTIONS; DEMOCRATIC NATIONAL COMMITTEE; JOSEPH R. BIDEN; KAMALA D. HARRIS, SEC-Board; FBI-PA & Washington DC; USDOJ-PA; HOUSE FINANCIAL SERVICES COMMITTEE (hereinafter referred to collectively as "Defendants," or individually by their respective acronyms). This complaint seeks equitable and injunctive relief to cancel Pennsylvania's ascertainment of the vote required under **U.S. Code (3 U.S.C. §6)**, in addition to seeking to suspend or cancel the result of January 6, 2021 Joint Session of our Congresses Count of Electoral Votes required under **US Code (3 U.S.C. §15)**, until an honest, competent and comprehensive examination explains to the Plaintiff, and all Common Citizens, why is it so many _geometrical_ _mathematical_ _constants_ exist, interconnect with, and or can be used to replicate many of Pennsylvania, and our Nation's 2020 Election Vote Totals without the use of mathematics of some type being used to configure a result.

Finally, this complaint seeks treble and punitive damages for fraud and conspiracy in violation of the **Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. (sec) 1962** for Defendants' collective and organized concealment of mathematically engineered processes, and or other methods, used in an _Election Fraud Scheme_ to disenfranchise and nullify Plaintiff's, and all Citizens voice as to who governs us, which was devised, operated, supported or participated in by many Individuals, Organizations, Corporations, Government Agencies and Foreign Countries or Agencies thereof, than what is listed here in this legal filing, which at this time are unknown to the Plaintiff, and need to be identified so they can be added to this complaint, when practical.

**II. JURISDICTION and PARTIES**

KATHY BOOCKVAR, in her capacity as Secretary and a sworn officer of the State of Pennsylvania; ALLEGHENY COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DAUPHIN COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; ERIE COUNTY BOARD OF ELECTIONS; LACKAWANNA COUNTY BOARD OF ELECTIONS; LEHIGH COUNTY BOARD OF ELECTIONS; MONROE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; PHILADELPHIA COUNTY BOARD OF ELECTIONS; who carried out the Pennsylvania Secretary of State directives.

DEMOCRATIC NATIONAL COMMITTEE, Washington DC; JOESPH R. BIDEN of Wilmington Delaware, and KAMALA D. HARRIS of San Francisco California, who, in their cooperative capacity was at the head of, and led, the Democratic Party's Pennsylvania, and Nationwide 2020 Presidential Campaign efforts headquartered in Philadelphia, Pennsylvania.

SEC-BOARD, Washington DC; FBI-PA AND HEADQUARTERS, Washington DC; USDOJ-PA AND HEADQUARTERS, Washington DC; HOUSE FINANCIAL SERVICES COMMITTEE, Washington DC; in their collective capacity as regulatory, law enforcement, and justice agencies who wittingly ignored information and crimes that are now connected to this 2020 Election Fraud Scheme, Coup, and High Treason acts.

ERCOLE A MIRARCHI is a resident of Philadelphia, Pennsylvania where all events giving rise to this incident took place. Therefore, jurisdiction of this court is proper.

**NOTE:** There are many calculations listed in this complaint formulated using Microsoft EXCEL, transposed to Microsoft WORD, then to a PDF file so it could be filed with this Court. Plaintiff did double check all calculations to make sure there were no errors, however, there could be a chance during the transfer process, one, if any at all, may have been corrupted and will contain an error, which is unintentional, and if brought to the Plaintiff's attention can be corrected in seconds.

### III. FACTUAL ALLEGATIONS

1.      This lawsuit is <u>NOT</u> about President Trump.  This lawsuit is about Election Fraud.

2.      On November 3, 2020, a General Election for Electors for the President and Vice President of our Country was held, set by law, **(3 U.S.C. §1)**.

3.      On this day, Plaintiff cast a vote, in person, at a designated polling facility in the State, County, City, and District in which he resides.

4.      The ballot Plaintiff cast in our 2020 Election at the designated polling facility assigned to the District in which he resides, recorded his vote, in what he believes was a relatively new and automated Election Systems & Software, herein ES&S, Voting Booth

5. .      Like all citizens who patriciate in our Election process, at all times Plaintiff was under the belief the vote he cast on Election Day allowed him to have a say as to who leads us at the State and Federal levels of our Government over the next 2-4 years.

6.      Between the evening hours of November 3, 2020, through December 14, 2020, the counting of popular votes took place, nationwide, and the filing of Certificates of Ascertainment by each State soon followed in accordance with law (3 U.S.C. §6).

### <u>Mathematical Constants were found in our Nationwide Vote Totals</u>.

7.      A few weeks after our Election was held, out of curiosity arising from hearing about massive voter fraud allegations occurring in his home town, Plaintiff reviewed our Nation's Election results, where he recognized the 80,117,578 votes Democratic Presidential Candidate Joe Biden, and his running mate Kamala Harris, had received as of November 28, 2020, 5:17 PM, interconnected with a *geometrical math constant*, the Golden Ratio Squared, 2.61803399, and a Reconstruction Cost Value, 601118, that was uncovered to be a *numeric mechanism* of some sort used in *financial engineering*, which was hidden under the guise of a set of <u>untrue</u> Marshall & Swift building appraisal

records, which ironically, was unfairly and <u>criminally</u> used against Plaintiff in unrelated litigation heard here in the US District Court for the Eastern District of Pennsylvania.

8.      The series of calculations below, which is from a larger analysis somewhat recently submitted to Authorities to review in regards to this matter, support the allegation made in <u>Paragraph 7</u> by showing how the <u>square root of (the *geometrical math constant*, the Golden Ratio squared, 2.61803399, multiplied by a numeric variation of the square root of a value, 601118, that was hidden under the guise of a set of **untrue** building appraisal records used against Plaintiff in an unrelated civil litigation heard in the Eastern District Court)</u> equates to the number of Nationwide votes, 80,117,<u>578</u>, the *Associated Press* reported at <u>11/28/2020, 5:17 PM</u> for Joe Biden and Kamala Harris.

| Equation | Result | Note |
|---|---|---|
| SQRT(2.61803399*SQRT(0.0601118)) = | 0.80117<u>34</u> | , is a numerical difference of 44 votes from Biden/Harris **"80,117,578"** votes cast in the 2020 Presidential Election as of <u>11/28/2020, 5:17 PM</u>. |
| (((0.80117578^2)/2.61803399)^2) = | 0.060111<u>9</u> | , numerically equates to the **"601118"** Reconstruction Cost Value hidden under the guise of an <u>untrue</u> building appraisal report. |
| ((0.80117578^2)/SQRT(0.0601118)) = | 2.61803<u>686</u> | , equates to the math constant, the *Golden Ratio Squared*, (1.61803399^2) = **2.61803399**. |

9.      It was at this time Plaintiff realized our Elections may have been RIGGED, from the start, using some sort of a *math process* and or other unknown methods, which if so, the vote he or anyone else in our Country casted in our 2020 Election, didn't count, at all. And what made Plaintiff realize our Election was rigged, was the values hidden under the guise of the <u>untrue</u> records mentioned in <u>Paragraphs 8 and 9</u> was involved in a 2008 multibillion-dollar accounting and securities fraud scheme that a Federal Court, Congress, SEC, FBI, and USDOJ are aware of, but to date dismissed it at the expense, livelihood and well-being of Plaintiff, which is a separate, but now *somewhat loosely related matter*, for the reason the two used the same, or similar, math, which is no coincidence.

10.     To be sure of the serious allegation raised in <u>Paragraphs 7 - 9</u>, which would mean High Treason and or a Coup was taking place here in our Country, over the next month Plaintiff continued to monitor our 2020 Presidential Election result vote totals as updates came in, where he continued to observe how *geometrical math constants* interconnect with the vote totals from our 2020 Presidential Election, which the series of arithmetic calculations below demonstrates.

| **"360"** is the number of degrees in a **"Circle"**. | **(3.14159\*2)** is **"2Pi"**, commonly referred to as **"Tau"**. | |
|---|---|---|
| SQRT((81.029063^2)/2) = | 57.29**6** | , is 1 Radian, (360/(3.14159\*2)) = **57.296**. |
| SQRT(((360/(3.14159\*2))^2)\*2) = | 81.02**8537** | , is numerically a 526 vote difference from Biden's **"81,029,063"** vote total, as of, <u>11:59 PM, Thursday, December 3, 2020</u>, 30 days or 1 month after our Election was held. |
| ((81.029063/(360/(3.14159\*2)))^2) = | **2** | , is equal to the number **"2"**, whose inverse is "0.5", which both are commonly used multipliers, and or divisors, in various mathematic formulas. |

11.     The fact a ***Radian*** can be arithmetically derived from the 2020 Presidential Election vote total for Democratic Presidential Candidate, Joe Biden, and his running mate, Kamala Harris, confirmed Plaintiff's vote-rigging suspicion, for the reason, a *Radian* is an *International Systems of Units (SI)* measure for a circle, or, more specifically, the length of an arc of a circle. A *Radian* is a dimensionless value, so the <u>only</u> way it can be uncovered is with the use of Arithmetic.



12.     And, for the reason *geometric math constants* used in *math processes* can only be uncovered by running arithmetic calculations against the data used in a process, to learn

a *Radian* can be arithmetically derived from our 2020 Election vote totals, is <u>proof</u>, to show a *math process* of some type was used to manipulate the outcome, which isn't only Election Fraud, it is a Coup and High Treason, and to make matters worse, Congress, Regulatory, Law Enforcement/Justice Agencies are aware of this, and to date, ignored it.

13.     So, out of an abundance of caution, when the vote totals for our Presidential Election changed on 12/6/2020, Plaintiff conducted another review to make sure the vote-rigging claim he suspected, was true, and once again, he uncovered another series of arithmetic calculations, shown below, supporting his claim, *geometrical math constants* interconnect with, and or can be used to replicate vote total values from our 2020 Presidential Election.

The 1st calculation below uses the 12/6/2020 vote totals for Biden **81,255,933** and Trump **74,196,153**. The 2nd calculation uses all *Geometrical Math Constants* to attain a like result as in the 1st calculation.

Variables:

- **"3.1415927"**, is PI,   **"2.61803399"**, is the Golden Ratio Squared,   and   **"1.618"** is one of several commonly referred to values for the Golden Ratio, also known as Phi, which when Cubed (raised to the 3rd Power) creates another math constant common to Sacred Geometry.

(81.255933-74.196153) =     7.0597**80**   , is numerically a 4 vote difference.
(((2.61803399*2)/3.1415927)*(1.618^3)) =   7.0597**76**

## <u>Math constants were also found in the State of Pennsylvania's Popular Vote Totals.</u>

14.     On 11/24/2020, Pennsylvania completed counting votes and certified their Election results in favor of Democratic Candidates Biden/Harris, who received 3,458,229 votes. Republican Candidates Trump/Pence received 3,377,674 votes, and Libertarian Candidate Jo Jorgensen received 79,380 votes, totaling 6,915,283 votes between them.

15.     The 1st calculation below shows how *2x's Golden Ratio Squared divided by the sum of votes cast in Pennsylvania (PA) for the 3-Presidential Candidates listed on their ballot for our 2020 Election, shown in Paragraph 14, expressed as a decimal, squared* equates

to a *Radian*, which is commonly referred to as 57.3 degrees.  The two calculations that

follow show *geometric math constants* can replicate vote values from PA's Election.

$(((2.61803399*2)/0.6915283)^2) =$  57.**3**  , equates to 1 Radian, (360/(3.1416)) = **57.296**, when rounded is **"57.3"**, a commonly referred to, and used, value for it.

$(57.3/(10-1.618)) =$  6.836**077**  , is a -174 vote difference from the vote total Pennsylvania certified for Biden and Trump.  **NOTE:** The math constant **"1.618"** is the Golden Ratio,

$(3.458229+3.377674) =$  6.835**903**  and **"10"**, is dummy value that represents 100% of value.

16.     The next series of calculations below continues to show how *geometrical math*

*constants* connect with values from our 2020 Election, in this case, the difference

between the vote total values the State of Pennsylvania tallied and <u>certified</u> on 11/24/2020

for both Biden and Trump, to the 232 Electoral Votes Trump won in our 2020 Election.

$(3.458229-3.377674) =$  0.08055**5**
$(SQRT(232)/((36.0/(1.61803399^2))^2)) =$  0.08055**4**  , is a 1 vote difference.

$((3.458229-3.377674)/(SQRT(232)/((360/(1.61803399^2))^2))) =$  100  , is equal to 100% of value.

$(3.458229-(SQRT(232)/((\underline{36.0/(1.61803399^2))}^2))) =$  3.37767**5**  , is a -1 vote from the **"3,377,674"** votes PA certified for Biden.

$(3.377674+(SQRT(232)/((\underline{36.0/(1.61803399^2))}^2))) =$  3.45822**8**  , is a 1 vote from the **"3,458,229"** votes PA certified for Biden.

$(((3.458229-3.377674)*((\underline{36.0/(1.61803399^2))}^2))^2) =$  23**2**  , is equal to the **"232"** Electoral Votes Trump received in 2020.

$SQRT(SQRT(232)/(\underline{3.458229-3.377674})) =$  13.7507**3**  , is equal to the **"232"** Electoral Votes Trump received in 2020.
, numerically equates to the Golden Angle, expressed as (36.0/(1.61803399^2)) = **13.75078**.

17.     The next calculation below shows the core logic in the series of calculations listed in

<u>Paragraph 16</u> can be expanded upon to equate to a *Radian*, which continues to support a

*math process*, using *geometrical math constants,* was used by someone to rig our 2020

Election, which could be for no other reason than to favor one candidate over the other.

$SQRT(1/((\underline{0.3458229-0.3377674})*((\underline{0.360/(1.61803399^2))}^2)*2)) =$  57.29**4**  , is equivalent to **a Radian**, (360/(3.1416)) = **57.296**.

18.     The next series of calculations shows how the number of Electoral Votes Trump/

Pence received nationwide in our Presidential Election, also connect, through *geometrical*

*math constant*, in this case, the Golden Ratio Squared, to Pennsylvania's 11/24/2020

certified vote totals for <u>all</u> Presidential Candidates listed on their ballot.

| | | |
|---|---|---|
| $(((1-(1/6.915283))*2.61803399)+(3.458229-3.377674))$ = | 2.3**2** | , is numerically equal to the **"232"** Electoral Votes Trump/Pence received in our Presidential Election. |
| $(2.32-((1-(1/6.915283))*2.61803399))$ = | 0.08055**3** | , is numerically 2 votes from the difference between PA's certified vote totals for Biden and Trump, (3.458229-3.377674) = **0.080555**. |
| $(3.458229-(2.32-((1-(1/6.915283))*2.61803399)))$ = | 3.37767**6** | , is numerically a -2 vote difference from the "**3,377,674**" votes Pennsylvania certified for Trump/Pence on 11/24/2020. |
| $(3.377674+(2.32-((1-(1/6.915283))*2.61803399)))$ = | 3.45822**7** | , is numerically a 2 vote difference from the "**3,458,229**" votes Pennsylvania certified for Biden/Harris on 11/24/2020. |
| $(1/(1-((2.32-(3.458229-3.377674))/2.61803399)))$ = | 6.9152**41** | , is numerically a 42 vote difference from the votes PA certified on 11/24/2020 for <u>all</u> 3-Candidates listed on their ballot for Biden, Trump and Jorgenson: (3.458229 + 3.377674 + 0.079380) = **6.915283**. |
| $((2.32-(3.458229-3.377674))/(1-(1/6.915283)))$ = | 2.61803**1** | , is equivalent to the Golden Ratio squared, **2.618034**. |
| $((1/6.915283)+((2.32-(3.458229-3.377674))/2.61803399))$ = | **1** | , is equal to "**1**", which is a dummy variable representing 100% of value. |

19.    The next calculation below <u>*takes this segment (2.32-(3.458229-3.377674)) of the*</u>

<u>*(last 3) calculations listed in*</u> Paragraph-18*, then swaps out 232- Trump/Pence Electoral*

<u>*votes with 306+ Biden/Harris Electoral votes, multiplying it by 2, then dividing that*</u>

<u>*result into 360, the number of degrees in a Circle,*</u> it equals 57.3, the commonly referred

to value for a *Radian*, which further supports Radian *Measure* logic was being used

in *math processes*, contained in the *algorithms* that rigged our 2020 Presidential Election.

| | | |
|---|---|---|
| $(360/((3.06+(3.458229-3.377674))*2))$ = | 57.**3** | , is equal to "**57.3**", the commonly referred to value for 1 Radian. |

20.    The 1st and 2nd calculations below show where the values in the series that follow

connect, which continues to support how many values from our 2020 Elections either

interconnect with, or can be replicated using *geometrical math constants* that are

common to, and used in, *Financial Engineering*, such as the Fibonacci 618 investing value, or 100% less the Fibonacci 618 investing value, (100-618) = 382.

| | | |
|---|---|---|
| SQRT(1/3.1416) = | 0.56418**9** | |
| (1-((0.3377674^2)*(10-6.18))) = | 0.56418**8** | |
| (((0.3377674^2)*(10-6.18))+SQRT(1/3.1416)) = | **1**.0 | , equals **1**, which represents **100%** of value**.** |
| ((1-SQRT(1/3.1416))/(0.3377674^2)) = | 3.8**2** | , numerically equals 100% of value less the **Fibonacci 618** value, (10-6.18) = **3.82.** |
| SQRT((1-SQRT(1/3.1416))/(10-6.18)) = | 0.337767**2** | , is numerically **2** votes from the **"3,377,674"** vote total Pennsylvania certified for Trump. |
| (1/((1-((0.3377674^2)*(10-6.18)))^2)) = | 3.141**6** | , is equal to **"Pi"**, **3.1416**. |

**Weeks after Pennsylvania certified their vote, the Associated Press reported a small change.**

21. A few weeks after Pennsylvania's vote certification, as of 12/31/2020, the Associated Press (AP) reported the final vote totals for Pennsylvania to be 2,300 votes higher than what they certified on 11/24/2020, with Democratic Candidate Joe Biden gaining 1,694 votes, now having 3,459,923 votes, Republican Candidate Donald Trump gaining 589 votes, now having 3,378,263 votes, and the Libertarian candidate Jorgensen gaining 17 votes, now having 79,397 votes, for a total of 6,917,583 votes between them.

22. Performing research to uncover why the Associated Press reported 2,300 more votes for the State of Pennsylvania than what Pennsylvania, itself, certified on 11/24/2020, Plaintiff observed the 2,300 vote difference came from Allegheny County.

https://www.buckscountycouriertimes.com/elections/results/race/2020-11-03-presidential-PA-0/

- Click on "Allegheny County", which is to the left, it will show Allegheny County PA 11/24/2020 vote totals to be: Biden: 429,065; Trump: 282,324; Jorgenson: 8,344.

Now go to https://www.alleghenycounty.us/elections/election-results.aspx

- Click on "2020 General", and it will take you to the link below. https://results.enr.clarityelections.com/PA/Allegheny/106267/web.264614/#/summary

Where it shows Allegheny County PA Vote totals to be 2300 higher:

Biden: 430,759, which is 1,694 votes more; Trump: 282,913, which is 589 votes more; Jorgenson: 8,361, which is 17 votes more.

23.   And know, the change in Pennsylvania's vote totals for Biden, Trump, and Jorgenson don't matter to the claims raised in this complaint, for the reason both sets of values were configured, at different points in time, by the <u>same</u> *algorithms*, containing the *math* used to rig our Election. And with this being said, it's fair for Plaintiff to use both sets of vote values, for Pennsylvania, in calculations to show our Election was mathematically rigged, as each value had a role and was derived from the same *processes* used in this scheme.

24.   Supporting the statement made in <u>Paragraph 23</u>, the next calculation below shows how the two-vote total values that came out of Pennsylvania for Biden/Harris, and Trump/Pence, interconnect to equal 1 degree, in Radians, whose *inverse* value is 57.3 degrees, which continues to support a mathematically devised scheme was in place.   **NOTE:** In the calculation below, ***RADIANS ( )***, is the Microsoft EXCEL Function for a Radian.

<u>(1/RADIANS((3.458229+3.377674)/(3.459923+3.378263)))</u> =   57.**3**   , is equivalent to **57.3**, the commonly referred to value for 1 Radian**.**

25.   Moreover, applying the same arithmetic logic from the first calculation listed in <u>Paragraph 15</u> to the total of the updated vote values shown in <u>Paragraph 21</u>, the calculation below shows the 2,300 vote change the AP reported for all 3-candidates listed on Pennsylvania's ballot doesn't affect the overall result, as it still equates to a *Radian*.

(((2.61803399*2)/0.6917583)^2) =   57.29**3**   , is about equal to 1 Radian, (360/(3.1416)) = **57.296.**

26.   In *Financial Engineering*, Fibonacci 618, and 100% less its value, are widely used investing metrics. The values 618, and <u>100% of value less 618</u>, are often used to forecast trends, or to model Asset/Debt leveraging vehicles.  With this being said, the series below shows how the *<u>inverse of 100% of value (i.e. 10) less the Fibonacci 618 investing value</u>* equals *<u>(100% of value less (3,378,263 total votes Trump/Pence received in Pennsylvania (PA) divided by the 6,917,583 total votes cast in that State for all Presidential Candidates</u>*

*listed on their ballot)) squared*, which supports Fibonacci logic was used in the *math*

*processes* developed to configure or guide the results of PA's 2020 Presidential Election.

| | | |
|---|---|---|
| (1/(10-6.18)) = | 0.2617**8** | , These two results show a connection, which happens to equal a value found in that *other somewhat related matter*, FFH's 2008-Q1, pg. 1, **"2,617.8"** Common stock. |
| ((1-(3378263/6917583))^2) = | 0.2617**8** | |

| | | |
|---|---|---|
| ((1-SQRT(1/(10-6.18)))*6917583 = | 3378**240** | , is a 23 vote difference from the **"3,378,263"** votes Trump/Pence received in PA's election, as of 12/31/2020. |
| (3378263/(1-SQRT(1/(10-6.18)))) = | 6917**631** | , is -48 votes from the total votes, **"6,917,583"**, cast in PA's 2020 Election for all 2-Presidential candidates on their ballot. |
| (1/((1-(3378263/6917583))^2)) = | 3.8**2** | , is numerically equal to 100% of value, i.e. **"10"**, less a variant of the **Fibonacci 6.18** investing value, **(10-6.18) = 3.82.** |
| (10-(1/((1-(3378263/6917583))^2))) = | 6.1**8** | , is numerically equal to the **"Fibonacci 6.18"** investing value. |

**In this Election Fraud, decimals made it possible to conceal the math logic being used.**

27.     Plaintiff, and all Citizens for this matter, have Constitutional rights to vote in honest

and fairly conducted Elections, which in our 2020 Election, wasn't the case. *"The right to*

*vote is protected in more than the initial allocation of the franchise. Equal protection*

*applies as well to the manner of its exercise. Having once granted the right to vote on*

*equal terms, the State may not, by later arbitrary and disparate treatment, value one*

*person's vote over that of another."* <u>Bush v. Gore, 531 U.S. 98, 104-05 (2000)</u>.

28.     At a State of Arizona legislature hearing, held on 11/30/2020, where voting fraud

was the subject, a Mathematician testified as to how *Voting Booth Machine/Systems* store

votes, not as a whole integers, but as floating point values (i.e. <u>decimals</u>), which can be

manipulated by using an internal, or external program.  This testimony is publically listed

on YouTube, see <u>Dr Shiva Ayyadurai, MIT PhD Testimony 113020 - YouTube</u>, around

minutes 13:00 through minutes 32:34, <u>https://www.youtube.com/watch?v=nwHa1pfyJjc</u>.

29.     Keeping in mind the comment made in <u>Paragraph-28</u>, some of the calculations listed

throughout this complaint, such as the ones below, will show, firsthand, how the change

to a decimal place in one of the values used in a calculation, which Plaintiff refers to as a

*decimal point maneuver*, *i.e. multiply by "10", "100", etc., or "0.1", "0.001", etc.*, or you can simply change the decimal place to one of the variables used in a calculation, conceals a result exposing the math logic being used, by someone, to facilitate this Election Fraud, which is not a coincidence as the calculations below show how the *difference between the updated vote totals for Biden/Harris and Trump/Pence in the State of Pennsylvania* equates to the *Fibonacci 618 investing value raised to the 3rd Power, multiplied by a decimal representation of Biden/Harris updated Pennsylvania vote total*.

$$(3.459923-3.378263) = \quad 0.08166$$
$$((0.618^3)*0.3459923) = \quad 0.08166$$

$$(1/((0.3459923/(3.459923-3.378263))^{(1/3)}) = \quad 0.618$$ , is equal to the **Fibonacci 618** investing value.
$$(1/(((3.459923/(3.459923-3.378263))*0.1)^{(1/3)}) = \quad 0.618$$

30.     The next calculation below supports the statement above, in <u>Paragraph 29</u>, by showing how an arithmetic variation of the last calculation listed in that series equates to 1 *Radian*, which further supports the *Radian Measure* is a key part of the math logic someone used to rig PA's 2020 Election to favor Biden/Harris, over Trump/Pence, which disenfranchised this Plaintiff, and all others votes regardless of who they were supporting.

$$SQRT(1/((((3.459923-3.378263)*3.459923)*100)^{(1/3)})) = \quad 0.573$$ , numerically equates to **57.3**, a value commonly referred to as 1 Radian.

**<u>There is something suspect about the small increase in votes the Associated Press (AP) found to be added to Pennsylvania's vote after certifying a win for Biden/Harris.</u>**

31.     In various disciplines (Engineering, Physics, Finance, etc.) math constants such as the Golden Ratio, *e*, Pi, etc. have several iterations for each.  There are no rules as to what iteration of a *math constant* will be used in a process, or how they're used in an application (i.e. target value vs. a fixed constant) is at the discretion of the user.  With this being said, for the constant Pi, 3.14159265… …, some of the commonly used variations for it are: "3.14", "3.142", "3.14159", "3.141593" and "3.1416".  In addition, when a math constant

is used as a *"target"* or *"guide"* value in a process, close approximations for each (i.e. *about equal to*, or *equates to*) reached from using arithmetic calculations to determine it is considered acceptable; recall, there are no rules, and the iteration used is up to the user.

32.     Keeping in mind comments from <u>Paragraph 31</u>, the series below use variations of Pi in calculations to equate to the 3,458,229 votes Pennsylvania certified for Biden/Harris on 11/24/2020, and the 3,459,923 updated vote total the Associated Press reported for Biden/Harris by 12/31/2020, by showing how variations of Pi, and its inverse value (1/n), add up to values numerically equivalent the vote total values Biden/Harris received in PA.

**NOTE:** Recognize, the (Pi+<u>(1/Pi)</u>) logic used below may be a variation of the Tau math constant, which is 2Pi, which when divided from a 360 degree circle equals 1 *Radian*, (360/<u>(3.1416\*2)</u>) = 57.296.

| | | |
|---|---|---|
| (3.459923-<u>(1/3.1416))</u> = | 3.141**6** | , is equal to one of the commonly referred to values for Pi, **3.1416.** |
| (3.1416+<u>(1/3.1416))</u> = | 3.4599**09** | , is a 14 vote difference from the **3,459,9**23 votes the Associated Press reported Biden/Harris received in Pennsylvania as of 12/31/2020. |
| (3.458229-<u>(1/3.142))</u> = | 3.1**400** | , is equal to one of the commonly referred to values for Pi, **3.14.** |
| (3.14+<u>(1/3.142))</u> = | 3.458**269** | , is a -40 vote difference from the **3,458,2**29 votes PA certified for Biden. |

**The result of this calculation, <span style="color:red">(1/(3.459923-3.1416)) = 3.14146</span>, keeps repeating itself.**

33.     Using different *geometrical math* values, Pi, and 100% of value less the Golden Ratio, the series below shows how an equivalent Pi association between the sum of votes Pennsylvania certified on 11/24/2020 for Biden and Trump, <u>(3.458229+3.377674)</u>, and the updated votes, 3.459923, the AP reported for Biden in that State as of 12/31/2020.

**NOTE:** In the calculations below, **"10"** is a dummy value representing 100% of value.  **"1.61803399"** is the Golden Ratio, **"360"** represents the number of degrees in a circle, and **"2"** is a divisional value representing ½ value.

| | | |
|---|---|---|
| (1/(3.459923-3.1416)) = | 3.1414**6** | , both results are within range of **"Pi"**, which supports it is likely to be a target variable used in this election fraud scheme. |
| ((360/((3.458229+3.377674)\*(10-1.61803399)))/2) = | 3.1414**5** | |

34.     The series below shows how the calculations listed in <u>Paragraph 33</u> also equate to a *Radian*, which continues to prove a *Radian measure* is present and used in the

*algorithms*, or *math processes*, someone developed to rig Pennsylvania's 2020

Presidential Election.

(360/((1/(3.459923-3.1416))*2)) =      57.29**8**   , is about equal to 1 Radian, which is

((3.458229+3.377674)*(10-1.61803399)) =      57.29**8**   commonly referred to as **"57.3"**.

35.    The calculations below show how the 1st calculation listed in Paragraph-33,

(1/(3.459923-3.1416)) = **3.14146**, connects to the 306 Electoral Votes Biden/Harris, and

the 232 Electoral Votes Trump/Pence, each received in our 2020 Presidential Election.

SQRT((10-SQRT(1/(SIN(RADIANS(232))-SIN(RADIANS(306)))))/0.314159265) =   3.14146**6**   , both results

SQRT((10-SQRT(1/(SIN(RADIANS(232))-SIN(RADIANS(306)))))/RADIANS(18)) =   3.14146**6**   equate to Pi.

36.    The calculation below shows how the inverse of any of the two calculations shown

Paragraph 35, plus Pi, equals the 3,459,953 updated vote total Biden/Harris received in

Pennsylvania's 2020 Election, which continues to prove it was mathematically rigged.

(1/(SQRT((10-SQRT(1/(SIN(RADIANS(232))-SIN(RADIANS(306)))))/RADIANS(18)))+3.1416) =   3.45992**3**

**NOTE:** The 1st calculation listed in Paragraph 35 shows how a *decimal point maneuver* was needed to the Pi value, 0.314159265, to keep the values used in that calculation inline so the arithmetic could continue, uninterrupted, which is not a gimmick, for the reason as the analysis of this Election Fraud continued, and a better understanding of the math logic being used in the algorithms created for this Election Fraud Scheme developed, the reason for that *decimal point maneuver* was revealed, which in this case is RADIAN (18) numerically equates to Pi Radians.

37.    The next series of calculations below show how the *geometric math constants* the

*(Golden Ratio Squared, Squared)* minus a numeric variant of the *inverse of Tau (i.e. 2Pi)*

equals the sum of the updated votes Biden/Harris and Trump/Pence received in

Pennsylvania's 2020 Election, as of 12/31/2020.

**NOTE:** To see the associations below, a *decimal point maneuver*, i.e. multiply by "10" or "0.1", is needed, which is a clever way for wrongdoers to hide the math logic that they used to conduct this Election Fraud Operation, and it helps to explain the reason why our votes, in the *voting machines system*, is saved in a decimal format, versus whole integers.

, is equal to the sum of PA's
12/31/2020 votes for Biden/
Harris and Trump/Pence,

((2.61803399^2)-((1/(3.14159265*2))*0.1)) =   6.838186   (3.459923+3.378263) = **6.838186.**

, is numerically equal to PA's
12/31/2020 vote total for
Trump/Pence, **3,378,263.**

(((2.61803399^2)-((1/(3.14159265*2))*0.1))-3.459923) =   3.37826**3**

- 15 -

$(((2.61803399\text{^}2)-((1/(3.14159265*2))*0.1))-3.378263) =$    3.459923    , is numerically equal to PA's 12/31/2020 vote total for Biden/Harris, **3,459,923.**

$\text{SQRT}(((1/(3.14159265*2))*0.1)+(3.459923+3.378263)) =$    2.61803390    , is about equal to the Golden Ratio Squared, **2.61803399.**

38.   The calculation below swaps out the red-colored segment of the calculation listed in Paragraph-37 with the red colored calculation listed in Paragraph 35, to show how the two interrelate, which continues to prove *geometric math logic* was used to configure, model, and guide Pennsylvania's 2020 Presidential Election results.

$((2.61803399\text{^}2)-((3.459923-3.1416)/2)*0.1)) =$    6.838186    , is numerically equal to the sum of PA's 12/31/2020 vote total for Biden/Harris and Trump/Pence, (3.459923+3.378263) = **6.838186.**

39.   The next series of calculations below explain why a *decimal point maneuver* was needed in the series of calculation listed in Paragraph 35, and recognize, "180" and or "1800", are both a part of the Radian formulas (180/3.14159265) or (1800/ 31.4159265) = 57.296, which continues to support the *Radian Measure*, which can only be found by running arithmetic calculations against the vote totals to determine its use, is a key part of the *geometric math* logic used in the *math processes* that rigged our 2020 Elections.

$((2.61803399\text{^}2)-(1/(\text{RADIANS}(1800)*2))) =$    6.838186    , is numerically equal to the sum of PA's 12/31/2020 vote total for Biden/Harris and Trump/Pence, (3.459923+3.378263) = **6.838186.**

$(((2.61803399\text{^}2)-(1/(\text{RADIANS}(1800)*2)))-3.459923) =$    3.378263    , is equal to Pennsylvania's 12/31/2020 vote total for Trump/Pence, **3,378,263.**

$(((2.61803399\text{^}2)-(1/(\text{RADIANS}(1800)*2)))-3.378263) =$    3.459923    , is numerically equal to Pennsylvania's 12/31/2020 vote total for Biden/Harris, **3,459,923.**

$\text{SQRT}((3.459923+3.378263)+(1/(\text{RADIANS}(1800)*2))) =$    2.61803390    , is about equal to the Golden Ratio Squared, **2.61803399.**

40.   The series of calculations below show how the sum of Biden/Harris and Trump/ Pence votes received in Pennsylvania's Election, as of 12/31/2020, (3.459923+3.378263),

divided by the sum of votes Pennsylvania certified on 11/24/2020 for all Presidential

Candidates listed on their ballot (Biden, Trump, Jorgenson), (3.458229+ 3.377674+

0.07938), numerically equates to the math constant (4/SQRT(1.61803399)) squared.

**NOTE:** To see the associations below, a *decimal point maneuver*, i.e. *multiply by "10" or "0.1"*, is needed, which is a clever way for wrongdoers to hide the math, and processes being used to facilitate their Election Fraud Scheme.

$$((3.459923+3.378263)/(3.458229+3.377674+0.07938)) = 0.988851$$

, numerically equates to ((4/SQRT(1.61803399))^2) = **9.88854.**

$$SQRT(((3.459923+3.378263)/(3.458229+3.377674+0.07938))*10) = 3.1446005$$

, is about equal to (4/SQRT(1.61803399)) = **3.1446055.**

$$(((3.459923+3.378263)/((4/SQRT(1.61803399))^2))*10) = 6.915261$$

, is a 22 votes from (3.458229+3.377674+ 0.07938) = **6.915283.**

$$(((3.458229+3.377674+0.07938)*((4/SQRT(1.61803399))^2))*0.1) = 6.838208$$

, is -22 votes from **6.838186.**

41.     The 1st calculation below is from Paragraph-33 of this complaint.

$$(1/(3.459923-3.1416)) = 3.14146$$ , which equates to Pi.

The 2nd calculation below is the same as the 1st calculation above, only without the

*inverse*.  The 3rd calculation below shows how the *fourth-root of the Golden Ratio less*

*the sum of the total votes the Associated Press reported Biden/Harris and Trump/Pence*

*both received in the State of Pennsylvania, as of 12/31/2020, multiplied by 2* (which "2" is a

common divisor, and or multiplier, used in many math formulae's that are also used in *financial engineering*)

numerically equates to the result of the 2nd calculation shown below, which is a variation,

and a close approximation of the *inverse* value for the constant Pi, which Plaintiff came

across a few times in the calculations he submitted to support this complaint.

$$(3.459923-3.1416) = 0.318323$$ , equates to the *inverse* of Pi.

$$(((1.618034^4)-(3.459923+3.378263))*2) = 0.0318323$$ , equates to the *inverse* of Pi.

The 4th calculation below uses a *decimal point maneuver*, i.e. *multiply by "10" or*

*"0.1"*, or you can adjust the decimal place to one of the values used in a calculation to

bring the result of this (4th) calculation in line with the result in the 5th calculation, which

is often done in *mathematically engineered schemes*, so the two can be consolidated.

And recognize, the results below equate to the *inverse* of the constant Tau, which is 2Pi.

((1/((1/(3.459923-3.1416))*2))*0.1) =   0.0159162
((1.618034^4)-(3.459923+3.378263)) =   0.0159162    , numerically equates to the *inverse* of **Tau**, 2Pi.

The 6th calculation below shows in place of a <u>*decimal point maneuver*</u>, i.e. <u>multiply 20 by</u>

<u>0.1</u>, you can simply use "20" *in place of* the multiplier/divisor, "2".

**NOTE:** Be aware, as more analysis is conducted and a better understanding of the math logic being used is in this scheme is attained, *decimal point maneuvers* will either be corrected with other logic that Plaintiff is not yet aware of, which was demonstrated in <u>Paragraph 35</u>, or, the reason for the *decimal point maneuver* will be found within the error-handling procedures of the *algorithms* developed for this scheme.

((3.459923-3.1416)/((1.618034^4)-(3.459923+3.378263))) =    **2**0    , is numerically equal to the multiplier and or divisor **"2"**, i.e. (2 * 10) = 20.

The 7th, 8th, 9th & 10th calculations below show how the 1st & 2nd calculations from

the beginning of <u>this</u> <u>Paragraph (41)</u> connect, and circle back to the votes the Associated

Press, by 12/31/2020, reported Biden/Harris received in Pennsylvania's 2020 Election.

((((1.618034^4)-(3.459923+3.378263))*20)+3.1416) =   3.45992**3**    , is equal to PA's **3,459,923** votes for Biden/Harris.

((1.618034^4)-(1/((1/(3.459923-3.1416))*20))) =   6.838186    , is equal to PA's **6,838,186** votes for Biden and Trump.

SQRT((3.459923+3.378263)+(1/((1/(3.459923-3.1416))*20))) =   2.618034    , is equal to 2x's the Golden Ratio, **2.618034**.

(((3.459923+3.378263)+(1/((1/(3.459923-3.1416))*20)))^(1/4)) =   1.618034    , is equal to the Golden Ratio, **1.618034**.

Last, for this <u>Paragraph (41)</u>, the 11th calculation shows how the core logic used in the

series above numerically equates to Erie Country PA's <u>*Vote for 1*</u> 2020 Election total,

which supports that logic, in some way, was a part of the logic placed in *algorithmic*

*processes* which, in part, used voting machine data to rig Pennsylvania's 2020 Election.

((1.618034-((3.459923+3.378263)^(1/4)))/(3.459923+3.378263)) =   0.00013748**4**    , is numerically 7 votes from Erie PA 137,491 **vote for 1**.

42.    The next calculation below continues to support *geometric math constants*, and logic,

which in this case is the *harmonic number 432*, interconnects with the sum of the vote

total values Biden/Harris and Trump/Pence received in Pennsylvania's 2020 Election.

((1.61803399/0.360)/SQRT((0.360/2.618)*3.1416)) =   6.838223   , is -37 votes from Biden & Trump's PA votes (3.459923+ 3.378683) = **6.838186**.

(((1.61803399/0.360)/(3.459923+3.378263))^2) =   0.432   , equates to ((0.360/2.618)*3.1416)=**0.432**.

(1/((3.459923+3.378263)*SQRT((0.360/2.618)*3.1416))) =   0.222493   , equates to the *Reflex of the Golden Angle* (0.360/1.618034) = **0.222492.**

43.    The calculations below show((***Euler–Mascheroni** constant rounded to five digits, 0.577216, divided by the (fourth-root of (100% of value, expressed here as "10" minus Pi rounded out to five digits, 3.141593))), divided by (100% of the value, expressed here as "0.01" minus the (inverse (1/n) of a 360 degree Circle)))* equals **6838.185**, which is numerically a 1 vote difference from the updated sum of votes the Associated Press, by 12/31/2020, reported Biden and Trump received in Pennsylvania, which supports the vote totals that came out of Pennsylvania's Election was configured using *math processes*.

((0.577216/((10-3.141593)^(1/4)))/((0.01-(1/360))^2)) =   6838.185   , is numerically a 1 vote difference from what the Associated Press, by 12/31/2020, reported as the sum of votes Biden/Harris and Trump/Pence received in the State of Pennsylvania, (3459.923+ 3378.263) = **6838.186.**

(((((0.01-(1/360))^2)*6838.186*((10-3.141593)^(1/4))) =   0.577216   , is equal to *Euler–Mascheroni* math **constant** rounded to six digits, **"0.577216"**.

((0.577216/(((0.01-(1/360))^2)*6838.186))^4) =   6.858403   , is equal to 100% of value, expressed here as "10", less Pi rounded out to six digits, (10-3.141593) = **6.858407**.

SQRT((0.577216/((10-3.141593)^(1/4)))/6838.186) =   0.007222   , is equal to 100% of value, expressed here as "0.01", less the *inverse* (i.e. 1/n) of a 360 degree circle, (0.01-(1/360)) = **0.007222**.

44.    The next series of calculations expands upon the ones listed in Paragraph-43 to show how the values listed in that series numerically connect to a *Radian*, and what Plaintiff refers to in that *somewhat loosely related matter* as the REPO "105" leverage factor, which is a value used in *Financially Engineered Leveraging Schemes*, most notably in the Asset and Debt leveraging scheme that led to their Lehman Brother's 2008 bankruptcy.

Below are the result descriptions for every calculation listed in this series.

- The 1st and 2nd results below, **43.21** and **43.21**, show how the values in the calculations that follow interconnect.
- The 4th result is a variation of the Radian angular measure, expressed as **(36.0/(3.1416*2)) = 5.7296.**
- The 3rd result is a numeric variation of what Plaintiff refers to in that *other somewhat loosely related matter* as a **REPO 105** leverage factor.

$$((36.0/(3.1416*2))^2)/\text{SQRT}(0.577216)) = \qquad 43.21$$
$$((((10-3.141593)^{(1/4)})/(((0.01-(1/360))^2)*6838.186))/0.105) = \qquad 43.21$$

$$((((10-3.141593)^{(1/4)})/(((0.01-(1/360))^2)*6838.186))/(((36.0/(3.141593*2))^2)/\text{SQRT}(0.577216))) = \qquad 0.105$$
$$\text{SQRT}(\text{SQRT}(0.5772156649)*(((((10-3.141593)^{(1/4)})/(((0.01-(1/360))^2)*6838.186))/0.105)) = \qquad 5.7296$$

45.    The calculation below shows how the *(square-root of Pi, divided by (the reflex of the golden angle squared, multiplied by 2x'the golden ratio squared))* equates to a value that is a 7 vote difference from the sum of the updated votes, 6,838,186, Biden/Harris and Trump/Pence received in Pennsylvania's 2020 Presidential election, as of 12/31/2020.

$$(\text{SQRT}(3.1416)/(((0.360/1.618034)^2)*(2.618034*2))) = \qquad 6.838179$$

, is a 7 vote difference from (3.459923+3.378263) = **6.838186.**

### Our nationwide election vote totals also interconnect with math constants, and or the sum of Pennsylvania's votes for Biden/Harris and or Trump/Pence.

46.    On Tuesday, Dec. 12, 2020, at 12:37 PM, Plaintiff noticed the nationwide vote totals that the Associated Press earlier reported, changed, once again, with Biden/Harris now having 81,283,495 votes, Trump/ Pence now having 74,223,755 votes, and *all other candidates* now having 2,704,848 votes, for a total of "158,212,098" votes between them.

47.    Using the "158,212,098" vote total for *all candidates* listed in Paragraph 46, and the updated "6,838,186" vote total Biden/Harris and Trump/Pence received in Pennsylvania, as of 12/31/2020, the calculations below show the *square-root (of our nationwide votes, as of 12/12/2020, divided by, what is known in Financial Engineering as the Fibonacci 618 investing value)* equals the updated vote total (*Biden/Harris received in Pennsylvania, divided by the sum of the updated votes Biden/Harris and Trump/Pence received in Pennsylvania)*, which isn't possible, without the use of a *math process* to guide results.  The first two calculations below show where the ones that follow interconnect.

$$\text{SQRT}(158.212098/618) = \quad 0.505971$$
$$(3.459923/(3.459923+3.378263)) = \quad 0.505971$$

| | | |
|---|---|---|
| $(158.212098/((3.459923/(3.459923+3.378263))^2)) =$ | **618** | , is the Fibonacci **618** investing value. |
| $(((3.459923/(3.459923+3.378263))^2)*618) =$ | 158.212038 | , is 60 votes from **158,212,098**. |
| $(\text{SQRT}(158.212098/618)*(3.459923+3.378263)) =$ | 3.459924 | , which circles back to a value that is -1 vote from Biden's **3,459,923** PA votes. |
| $(3.459923/\text{SQRT}(158.212098/618)) =$ | 6.838185 | , is 1 vote from Pennsylvania's updated **6,838,186** votes for Biden and Trump. |

48.     Between 12/12/2020, and 12/31/2020, the Associated Press reported an insignificant change to the votes cast nationwide for Biden/Harris, -10 now 81,283,485 votes, and for Trump/Pence, -11 now 74,223,744 votes, totaling to 155,507,229 votes between them, which the calculation below models using the Fibonacci No.'s, (233/144) = 1.618056.

$$(\text{SQRT}(10-(1.618056^4))-1.618056) = \quad 0.155506816 \quad \text{, is a 413 difference from the AP's } \textbf{155,507,229} \text{ vote total.}$$

49.     The next calculation supports the Fibonacci No. Series values, (233/244) = 1.618056, was used in the math processes someone created to rig Pennsylvania and our nationwide Elections, for the reason the *(4th root of ((100% of value, expressed here as "1", less (((the sum of Pennsylvania's updated vote totals for Biden/Harris and Trump/Pence) divided by the updated votes Biden/Harris received in Pennsylvania) divided by Tau, which is the math constant for 2Pi), multiplied by 10 (which is a decimal point maneuver used to bring the result back in line))* equates to 1.618056.

**NOTE:** To see the associations below, a *decimal point maneuver*, i.e. multiply by "10" or "0.1", is needed, which is a clever way for criminals to hide the math, and processes being used to conduct their Election Fraud Schemes.

$$(((1-((6.838186/3.459923)/(3.1416*2)))*10)^{(1/4)} = \quad 1.618056 \quad \text{, equates to (233/144)} = \textbf{1.618056}.$$

50.     The 1st calculation below is from Paragraph-33.  The 2nd calculation is the *geometric math constant, (4/SQRT(1.61803399)), divided by a squared decimal version of the 81,283,485 votes the Associated Press, as of 12/31/2020, reported Biden/Harris received in our 2020 Presidential Election, less the Golden Ratio*, which equates to Pi.  The 3rd

and 4th calculations listed below show how the 1st and 2nd calculations interrelate, which continues to show and support Pennsylvania's Presidential Election vote totals was configured using *math processes*, placed in *algorithms*, based upon *geometrical logic*.

**Variables:**

- "3.1416", is a variation of Pi.
- (4/SQRT(1.61803399)), is a *geometric math constant* used in many math and science applications.
- "1.61803399", is the *geometric math constant* known as the Golden Ratio, also known as "Phi".
- "81,283,485", is the votes the AP, as of 12/31/2020, says Biden/Harris received in our 2020 Election.
- "3,459,923", is the votes the AP, as of 12/31/2020, sys Biden/Harris received in PA in our 2020 Election.

| | | |
|---|---|---|
| (1/(3.459923-3.1416)) = | 3.1414**6** | , equates to Pi. |
| (((4/SQRT(1.61803399))/((0.81283485^2))-1.61803399) = | 3.1414**7** | , equates to Pi. |
| SQRT((4/SQRT(1.61803399))/((1/(3.459923-3.1416))+1.61803399)) = | 0.81283**528** | , a -43 vote diff. |
| ((1/(((4/SQRT(1.61803399))/(0.81283485^2))-1.61803399))+3.1416) = | 3.45992**2** | , a 1 vote diff. |
| (((4/SQRT(1.61803399))/(0.81283485^2))-(1/(3.459923-3.1416))) = | 1.61803**906** | , equates to Phi. |

51.     The calculations below show how *½ the constant "Pi", 3.14159, divided by a commonly referred to variation for the Reflex of the Golden Angle, (360-137.5)* equates to the *difference* in the number of votes the Associated Press, as of 12/31/2020, reported nationwide for Biden, 81,283,485, and Trump, 74,223,744, which is 7,059,741.

| | | |
|---|---|---|
| ((3.14159/2)/(0.360-0.1375)) = | 7.059**753** | , is -12 votes from the Biden's votes less Trump's votes, (81.283485-74.223744) = **7.059741**. |
| (81.283485-((3.14159/2)/(0.360-0.1375)) = | 74.2237**32** | , is 12 votes from the **"74,223,7_44_"** votes the AP, as of 12/31/2020, says Trump received in 2020. |
| (74.223744+((3.14159/2)/(0.360-0.1375))) = | 81.2834**97** | , is a -12 votes from the **"81,283,4_85_"** votes the AP, by 12/31/2020, says Biden received in 2020 |
| (((81.283485-74.223744)*(0.360-0.1375))*2) = | 3.1415**8** | , is about equal to math constant Pi, **3.1415_9_**. |
| ((3.14159/2)/(81.283485-74.223744)) = | 0.2225 | , is numerically equal to the *Reflex of the Golden Angle*, expressed as (0.360 - 0.1375) = **0.2225**. |

52.     The series of calculations below show how *½ of the commonly referred to value for the Golden Ratio, 1.618, divided by 2 Radians, expressed as (0.360/3.14159)*, equates to the difference in nationwide votes the Associated Press, as of 12/31/2020, reported for Biden/Harris, 81,283,485, and Trump/Pence, 74,223,744, which is 7,059,741.

| | |
|---|---|
| ((1.618/2)/(0.360/3.14159)) = 7.059**851** | , is -110 votes from Biden's total votes less Trump total votes, (81.283485-74.223744) = **7.059741.** |
| (81.283485-((1.618/2)/(0.360/3.14159))) = 74.223**634** | , is a 110 votes from the **"74,223,744"** votes the AP, by 12/31/2020, reported for Trump. |
| (74.223744+((1.618/2)/(0.360/3.14159))) = 81.283**595** | , is a -110 votes from the **"81,283,485"** votes the AP, by 12/31/2020, reported for Biden. |
| ((81.283485-74.223744)*(0.360/3.14159)) = 0.80**9** | , is equal to 1/2 of the commonly referred to value for the Golden Ratio, (1.618/2) = **0.809.** |
| ((1.618/2)/(81.283485-74.223744)) = 0.11459**3** | , numerically equates to <u>2 Radian</u>, expressed as (0.360/3.14159) = **0.114592.** |

53.    The series of arithmetic calculations below show how the (<u>*difference* in the number of votes the Associated Press, as of 12/31/2020, reported for Biden/Harris, 81,283,485, and Trump/Pence, 74,223,744, which equals 7,059,741, multiplied by the *Reflex of the Golden Angle*), multiplied by 2)</u> equals an approximation of Pi, which when added to Pi, 3.1416, is a 1 vote difference from the 3,459,92**3** votes the Associated Press, as of 12/31/2020, reported Biden/Harris received in Pennsylvania's Presidential Election.

| | |
|---|---|
| (((81.283485-74.223744)*(0.360/1.61803399))*2) = <span style="color:red">3.14148</span> | , is an approximation for **"Pi"**, see Paragraph 31. |
| (3.459923-(1/(((81.283485-74.223744)*(0.360/1.61803399))*2))) = 3.141**6** | , is equal to Pi, **3.1416.** |
| ((1/(((81.283485-74.223744)*(0.360/1.61803399))*2))+3.1416) = 3.45992**2** | , is 1 vote from the **3,459,923** votes the AP says Biden/Harris received in PA, by 12/31/2020. |
| (((1/(3.459923-3.1416))/2)/(0.360/1.61803399)) = 7.0597**14** | , is -27 votes from Biden/Harris votes, less Trump/Pence votes, (81.283485-74.223744) = **7.059741,** |
| (((1/(3.459923-3.1416))/2)/(81.283485-74.223744)) = 0.22249**1** | , equates to the *Reflex of the Golden Angle*, (0.360/ 1.61803399) = **0.222492.** |
| (((0.360/1.61803399)*(81.283485-74.223744))*(3.459923-3.1416)) = 0.**5** | , is equal to **"0.5"**, whose inverse value is the No. **2.** Both values are used in Formulae's to arrive at 1/2, or 2x's a value. |

54.    Pennsylvania's vote total for Biden/Harris, as of 12/31/2020, was 3,459,923.  At that time, the Associated Press reported the sum of Biden/Harris and Trump/Pence nationwide

- 23 -

vote total to be 155,507,229.  The calculation below shows when *Biden/Harris PA vote is*

*divided by the sum of (Biden and Trump's) nationwide vote total*, it equates to the

*geometrical math value* the *Reflex of the Golden Angle*.

(3.459923/155.507229) =    0.0222492**7**    , which numerically equates to the Reflex Angle of the Golden Angle, expressed as (0.0360/1.61803399) = 0.02**224922**.

55.    The calculations below show *math constants* used in *"Rating"* and *"Investing"*, like

the *"Fibonacci 618"* value, *"e"*, 2.718, and the AMBest Rating Agency's 2008 (the Year

of our Financial Crisis) *"industry composite leverage factor"*, 1.**6**, also connect to Biden/

Harris updated Pennsylvania vote total, 3,459,923, and Trump/Pence 232 Electoral votes.

- 3.236**2**, is 2x's the inverse of the "Fibonacci 618" investing value, ((1/0.618)*2) = 3.2362.
- 81,283,**485**, is the number of votes the AP says was cast for Biden/Harris nationwide, 12/31/21.
- 3,459,92**3**, is now the number of votes the AP says was cast for Biden/Harris in the State of PA.
- 23**2**, is the number of Electoral Votes Trump won in our 2020 Presidential Election.
- 36**0**, is the number of degrees of a Circle.

(0.81283485/((SQRT(0.232)/(0.3459923/0.360))^2)) =    3.236**3**    , a difference of 1.

(((1/0.618)*2)*((SQRT(0.232)/(0.3459923/0.360))^2)) =    0.81283**358**    , a difference of 127.

((SQRT(((1/0.618)*2)/0.81283485*SQRT(0.232))*0.360) =    0.345992**0**    , a difference of 3.

((SQRT(0.81283485/((1/0.618)*2))*(0.3459923/0.360))^2) =    0.23**2**    , no difference.

(0.3459923/(SQRT(((1/0.618)*2)/0.81283485*SQRT(0.232))) =    0.36**0**    , no difference.

SQRT(SQRT((0.618*2)/0.81283495)/SQRT(0.232)) =    1.**6**    , is AMBest **"1.6"** industry composite factor.

(((3.60/1.61803399)^4)/SQRT(81.283485)) =    2.71**8**    , equates to the math constant *e*, **2.718**.

56.    The calculation below shows how the *(inverse of (the square-root of (a decimal*

*version of the number of nationwide votes the Associated Press reported, by 12/31/2020,*

*for Biden/ Harris, 81,283,485, multiplied by (100% of value, expressed here as "1", less*

*what Plaintiff refers to in that other somewhat loosely related matter as the REPO 105*

*leverage factor)) multiplied by this calculation from (1/(3.459923-3.1416)) = 3.14146*

*from Paragraph-33))* equals the commonly referred to value for Phi, 1.618.

(1/(SQRT(0.81283485*(1-(1/1.05)))*(1/(3.459923-3.1416)))) =    1.61**8**    , is equal to the commonly referred to value for Phi, **1.618**.

57.    The calculation below shows _(100% of value, expressed here as "0.1", less the_ _(square-root (inverse of Trump/Pence nationwide vote total, 74,223,744, as of_ _12/31/2020) divided by the constant "e", 2.71828))_ is numerically equivalent to the commonly referred to value for a _Radian_, 57.3.

| (0.1-(SQRT(1/74.223744)/2.71828)) = | 0.057**3** | , is about equal to 1 Radian, commonly referred to as **57.3**. |

### PA's certified vote totals connect to a Radian less 51.83 degrees of a Kepler Triangle.

58.    The triangle below has an angle of 51.83° (or 51°50′) with a cosine of 0.618 or Phi, (i.e. DEGREES(ACOS(0.618)) = **51.83**).  And, if you extend the bottom yellow line of this triangle towards the right to the green-line, the arc of this particular section of this circle is a _Radian_.  **NOTE:** The picture below was borrowed from _Phi and Fibonacci in Kepler and Golden Triangles - The Golden Ratio: Phi, 1.618_, May 13, 2012, by Gary Meisner, https://www.goldennumber.net/triangles/ .



The series of calculations below show how the number of votes Pennsylvania certified for Trump/Pence on 11/24/2020, 3,377,674, can be derived with an arithmetic calculation of _1 Radian less 51.83 degrees multiplied by the Fibonacci 618 investing_ _value_, which continues to support math processes were used to rig our 2020 Election.

**NOTE:** In the series below "1" or "10" are dummy values, or place holders, to represent 100% of value.  "51.83" was used in place of DEGREES(ACOS(0.618)) = 51.83 and "Pi" was truncated to save space on the line.

| (3.377674/((360/(3.1416*2))-51.83)) = | 0.618 | , is equal to the _Fibonacci 618_ investing value, and recall, _multiply 0.618 by 360 degrees_, is the reflex of the Phi angle. |
| ((3.377674/0.618)+51.83) = | 57.29**5** | , is about equal to 1 Radian, (360/(3.1416*2)) = **57.296**. |
| ((360/(3.1416*2))-(3.377674/0.618)) = | 51.8**3** | , is the **"51.83"** degree angle related to Kepler's Triangle. |
| (((360/(3.1416*2))-51.83)*0.618) = | 3.377**769** | , is a -95 vote difference from the "**3,377,674**" votes Pennsylvania certified for Trump on 11/24/2020. |

The next calculation is the same as the one directly above this, only Pi is rounded to its 8th digit to match the number of decimal places for the *inverse of the Golden Raito*, which brings the result of this calculation close, a difference of 255 votes, to the **3,378,263** total vote amount the Associated Press reported for Trump/Pence in the State of Pennsylvania as of 12/31/2020.

(((360/(3.14159265*2))-51.83)*0.61803399) =    3.378**038**    , a 225 vote difference from the **"3,378,263"**.

The calculations below show the core logic above also equates to the **3,459,923** total votes the Associated Press reported Biden/Harris received as of 12/31/2020.

(1/((1-0.3459923)^4)) =    5.466**0**
((360/(3.141593*2))-DEGREES(ACOS(0.618))) =    5.466**0**

(1-SQRT(SQRT(1/((360/(3.141593*2))-DEGREES(ACOS(0.618)))))) =   0.345992**8**   ,-5 vote diff.
(SQRT(SQRT(1/((360/(3.141593*2))-DEGREES(ACOS(0.618)))))+0.3459923) =    **1**   , i.e. 100%.

SQRT((1-((1-0.3459923)^4))*10) =    2.858**4**    , is equal to the (Six minus Pi) discussed in <u>Paragraphs 106 and 114</u>.

<u>**Math constants also interconnect with, and or can replicate values from Philadelphia County PA's Vote Totals for Biden/Harris and Trump/Pence.**</u>

59.      The series of calculations below show how the *<u>square root (of the sum of votes Biden/ Harris and Trump/Pence received in the City of Philadelphia, multiplied by the number of votes cast at the City of Philadelphia Polling facilities)</u>* equates to a variation of the math logic, *"<u>Pi multiplied by Phi</u>"*, where "Phi" is another name for the Golden Ratio, expressed here as the **Fibonacci 618** investing value, (1/(0.618*3.14159)) = **0.51506**.

SQRT((0.604175+0.132870)*0.359952) =    0.51507    , is a difference of 0.00001 from a variation of **Pi multiplied by the Golden Ratio**, expressed as the *inverse* of the (**Fibonacci 618** investing value multiplied by Pi), (1/(0.618*3.14159)) = **0.51506**.

(1/(((3.14159*0.618)^2)*(0.604175+0.132870))) =    0.359940    , is 12 votes from the **359,952** votes cast, in person, at Philadelphia PA Polling facilities.

(1/(((3.14159*0.618)^2)*0.359952)) =    0.737020    , is numerically 25 votes from the sum of Phila. PA vote totals for Biden/Harris and Trump/Pence, (604,175+132,870) = **737,045.**

60.     The calculation below shows how the _4th root (of the total number of votes Biden/_

_Harris and Trump/Pence received in the City of Philadelphia, divided by the number of_

_votes Biden/Harris and Trump/Pence were certified to have received in the State of_

_Pennsylvania on 11/24/2020)_ numerically equates to the commonly referred to value for

a _Radian_, 57.30, which continues to show math constants, in particular _Radian Measure_

logic, was used in _math processes_ to configure Pennsylvania's 2020 Election vote totals.

**Variables:**

-   (604,175+132,870) = **737,045**, is the City of Philadelphia's vote total for Biden and Trump.
-   (3,458,229+3,377,674) = **6,835,903**, is the sum of votes Biden and Trump were certified to have received in the State of Pennsylvania, as of 11/24/2020.

$((0.737045/6.835903)\wedge(1/4)) = 0.573\underline{\textbf{3}}$ , is numerically equal to 1 Radian, expressed as (3.60/(3.14159*2)) = 0.57296, when rounded is **0.573**.

61.     The next calculation shows the _square root (inverse (of the total number of votes cast_

_in Philadelphia for Biden (604,175) and Trump (132,870), multiplied by a variation of_

_the Golden Angle)) equates to a value in the range of Pi_, which continues to support

Pennsylvania's vote was configured by _processes_ using _geometrical math constants_.

$SQRT(1/((0.604175+0.132870)*(0.360*(0.618\wedge2)))) = 3.141\underline{\textbf{3}}$ , is about equal to Pi, 3.14159 or **3.1416**.

62.     The series below continues to support Philadelphia PA votes, which is where

Plaintiff casted his vote at a local polling facility on an ES&S machine, was configured

using _math processes_ based upon _geometrical math constants_.  The first four calculations

below give you two different looks at where the values in calculations 5 - 10 interconnect.

**NOTE:** In the series of calculations below, the associations can only be recognized with the use of a _decimal point maneuver_, i.e. _multiply by "10" or "0.1"_, or you can adjust the decimal place to one of the values used in a calculation to recognize it, which is what was done below as the value "74.223744' was changed to "7.4223744".

-   **3.1415<u>9</u>**, both results are about equal to Pi.
-   **0.5150<u>65</u>**, is the inverse of the (Fibonacci 618 investing value multiplied by Pi).
-   **<u>1</u>**, a dummy variable that represents 100% of value.
-   **2.71828<u>2</u>**, is the math constant _"e"_, which in EXCEL is expressed as EXP(1).
-   **61<u>8</u>**, is the Fibonacci 618 investing value.

- 27 -

- **74,223,744**, is the number of votes, "74,223,744",  the Associated Press, as of 12/31/2020, says Trump/ Pence received in our 2020 Presidential Election.
- **359,952**, is the votes cast, in person, at Philadelphia PA Polling facilities.
- **737,045**, is numerically a -2 vote difference from Philadelphia PA County's vote total for both Biden/Harris and Trump/Pence, (0.604175+ 0.132870) = 0.737045.

| | |
|---|---|
| (EXP(1)/(1-(1/7.4223744))) = | 3.14153 |
| (1/(SQRT((0.604175+0.132870)*0.359952)*0.618)) = | 3.14154 |
| (((1-(1/7.4223744))/EXP(1))/0.618) = | 0.515074 |
| SQRT((0.604175+0.132870)*0.359952) = | 0.515074 |
| ((1/7.4223744)+(EXP(1)*(SQRT((0.604175+0.132870)*0.359952)*0.618))) = | **1** |
| ((1-(1/7.4223744))/(SQRT((0.604175+0.132870)*0.359952)*0.618)) = | 2.718285 |
| (((1-(1/7.4223744))/EXP(1))/SQRT((0.604175+0.132870)*0.359952)) = | 0.618 |
| (1/(1-(EXP(1)*(SQRT((0.604175+0.132870)*0.359952)*0.618)))) = | 7.4223187 |
| (((((1-(1/7.4223744))/EXP(1))/0.618)^2)/(0.604175+0.132870)) = | 0.359953 |
| (((((1-(1/7.4223744))/EXP(1))/0.618)^2)/0.359952) = | 0.737047 |

63.     The series of calculations below continues to show how the vote total values from Philadelphia County, and the State of Pennsylvania as a whole, 2020 Elections interrelate with *geometric math constants*, which continues to support all of Pennsylvania's vote total values from their 2020 Election was mathematically configured.

Below are the result descriptions for every calculation listed in the series below:

- The 1st and 2nd results below, **0.657271** and **0.657270**, show how the values in the calculations that follow connect.
- The 3rd result below is a -6 vote difference from the sum of votes Biden/Harris and Trump/Pence received in Pennsylvania, as of 12/31/2020, (3,459,923 + 3,378,683) = **6,838,186**.
- The 4th result is a numeric variation of the Golden Angle formulae, expressed here as a 360-degree circle divided by the commonly referred to value for the Golden Ratio, 1.618, squared, (0.360/(1.618^2)) = **0.137514.**
- The 5th result is a variant of the Fibonacci **618** investing value, which is commonly used in *financial engineering*.
- The 6th result is a 1 vote difference from the **359,952** votes cast, in person, at Philadelphia PA Polling facilities.
- The 7th result is a 2 vote difference from the sum of votes Biden/Harris and Trump/Pence received in Philadelphia County PA, (0.604175+ 0.132870) = **0.737045.**

| | |
|---|---|
| ((1.61803399/0.360)/(3.459923+3.378263)) = | 0.657271 |
| SQRT((0.360/(1.618^2))/((0.604175+0.132870)*0.359952)*0.618)) = | 0.657270 |
| ((1.61803399/0.360)/SQRT((0.360/(1.618^2))/((0.604175+0.132870)*0.359952)*0.618))) = | 6.838192 |
| ((((1.61803399/0.36)/(3.459923+3.378263))^2)*(SQRT((0.604175+0.132870)*0.359952)*0.618)) = | 0.137514 |
| (1/(SQRT((0.604175+0.132870)*0.359952)*(((1.61803399/0.360)/(3.459923+3.378263))^2)/(0.360/(1.618^2)))) = | 0.618 |
| ((((((0.360/(1.618^2))/((1.61803399/0.360)/(3.459923+3.378263))^2)))/0.618)^2)/(0.604175+0.132870)) = | 0.359951 |
| ((((((0.360/(1.618^2))/(((1.61803399/0.360)/(3.459923+3.378263))^2)))/0.618)^2)/0.359952) = | 0.737042 |

64.     The next series of calculations below show how *Allegheny County PA* and *Philadelphia County PA* vote totals <u>interconnect</u> with *geometric math values* to equal the number of updated votes Biden/Harris received in Pennsylvania as of 12/31/2020.

Below are the result descriptions for every calculation shown in the series below:

- The 1st and 2nd results below, 1.591575 and 1.591577 are the inverse values for Tau, i.e. 2Pi.
- The 3rd result below is a 4 vote difference from Biden/Harris **3,459923** Pennsylvania vote total, as of 12/31/2020.
- The 4th result is a -1 vote difference from the sum of votes Biden/Harris and Trump/Pence received in Allegheny County PA, (0.430759+0.282913) = **0.713672**.
- The 5th result is a 2 vote difference from the sum of votes Biden/Harris and Trump/Pence received in Philadelphia County PA, (0.604175+ 0.132870) = **0.737045.**
- The 6th result is a 1 vote difference from the **359,952** votes cast, in person, at Philadelphia PA Polling facilities.
- The 7th result is the number "2", which is either a multiplier or divisor in the calculations listed below.
- The 8th result is **"0.360"**, which numerically represents a **360**-degree circle.
- The 9th result is a numeric variation of the Fibonacci **618** value, which is commonly used in financial engineering.

The 1st two calculations below show where the values in the ones that follow connect.

$$((0.430759+0.282913)/3.459923)/(0.360\text{^}2)) = 1.591575$$
$$((\text{SQRT}((0.604175+0.132870)*0.359952)*6.18)/2) = 1.591577$$

$$((0.430759+0.282913)/(((\text{SQRT}((0.604175+0.132870)*0.359952)*6.18)/2)*(0.360\text{^}2))) = 3.459919$$
$$(((((\text{SQRT}((0.604175+0.132870)*0.359952)*6.18)/2)*(0.360\text{^}2)))*3.459923) = 0.713673$$
$$(((((((0.430759+0.282913)/3.459923)/(0.360\text{^}2))*2)/6.18)\text{^}2)/0.359952) = 0.737043$$
$$(((((((0.430759+0.282913)/3.459923)/(0.360\text{^}2))*2)/6.18)\text{^}2)/(0.604175+0.132870)) = 0.359951$$
$$((\text{SQRT}((0.604175+0.132870)*0.359952)*6.18)/(((0.430759+0.282913)/3.459923)/(0.360\text{^}2))) = 2$$
$$\text{SQRT}((0.430759+0.282913)/3.459923)/((\text{SQRT}((0.604175+0.132870)*0.359952)*6.18)/2)) = 0.360$$
$$(((((0.430759+0.282913)/3.459923)/(0.360\text{^}2))*2)/\text{SQRT}((0.604175+0.132870)*0.359952)) = 6.18$$

65.     The next calculation is a variation of 3rd one shown above, in <u>Paragraph 64</u>, only the arithmetic order is changed, which produces a different result, one that is equal to the 3,377,674 votes Pennsylvania certified, on 11/24/2020, for Trump/Pence.

$$\text{SQRT}((((3.60\text{^}2)/((\text{SQRT}((0.604175+0.132870)*0.359952)*\text{SQRT}(1-0.618)))*2)/(0.430759+0.282913))*0.1) = 3.377674$$

66.     The next calculation uses the same values as in <u>Paragraph 64</u>, except for (0.360^2), to produce a different result, one numerically equivalent a *Radian*, "57.296".

$$\text{SQRT}(((\text{SQRT}((0.604175+0.132870)*0.359952)*6.18)/2)*((0.430759+0.282913)/3.459923)) = 0.57297$$

**Allegheny County PA vote totals also interconnect with *geometrical math constants*.**

67.     The next series below shows how this math constant, (4/SQRT(1.61803399)), plus

the inverse of a decimal version of the updated number of votes Biden/Harris received in

Allegheny County PA 2020 Presidential Election, equals the *1 Radian less the 51.83*

*degrees of a Kepler Triangle* logic discussed in Paragraph 58, which supports this logic is

a part of the *math processes*, used in the *algorithms*, someone created to rig our Election.

| | | | |
|---|---|---|---|
| ((4/SQRT(1.61803399))+(1/0.430759)) = | 5.466 | , is equal to *1 Radian less the 51.83 degrees of a Kepler Triangle*, (57.296-51.83) = **5.466.** | |
| (((4/SQRT(1.61803399))+(1/0.430759))+51.83) = | 57.296 | , is equal to 1 Radian, **57.296** degrees. | |
| ((360/(3.1416*2))-((4/SQRT(1.61803399))+(1/0.430759))) = | 51.830 | , is the **51.83** degrees of a Kepler triangle. | |
| COS(RADIANS((360/(3.1416*2))-((4/SQRT(1.61803399))+(1/0.430759)))) = | 0.618 | , is the Fibonacci 618 investing value. | |

68.     The calculations below show Allegheny County PA's final adjusted 430,759 votes

for Biden/Harris can be replicated using *geometric math constants*, which continues to

support Pennsylvania's Election was configured by unknown *math processes*, placed in

*algorithms*, to rig the outcome of our 2020 Presidential Election.

**Variables:**

- "180", which is ½ of a 360-degree circle, when divided by Pi equals 1 Radian.
- "1.2", is a leverage factor based on (6/5) = 1.2, or (3.1416/2.618) = 1.2.
- "0.0261803399", is a numerical variation of the Golden Ratio squared.
- "1.618", is the commonly referred to value for the Golden Ratio.
- "2" and "3", are either multipliers or divisors in the calculations listed below.

| | | |
|---|---|---|
| (1/(((180/((1/(0.0261803399*2))*3))-1.618)^2)) = | 0.430759 | , is numerically equal to the **"430,759"** votes the AP, as of 12/31/2020, reported Biden/ |
| (1/(((2.61803399*1.2)-1.618)^2)) = | 0.430759 | Harris received in Allegheny County PA**.** |

69.     The calculations below show how the calculations listed in Paragraph 68 are based

upon variations of the "Pi" and "Radian" *geometrical math constants*.

| | | |
|---|---|---|
| (180/((1/(0.0261803399*2))*3)) = | 3.141641 | , is about equal to PI, **3.1416**. |
| (2.61803399*1.2) = | 3.141641 | , is about equal to PI, **3.1416**. |
| (1.618+SQRT(1/0.430759)) = | 3.141642 | , is about equal to PI, **3.1416**. |

1

$$((1/(0.0261803399*2))*3) = \quad 57.29\underline{5} \quad \text{, is about equal to 1 Radian, 57.29}\underline{6}.$$

2

$$(180/(2.61803399*1.2)) = \quad 57.29\underline{5} \quad \text{, is about equal to 1 Radian, 57.29}\underline{6}.$$
$$(180/(1.618+SQRT(1/0.430759))) = \quad 57.29\underline{5} \quad \text{, is about equal to 1 Radian, 57.29}\underline{6}.$$

3

4

70.    The series of arithmetic calculations below show the *geometric math constants*, *Pi*

5    *minus the commonly referred to value for the Golden Ratio (aka Phi), squared*, equates to

6    the 430,7\underline{59} votes Biden/Harris received in Allegheny County Pennsylvania in our 2020

7    Election.  The first two calculations below show where the ones that follow interconnect.

8

$$(1/0.430759) = \quad 2.321\underline{5}$$

9

$$((3.1416-1.618)^2) = \quad 2.321\underline{4}$$

$$(3.1416-SQRT(\underline{1/0.430759})) = \quad 1.61\underline{8} \quad \text{, is equal to \textbf{1.618}, a commonly used variant for \textbf{"Phi"}.}$$

10

$$(1.618+SQRT(\underline{1/0.430759})) = \quad 3.141\underline{6} \quad \text{, is equal to a variation of Pi, \textbf{3.1416}.}$$

$$(1/((3.1416-1.618)^2)) = \quad 0.43078\underline{3} \quad \text{, is numerically a -24 votes from the \textbf{"430,759"}.}$$

11

$$((1/3.1416)+(1.618+SQRT(1/0.430759))) = \quad 3.45959\underline{1} \quad \text{, is numerically -28 vote from the \textbf{"3,459,923"} votes}$$

12    Biden/Harris received in Pennsylvania's 2020 Election.

13

71.    The next two calculations below show how the core logic used in the calculations

14    listed in <u>Paragraph 70</u> interconnects with the *Radian (57.30) minus the 51.83 degrees of*

15    *Kepler Triangle* logic discussed in <u>Paragraph-58</u> of this complaint.

16

17

$$((360/(3.1416*2))-(3.1416+(1/0.430759))) = \quad 51.8\underline{3} \quad \text{, is equal to the \textbf{51.83} degrees angle associated with a Kepler triangle.}$$

18

$$COS(RADIANS((360/(3.1416*2))-(3.1416+(1/0.430759)))) = \quad 0.61\underline{8} \quad \text{, equals the \textbf{Fibonacci "618"} value.}$$

19

72.    The calculations below continue to support Allegheny County PA's 430,759 vote

20    total for Biden/Harris was either manufactured or guided by unknown *math processes* (in

21    *algorithms*) predicated upon the *Golden Angle* and the *Reflex of the Golden Angle*.

22

23

$$SQRT((1-(0.430759^2))/0.430759) = \quad 1.3750\underline{36} \quad \text{, is about equal to the Reflex of the Golden Angle, expressed as: (3.60/(1.61803399^2)) = \textbf{1.37507}\underline{8}.}$$

24    **NOTE:** The calculation below uses a *decimal point maneuver*, i.e. *multiply by "10" or "0.1"*.

25

$$SQRT(SQRT((1-0.430759)*0.430759)*10) = \quad 2.22\underline{5} \quad \text{, is equal to the Reflex of the Golden Angle, expressed as (3.60 degrees - 1.375 degrees) = 2.225 degrees.}$$

26

73.    The series below shows how *Tau*, 2Pi, connects 100% of value less Allegheny County

27    PA's 12/31/2020 282,913 vote total for Trump/Pence to Pennsylvania's 12/31/2020 state-

28

wide vote total for Trump/Pence.  The 1st two calculations below show where the ones in

the series that follow connect.  **NOTE:** The 1st two calculations below show a *decimal point maneuver* is needed.

$$(3.378263\text{^}2) = \quad 11.4127$$
$$((1-0.282913)/(3.1416*2)) = \quad 0.114128$$

$$\text{SQRT}((1-0.282913)/(3.1416*2)) = \quad 0.3378279$$
, is numerically a -16 votes from the **3,378,263** votes Trump received in Pennsylvania's 2020 Election.

$$((1-0.282913)/(0.3378263\text{^}2)) = \quad 6.2833$$
, equates to "Tau", aka 2Pi, (3.1416*2) = **6.2832**.

$$(1-((3.1416*2)*(0.3378263\text{^}2))) = \quad 0.282920$$
, is a -7 votes from the **282,913** votes Trump received in Allegheny's 2020 Election, by 12/31/2020.

$$(((3.1416*2)*(0.3378263\text{^}2))+0.282913) = \quad 1.0$$
, equals **"1"**, a dummy value representing **100%.**

74.      The calculation below shows how the *(sum of votes Allegheny County Pennsylvania counted for Biden and Trump)* multiplied by *(Pennsylvania's Certified vote total for Biden/Harris divided by Allegheny's 12/31/2020 vote total for Biden/Harris)* numerically equates to a *Radian*, which further supports *Radian measure* logic was used in the *math processes* that rigged the outcome of Pennsylvania, and our Nation's, Elections.

$$((0.430759+0.282913)*(3.458229/0.430749)) = \quad 5.7295$$
, numerically equates to 1 Radian (360/(3.1416)) = **57.296**.

75.      The next calculation, whose result can only be seen if decimals are used, show the *(sum Allegheny County votes for Biden/Harris, 430,759, and Trump/Pence, 282,913, divided by Pi)* divided by the *(fourth root, (of the sum of ALL votes cast in Allegheny County for President, 724,800, multiplied by 2Pi))* equates to a value that is a 305 vote difference from the 155,507,229 sum of votes the Associated Press, as of 12/31/2020, says was cast nationwide for Biden/Harris, 81,283,485, and Trump/Pence, 74,223,744.

$$(((0.430759+0.282913)/3.14159)/((0.724800*(3.14159*2))\text{^}(1/4))) = \quad 0.15550\textbf{6924}$$
, a 305 difference.

76.      The 1st calculation below is from the Reinsurance Treaty analysis related to what Plaintiff refers to in his complaint as a *somewhat loosely related matter*.  Calculations 2 - 4 show how values used in Paragraph 75 produce results equal to the values used in the 1st calculation, whose result numerically equates to the *Reflex of the Golden Angle, 222.49*...

| | |
|---|---|
| $((0.2179/\mathrm{SQRT}(0.2134))^2) =$ | 0.2224**9** |
| $(155.507229/(0.430759+0.282913)) =$ | 217.**9** |
| $\mathrm{SQRT}((1-(0.724800^2))*10) =$ | 2.17**9** |
| $\mathrm{SQRT}(0.724800*(3.1416*2)) =$ | 2.13**4** |
| $(((155.507229/(0.430759+0.282913))/\mathrm{SQRT}(\mathrm{SQRT}(0.724800*(3.1416*2))))^2) =$ | 2224**9** |

77.    The next series shows _100% of value, expressed here as "1", less a decimal version of Allegheny County's 430,759 vote total the Associated Press reported for Biden/Harris, as of 12/31/2020, raised to the 4th power_ equals what Plaintiff referred to in that other _somewhat loosely related matter_ as a REPO 105 leverage factor, which supports, the same math logic used in many of the financial frauds that culminated into the 2008 financial crisis, worst in our Nation's History, at its core, uses the same math logic contained within the processes someone created to rig Pennsylvania's 2020 Elections.

| | | |
|---|---|---|
| $((1-0.430759)^4) =$ | 0.10**5** | , is numerically equal to the **REPO 105** leverage factor. |
| $(1-(0.105^{(1/4)})) =$ | 0.43075**7** | , is numerically a 2 vote difference from the **"430,759"** votes the AP, as of 12/31/2020, reported Biden/Harris received in Allegheny County**.** |
| $((0.105^{(1/4)})+0.430759) =$ | **1**.0 | , is equal to "1", a dummy variable that represents 100% of value. |

78.    The next 2-calculations below expand upon the 1st calculation from Paragraph 68 to show Allegheny County PA's votes for Biden/Harris connect to the votes Josh Shapiro received in PA Attorney General Race, which supports that Election, too, was configured.

**Variables**, used in the calculations below but not identified in Paragraph 68**.**

-    (1-0.618), is 100% of value, represented here as "1", less the Fibonacci 618 investing value.
-    "4", is either a multiplier or divisor in the calculations listed below.

The next two values are the result descriptions/comments for the two calculations shown below.

-    "430,75**9**", is the number of votes the Associated Press, as of 12/31/2020, reported Biden/Harris received in Pennsylvania's Allegheny County**.**
-    "3,457,07**2**", is numerically less than a 1 vote difference from the votes Josh Shapiro received in PA's 2020 District Attorney Election.

| | | |
|---|---|---|
| $(1/(((180/((1/(0.0261803399*2))*3))-1.618)^2)) =$ | 0.43075**9** | |
| $(((1/(1-0.618))^{(1/4)})+\mathrm{SQRT}(((180/(1.618+\mathrm{SQRT}(1/0.430759)))/3)/4)) =$ | 3.45707**1** | , is a 1 vote diff. |

(1/((3.457072-$((1/(1-0.618))^{(1/4)})$^2)) =   0.20944**3**   , ($(0.0261803399*2)$*4) = **0.209443**.

((($(1/(1-0.618))^{(1/4)}$)+SQRT(1/($(0.0261803399*2)$*4)))=   3.45707**1**   , is 1 vote from the **3,457,072**.

(1/($0.0261803399*2$)) =   19.09**8**   , equates to a _Radian divided by 3_, (($360/3.1416*2$))/3) = **19.099**.

### Erie County vote values also interconnect with _geometrical math constants_.

79.     The two commonly referred to values for "Pi" in the series of arithmetic calculations

below should look familiar to you, as they are numeric variations of the same logic used

in the fourth calculation listed in <u>Paragraph 32</u>, only in this case, they interconnect Erie

County PA _mail-in_ votes to the overall votes cast in Erie County PA's 2020 Election.

SQRT((42.761/137.944)/3.14) =   0.314**2**   , is numerically equal to a variation of Pi, **3.142**, see <u>Paragraph 31</u>.

((42.761/137.944)/($3.142$^2)) =   0.031**4**   , is numerically equal to a variation of Pi, **3.14**, see <u>Paragraph 31</u>.

(137.944*(($3.142$^2)*3.14)) =   4276.**1**   , is numerically equal to the **42,761** mail in ballots, cast in Erie PA.

(42761/(($3.142$^2)*3.14)) =   1379.4**5**   , is numerically -1 vote from the **137,944** sum of Erie's total votes.

80.     Erie Country Pennsylvania's **137,491** vote total for their **_"Vote for 1"_** category,

which comprises votes cast for Joe Biden, Donald Trump, and Jo Jorgensen in their 2020

Presidential Election is equivalent to the Golden Angle expressed as _the Fibonacci 618_

_investing value, squared, multiplied by the 360 degrees of a circle_.

(($0.618$^2)*0.360) =   0.13749**3**   , is numerically -2 votes from Erie PA **137,491** <u>vote for 1</u>.

81.     Also, recall the calculation below, which is the 11th calculation from the series of

calculations listed in <u>Paragraph (41)</u>, shows how _((the Golden Ratio less the (fourth-root of_

_the sum of the updated votes Biden/Harris and Trump/Pence received in Pennsylvania), divided_

_by (the sum of the updated votes Biden/Harris and Trump/Pence received in Pennsylvania))_,

numerically equates to a value that is a 7 vote difference from Erie County PA's 2020

Presidential Election **"Vote for 1"** vote total, which supports that logic, in some way,

was a part of the logic placed in _algorithmic processes,_ which, in part, had to have used

voting machine data to configure or guide the results for Pennsylvania's 2020 Election.

((1.618034-$(3.459923+3.378263)^{(1/4)}$)/(3.459923+3.378263))=   0.00013748**4**   , is numerically 7 votes from Erie PA 137,4**91** <u>vote for 1</u>.

**Many Pennsylvania Counties vote values also interconnect with *geometrical math constants*.**

82.     The Plaintiff would like the Court, and all others, to know there just isn't enough time for him to conduct what he considers to be a thorough or even a quick review of the Election results for the remaining Counties in Pennsylvania who voted in favor of Biden/ Harris in our 2020 Election to present in his complaint. However, from the *glance* at the totals for the remaining Counties in question that he has taken a look at, he can bring to the Court's attention the calculations below, which support *math processes* were used to configure or guide the outcome of Pennsylvania's 2020 Elections.  And Plaintiff would like the Court, and all others to know, although his focus was on Democratic Counties for this complaint, it is more than likely Republican Counties, in some way, were rigged to.

**NOTE:** Any calculation listed below that is multiplied by "10", is using a <u>*decimal point maneuver*</u>, which is a clever way for criminals to hide the math, used in the processes they devised to operate their Election Fraud Scheme.

**Bucks County:** (<u>Biden: 204,712</u> + <u>Trump: 187,367</u> + <u>Jorgensen: 4,155</u>) = 396,234.

$(0.396234/6.915283) = \quad 0.05729\underline{\textbf{8}}$ , equates to 1 Radian, $(360/(3.1416*2)) = \textbf{57.296.}$

**Center County:** (<u>Biden: 40,055</u> + <u>Trump: 36,372</u>+ <u>Jorgensen: 1,066</u>) = 77,493.

$(SQRT(10-(1.618^3))/3.14159) = \quad 0.764\underline{2}$ , is about equal to the sum of votes Biden and Trump received in Center County $(0.40055+0.36372) = \textbf{0.7643.}$

**Chester County:** (<u>Biden: 182,372</u> + <u>Trump: 128,565</u> + <u>Jorgensen: 3,565</u>) = 314,502.

$(((1-0.314502)*10)^{\wedge}(1/4)) = \quad 1.6180\underline{\textbf{8581}}$ , is about equal to the Golden Ratio, **"1.61803399".**

**Dauphin County:** (<u>Biden: 78,983</u> + <u>Trump: 66,408</u> + <u>Jorgensen: 1,977</u>) = 147,368.

-  "6.915283", is the sum of votes Pennsylvania certified, as of 11/24/2020, as being casted for Biden, Trump, and Jorgenson, (3.458229+3.377674+0.079380) = 6.915283.
-  "6.917583", is the number of votes the Associated Press, as of 12/31/2020, reported was casted in Pennsylvania for Biden, Trump, and Jorgenson.

$((3.14159/0.147368)/6.915283) = \quad 3.082\underline{7}$ , is about equal to $(10-6.917583) = 3.082\underline{4}$

$(3.14159/((10-6.917583)*6.915283)) = \quad 0.1473\underline{\textbf{83}}$ , is a 15 vote difference from $(0.078983+0.066408+0.001977) = 0.1473\underline{68}.$

$(((3.14159/0.147368)/6.915283)+6.917853) = \quad 10.0$ , which equates to "10", which is a dummy value representing 100% of value.

**Delaware County:** (Biden: 206,423 + Trump: 118,532+ Jorgensen: 2,976) = 327,931.

$$SQRT(0.327931) = \quad 0.572\underline{7}$$ , is numerically in range of 1 Radian, **57.29….**

$$(((1-SQRT(0.2618))\wedge 2)*(3.60/(1.618\wedge 2))) = \quad 0.32793\underline{1}$$ , equals (0.206423+0.118532+0.002976) = **0.327931**

**Lackawanna County:** (<u>Biden: 61,991</u> + <u>Trump: 52,334</u> + <u>Jorgensen: 1,085</u>) = 115,410

$$SQRT(((1-SQRT(0.115410))\wedge 2)*(1/(10-6.18))) = \quad 0.3378284$$ , is numerically a -21 vote difference from the **"3,378,263"** votes the AP shows Trump received in Pennsylvania, in our 2020 Presidential Election**.**

**Lehigh County:** (<u>Biden: 98,288</u> + <u>Trump: 84,259</u> + <u>Jorgensen: 2,166</u>) = 184,713

**NOTE:** The calculations below show how Lehigh County PA vote values can be used in calculations to replicate many values from the 2008 financials related to that *loosely related matter*, which would not be possible unless the two were using the same core math logic to pull off their respective fraud operations.

$$SQRT(0.184713) = \quad 0.42978\underline{3}$$ , this result is about equal to the **"429,799"** result from another one of the untrue records at issue in what Plaintiff refers to in this compliant as a *somewhat loosely related matter*.

$$(0.184713\wedge(1/4)) = \quad 0.655\underline{6}$$ , is numerically equal to FFH's 2008-Annual, page 103, **"655.6"** Portfolio Investments for Group-re**.**

$$(0.184713/1.618) = \quad 1141.\underline{6}$$ , is numerically equal to FFH's 2008-Annual, page 103, Dec. 31, 2007 (i.e. Jan. 1, 2008) "1,141.6" Total Assets total for Group-re.

$$(184713\wedge(1/16)) = \quad 2.133\underline{8}$$ , is numerically equal to FFH' 2008-Q1, page 1, **"2,133.8"** Unearned Premiums.

$$(1/(100-(10-((184713/\underline{(0.501171-0.175410)})\wedge(1/8))))) = \quad 0.010\underline{5}$$ , is numerically equal to the **REPO 105** value.

**Montgomery County:** (<u>Biden: 319,511</u> + <u>Trump: 185,460</u>) = 504,971

$$SQRT((1-0.504971)*10) = \quad 2.2249\underline{2}$$ , is numerically equal to the Reflex of the Golden Angle, (360/1.61803399) = **222.492.**

**Monroe County:** (<u>Biden: 44,060</u> + <u>Trump: 38,726</u> + <u>Jorgenson 1,043</u>) = 83,829.

$$(1-(0.83829)) = \quad 0.161\underline{7}$$ , is numerically about equal to the commonly referred to value for the Golden Ratio, **1.618**.

**Northampton County:** (Biden: 85,087 + Trump: 83,854 + Jorgenson 2,001) = 170,942.

$$(0.170942/(1-0.170942)) = \quad 0.206\underline{2}$$ , numerically equates to another math constant measurement (0.360*(0.180/3.1416)) = **0.02063.**

## <u>Pennsylvania's Attorney General Race, and at least one House Race was rigged as well.</u>

83.      Supporting the claim made in <u>Paragraph 78</u>, the series of calculations shown below

support other Pennsylvania Elections, in this case, Pennsylvania's Attorney General's

Race, was also configured to favor Josh Shapiro, by someone, using unknown *math processes* based upon *geometrical math constants*, which outside of nature, do not exist unless some form of mathematics, using that logic, was in place to construct a result.

| | | |
|---|---|---|
| ((0.5772156649/0.155507229)/1.618056) = | 2.29**4** | , equals **2.294**, a value related to |
| (((2.61803399*2)/3.457072)^2) = | 2.294 | that *loosely related matter*. |

| | | |
|---|---|---|
| ((2.61803399*2)*SQRT((0.155507229/0.577216)*1.618056)) = | 3.45707**0** | , is 2 votes from **3.457072**. |
| (((((3.457072/(2.61803399*2))^2)/0.155507229)*0.577216) = | 1.61805**8** | , equals **1.618056**, see Para. 48-49. |
| (0.155507229/(((3.457072/(2.61803399*2))^2)/1.618056)) = | 0.57721**5** | , equates to **0.577216**. |
| (3.457072/SQRT((0.155507229/0.577216)*1.618056)) = | 5.2360**7115** | , (2.61803399*2) = **5.23606798**. |
| ((((3.457072/(2.61803399*2))^2)/1.618056)*0.577216) = | 0.155507**418** | , is -189 votes from **155,507,229**. |

84.    The series of calculations below continues to show how the REPO 105 factor was used in the *math processes* someone created to configure, manipulate and or guide all of Pennsylvania's 2020 Election results, by showing how the total votes Democrat Josh Shapiro's received to win over Republican Heather Heidelbaugh to become that State's Attorney General, interconnects with 100% of value less the REPO 105 leverage factor.

| | | |
|---|---|---|
| (1-(SQRT(3.457072/3.149829)/2)) = | 0.4761**8** | , equates to 100% of value, i.e. "10", less the inverse of the REPO 105 value, (10-0.105)) = **0.47619**. |
| (1/(10-1-(SQRT(3.457072/3.149829)/2)))) = | 0.105**00** | , equates to what Plaintiff refers to in the other loosely related matter as a **REPO 105** leverage factor. |
| ((((1-(10-(1/0.105)))*2)^2)*3.149829) = | 3.456**9955** | , is numerically a 117 vote difference from **3,457,072.** |
| (3.457072/(((1-(10-(1/0.105)))*2)^2)) = | 3.149**935** | , is numerically  a -106 votes from **3,149,829** |

85.    The calculations below show how the number of votes Shapiro and Heidelbaugh received in Pennsylvania's 2020 Attorney General's Race interrelates with 100% of value less the "430,759" votes cast for Biden/Harris in Allegheny County PA.

| | | |
|---|---|---|
| (1-((1/(10-1-(SQRT(3.457072/3.149829)/2))))^(1/4))) = | 0.430759 | , is 1 vote from Allegheny County PA 12/31/2020 **"430,75**9" votes for Biden. |
| (0.430759+((1/(10-1-(SQRT(3.457072/3.149829)/2))))^(1/4))) = | **1**.0 | , is equal to **"1"**, i.e. 100%. |

86.    The series below shows how a numeric variation of Connor Lamb's 177,474 votes that he received to win his House Race against Republican Sean Parnell also connects to the updated 430,759 votes cast for Biden/Harris in Allegheny County PA, by 12/31/2020.

$(1/(6-(1.77474^2))) =$   0.3508**4**

$((1-(0.430759^2))*0.430759) =$   0.3508**3**

$((1/((6-(1.77474^2))*0.430759))+(0.430759^2)) =$   **1**.0   , is equal to "1", i.e. 100% of value.

$SQRT(6-(1/((1-(0.430759^2))*0.430759))) =$   1.7747**2**   , is numerically 2 votes from the **177,47**_4_ votes Connor Lamb received in Allegheny, PA.

$(1/((6-(1.77474^2))*(1-(0.430759^2)))) =$   0.43077**2**   , circles back to a value that is numerically -13 votes from the **430,75**_9_ votes Biden received in Allegheny County, as of 12/31/2020.

$((1/((1-(0.430759^2))*0.430759))+(1.77474^2)) =$   **6**.0   **"6"**, represents equal parts of a circle based on this Cubit measure, (3.1416-2.618) = 0.5236, or (0.5236*6) = 3.1416, where 3.1416 represents Pi, and "2.618" is Phi Squared.

**NOTE:** The calculation below uses a _decimal point maneuver_, i.e. _multiply by "10" or "0.1"_.

$SQRT(((6-(1.77474^2))+0.430759)*0.1) =$   0.5728   , is numerically about equal to 1 Radian, **57.296.**

Expanding upon some of the values used in the calculations listed above this, the calculations below show how _a square root of a decimal version of the 3,149,829 votes Republican Heather Heidelbaugh received in Pennsylvania's Attorney General Race, where she ran and lost against Democrat incumbent Josh Shapiro, numerically equates to the 177,474 votes Democrat Connor Lamb received to win his House Race against Republican Sean Parnell_, which supports the vote totals for all races interconnect in the scheme that someone developed to fix several races in Pennsylvania's 2020 Elections.

$SQRT(3.149829) =$   1.7747**8**   , is numerically vote difference from the **177,47**_4_ votes Democrat Connor Lamb received in his 2020 House Race against Republican Sean Parnell.

$(1.77474^2) =$   3.149**702**   , is numerically a 127 from the **3,149,8**_29_ votes Republican Heather Heidelbaugh received in PA's Attorney General Election loss to Democrat Josh Shapiro.

Finally, for this paragraph, the calculations below show how the 3,149,829 votes Republican Heather Heidelbaugh received in the PA's Attorney General Race connects to the logic displayed in the 1st series of calculations listed at the top of this Paragraph (86).

$(1/(6-3.149829)) =$   0.3508**6**

$((1/((6-3.149829)*0.430759))+(0.430759^2)) =$   **1**.0   , is numerically equal to **"1"**, i.e. 100% of value.

$SQRT(1-(1/((6-3.149829)*0.430759))) =$   0.430**689**   , which loops or circles back to a value that is numerically 70 votes from the **430,75**_9_ votes Biden received in Allegheny Co. by 12/31/2020.

$(1/((6-3.149829)*(1-(0.430759^2)))) =$    0.430791    , which loops or circles back to a value that is numerically -32 votes from the **430,759** votes Biden received in Allegheny Co. by 12/31/2020.

$(6-(1/((1-(0.430759^2))*0.430759))) =$    3.149619    , is numerically 210 votes from the **3,149,829** votes Heather Heidelbaugh received in PA's 2020 Attorney General Election loss to Shapiro.

$((1/((1-(0.430759^2))*0.430759))+3.149829) =$    **6**.0    **"6"**, represents equal parts of a circle based on this Cubit measure, (3.1416-2.618) = 0.5236, or (0.5236*6) = 3.1416, where "3.1416" represents Pi, and "2.618" is Phi Squared.

**NOTE:** The calculation below uses a *decimal point maneuver*, *multiply by "10" or "0.1"*.

$SQRT(((6-3.149829)+0.430759)*0.1) =$    0.5728    , is numerically about equal to 1 Radian, **57.296.**

## Our nationwide vote totals also connect with math constants used in Financial Engineering.

87.    The series below shows *how ((100 % of value, expressed here as "0.1", less the (square-root of (100% of value, expressed here as "1", less (the inverse of what Plaintiff refers to in this complaint as the REPO 105 leverage factor) divided by the 81,283,485 votes the Associated Press, as of 12/31/2020, reported Biden/Harris received in our 2020 Presidential Election), divided by Pi, 3.14159)* equals a decimal variation of the *Universal Parabolic Constant*, 0.02295587, which continues to support *math processes* containing logic that interconnects with *math constants* was used to configure the vote total values associated with our 2020 Presidential Election.

$(0.1-0.02295587) =$    0.07704413

$(SQRT((1-(1/1.05))/0.81283485)/3.14159) =$    0.07704415

$((SQRT((1-(1/1.05))/0.81283485)/3.14159)+0.02295587) =$    0.**1**    , is equal to **"0.1"**, which in this calculation is a dummy value that represents 100% of value.

$(0.1-(SQRT((1-(1/1.05))/0.81283485)/3.14159)) =$    0.0229558**5**    , is numerically equates to the Universal *Parabolic Constant*, out seven digits, **2.295587.**

$((((0.1-0.02295587)*3.14159)^2)*0.81283485) =$    0.04761**9**    , is equal 100% of value, expressed as "1", less the inverse of the REPO 105 value, (1-(1/1.05)) = **0.047619.**

$((1-(1/1.05))/(((0.1-0.02295587)*3.14159)^2)) =$    0.8128353**5**    , is -50 votes from the **"81,283,485"** votes the AP as of 12/31/2020, says Biden received in our 2020 Election.

$(SQRT((1-(1/1.05))/0.81283485)/(0.1-0.02295587)) =$    3.1415**9**    , is equal to **Pi, 3.14159.**

88.     The calculation below, which is the *inverse* of the 4th calculation listed in Paragraph-87, equates to a value found in some more untrue records used against this Plaintiff in that *other somewhat loosely related matter*, where it was uncovered to be another value used in the *financial engineering* of a multi-billion dollar accounting and securities fraud, which he is bringing attention to, for the reason it is another common value between that Financial Fraud Scheme, and this Election Fraud Scheme, which continues to support the two are using the same, or similar, math logic to pull-off their respective crime operations.  And, if Authorities investigate one, they'll recognize how to solve the other.

(1/(0.1-(SQRT((1-(1/1.05))/0.81283485)/3.14159))) =   43.561**89**, equates to the inverse of a decimal variation of the *Universal Parabolic Constant*, (1/0.0229558715) = **43.56184**, which also equates to an untrue **43.56165** value from a phony repair estimate that hid values related to the engineering of a billion dollar accounting fraud.

89.     81,283,485, is the total votes Biden/Harris received Nationwide as of 12/31/2020.  74,223,744, is the total votes Trump/Pence received Nationwide as of 12/31/2020.  The 1st two calculations below show how the values in the series that follow connect.  Moreover, the 1st two calculations below continue to show associations to values listed in the 2008 financials of the company at issue in that *other somewhat loosely related matter*, and know, although you do not see it, the 501171 value related to the untrue records from that matter is the basis for this series.

(1/(1000-(314*2))) =   0.00268**8**, numerically equals FFH 2008-Q1, page 6, "**268.8**" Derivatives.

(1/(SQRT(81.283495/(1.618*2))*74.223744)) =   0.00268**8**

((314*2)+(SQRT(81.283495/(1.618*2))*74.223744)) =   1000, is equal to 1000, representing 100%.

(1000-(SQRT(81.283495/(1.618*2))*74.223744)) =   62**8**, numerically equates to **Tau**, (3.14*2) = **6.28**.

(81.283485/(((1000-(314*2))/74.223744)^2)) =   3.23**6**, is equal to 2x's the commonly revered to value for the Phi, (1.618*2) = **3.236**.

((1000-(314*2))/SQRT(81.283495/(1.618*2))) =   74.22**4288**, is 539 votes from **74.223744**.

((((1000-(314*2))/74.223744)^2)*(1.618*2)) =   81.28**4676**, is -1,191 votes from **81.283485**.

90.     The next calculation shows how the *(fourth-root of ((the square-root of Biden/Harris*

*nationwide votes, 81,283,485) multiplied by the constant "e", 2.71828))* equates to a value

numerically equal to the *Reflex of the Golden Angle*, which continues to support math

constants common to *Financial Engineering*, connect with, and or can be used to replicate

values from our 2020 Election, which continues to support it was mathematically rigged.

((SQRT(81.283485)*2.71828)^(1/4) =   2.222**5**   , equates to the Reflex of the Golden Angle, (3.60-1.375) =**2.225**.

91.     The calculation below shows how the square-root of *(a decimal version of*

*Biden/Harris and Trump/Pence 2020 vote total, as of 12/31/2020, divided by the math*

*constant Pi)* equates to the *geometrical math value* the *Reflex of the Golden Angle*.

**NOTE:** The 2nd calculation below deducts 2,283 votes from what the *Associated Press* added to Pennsylvania's 11/24/2020 certified vote total for Biden/Harris and Trump/Pence, which is listed and discussed in Paragraph 21.

SQRT(0.155507229/3.1416) =   0.2224**8**   , is about equal to the *Reflex of the Golden Angle*, (0.360/1.61803399) = 0.**2224**9, and it equals a variation it using the *"Fibonacci 618"* investing value, (0.360/(1/0.618)) = 0.**2224**8.

SQRT((0.155507229-0.000002283)/3.1416) =   0.2224**8**

92.     The two calculations below support the *mathematically engineered processes*

someone devised to rig our Presidential Election to favor Biden/Harris was designed so

that Biden/Harris, by the end of our nationwide vote-counting process, overall, would

receive 1.095… votes for every 1 vote Trump/Pence received.

- **(1/0.618)^3)**, is the *inverse of the Fibonacci 618 investing value cubed* which is a variation of another *geometrical math constant*, the Golden Ratio Cubed, (1.61803399^3) = 4.236…. And recall, the *Fibonacci 618* investing value is linked to the *51.83 degrees* of Kepler's Triangle.
- **"3.1416"** is one of several commonly referred to, and used, variations for **"Pi"**.
- **"81,283,485"** and **"74,223,744"** are the total nationwide votes the *Associated Press* reported that Biden/Harris and Trump/Pence received in our 2020 Presidential Election**.**

(81.283485/74.223744) =   1.0951**1**
(((1/0.618)^3)-3.1416) =   1.0951**7**

93.     The series of calculations below show how the vote totals the *Associated Press*

reported, as of 12/31/2020, for Biden/Harris, 81,283,485, and Trump/Pence, 74,223,744,

interrelate with the _1 Radian minus the 51.83 degrees Kepler Triangle_ logic from

Paragraph 58, which continues to support that logic was a key part of the methodology

someone developed to configure the vote totals from our 2020 Presidential Election.

Below are the comment/definition for each result shown in the series of calculations listed below.

- "454", is the result of the first two calculations below that is also another _math value_ linked to _Financial Engineering_. "454" also interconnects with the "50117**1**" value hidden under the guise of the untrue records used against Plaintiff in a Federal Court in that _other somewhat loosely related matter_. And, if you do not see where "50117**1**" is used in the series below, it is this segment SQRT(81.283485/ (1.61803399*2)) = **5.01178** of the 2nd calculation, and recall, "50117**1**" is a target value that doesn't always need to be exact, it only needs to be in range to keep things headed in a certain direction. Lastly, be aware, "454", was also conspicuously featured in the privately owned and operated Federal Reserve, US-Treasury, and our Congresses latest **$454** billion foreign and domestic special interest financial bailout that was doled out to them under the guise of 2020 Coronavirus CARES-ACT.

- "51.83", is an angular measure connected to a **Kepler Triangle**, which combines two key mathematical concepts, the _Pythagorean Theorem,_ and the _Golden Ratio_ (including its _inverse_ value, _0.6180 ...)._

- "0.618", is the **Fibonacci 618** investing value.

Variables used in the calculations shown below, but not defined above:

- **(360/(PI()*2))**, is the formulae for **1 Radian**, recall, "**PI()**", is Microsoft EXCEL's function for PI.

- "360", is the number of degrees in a **Circle**.

| | |
|---|---|
| SQRT(74.223744/360) = | 0.454**1** |
| (((360/(PI()*2))-51.83)-SQRT(81.283485/(1.61803399*2))) = | 0.454**0** |
| ((360/(PI()*2))-(SQRT(81.283485/(1.61803399*2))+SQRT(74.223744/360))) = | 51.8**3** |
| COS(RADIANS((360/(PI()*2))-(SQRT(81.283485/(1.61803399*2))+SQRT(74.223744/360)))) = | 0.61**8** |

**Courts agree, every Citizen's vote matters and should be protected from dilution**.

94.      Courts believe votes should be _"protected from the diluting effect of illegal ballots."_

**Gray v. Sanders, 372 U.S. 368, 380 (1963)**.  The calculations listed all throughout this

complaint more than prove, from the start, _math processes_ of some kind was being used

to interfere with and rig our 2020 Election, especially in the State of Pennsylvania, where

Plaintiff's vote wasn't only diluted by illegal ballots, and or a corrupt process, it was

nullified regardless of who he was supporting, for the reason, by the end of our 2020

Election Biden/Harris was always going to win his State and end up with 306 Electoral

votes and have around 81,283,485 votes cast nationwide in their favor.  The 1st two

calculations show where the values in the series that follows connects.  And recognize,

the *math constant Pi* is the basis, target, or consolidation point for this series.

$$(306^{(1/5)}) = 3.14155$$ , equates to an approximate for Pi.

$$(((4/SQRT(1.618))/(0.81283485^2))-1.618) = 3.14155$$ , equates to an approximate for Pi.

$$(((4/SQRT(1.618))/(0.81283485^2))-(306^{(1/5)})) = 1.618$$ , equals the commonly referred to value for the Golden Ratio, **1.618**.

$$(((306^{(1/5)})+1.618)*(0.81283485^2)) = 3.14464$$ , equals the constant (4/SQRT(1.618)) = **3.14464**.

$$((((4/SQRT(1.618))/(0.81283485^2))-1.618)^5) = 306$$ , equals the **306** Electoral Votes Biden/ Harris received in our 2020 Election.

$$SQRT((4/SQRT(1.618))/((306^{(1/5)})+1.618)) = 0.81283485$$ , equals the **81,283,485** votes the AP, as of 12/31/2020, reported Biden/Harris received nationwide in our 2020 Election.

95.    The next series below supports the one above in <u>Paragraph 94</u>.

$$(2.7183/(1-(1/7.4223744))) = 3.14155$$ , equates to an approximate for Pi.

$$((2.7183/(1-(1/7.4223744)))^5) = 306$$ , equals the **306** Electoral Votes Biden received in 2020.

$$((306^{(1/5)})*(1-(1/7.4223744))) = 2.7183$$ , equals a variation for the constant *"e"*, **2.7183**.

$$(1/(1-(2.7183/(306^{(1/5)})))) = 7.4224114$$ , is -370 votes from the **74,223,744** votes the AP, as of 12/31/2020, reported Trump received nationwide.

$$((1/7.4223744)+(2.7183/(306^{(1/5)}))) = 1$$ , equals **1**, a dummy value representing 100% of value.

96.    The next series supports <u>Paragraph-94</u>, and the 1st calculation listed in <u>Paragraph-62</u>,

by showing how *(((the constant "e", 2.71828, divided by (a decimal version of the REPO*

*108 value along with a decimal point maneuver to bring it back inline)) raised to the*

*inverse of Pi, 3.1416), squared)* equates to the 74,223,744 votes the Associated Press, by

12/31/2020, reported being cast nationwide for Trump in our 2020 Presidential Election.

$$(((2.71828/((1.08^2)*0.1))^{(1/3.141593)})^2) = 7.4223853$$ , is -109 votes from the **74,223,744** votes the AP, as of 12/31/2020, reported Trump received nationwide in our 2020 Election.

## **The number of Electoral Votes Biden and Trump received was predetermined.**

97.    The calculation below, using *Microsoft EXCEL Trigonometry Math Functions,*

shows Biden/Harris 306 Electoral Votes equals, negative, *½ the Golden Ratio*.

$$SIN(RADIANS(306)) = -0.809016994$$ , equates to *½ of the Golden Ratio*, (1.61803399/2) = 0.809016995.

98.     The next calculation shows how *geometrical math constants, or values*, <u>the Reflex of</u> <u>the Golden Angle</u> divided by the *Golden Angle* equals the 306 Electoral Votes Biden/ Harris received in our 2020 Presidential Election.

**NOTE:** To save room on the line of the calculation listed in <u>Paragraph 99</u>, the Golden Ratio Constant was truncated from 1.61803399 to 1.618.  The reason why the Golden Ratio is truncated in the calculation below, is to keep the same suit/format, to make the connection being pointed out easy to recognize.

$$((36.0/1.618)*(36.0/(1.618^2))) = 306$$ , is equal to the **"306"** Electoral Votes Biden/Harris had in 2020.

99.     The next calculation below is a factored out version of the 6th calculation listed in <u>Paragraph 16</u>, which continues to show how *geometrical math constants* connect the 306 Electoral Votes Biden/Harris received, to the difference between Pennsylvania's certified vote totals for Biden/Harris and Trump/Pence, to equal the 232 Electoral Votes Trump/Pence received nationwide, which also further supports a *math process* was used to rig the outcome of our 2020 Presidential Election in favor of a preferred candidate.

$$(((((3.458229-3.377674)*0.618)*((36.0/1.618)*(36.0/(1.618^2))))^2) = 232$$ , is equal to Trump/Pence **"232"** 2020 Electoral Votes.

100.     The series below supports <u>the inverse of Biden/Harris updated Pennsylvania vote</u> <u>total, (1/3.459923) divided by 6. squared</u> numerically equates to the 232 votes Trump/ Pence received in our 2020 Election, which continues to support our Election was rigged, from the start, and Trump/Pence, no matter how much they campaigned, was always going to end up with 232 Electoral votes and lose Pennsylvania to Biden/Harris.

**NOTE:** The number **"6"**, represents equal parts of a circle based on this Cubit measure, (3.1416-2.618) = 0.5236, or (0.5236*6) = 3.1416, where "3.1416" represents Pi, and "2.618" is Phi Squared.

$$(((1/3.459923)/6)^2) = 0.00232$$ , is equal to Trump's **"232"** 2020 Electoral Votes.

The calculation below shows the 51.83 degrees of Kepler's Triangle interconnects with the values from the calculation above, and also to this math constant, (4/SQRT(1/0.618)).

$$(1/3.459923) = 0.289024$$
$$(((4/SQRT(1/COS(RADIANS(51.83))))*2)-6) = 0.289022$$

101.    The calculations in the series below use logic Plaintiff brought to Government's attention in what Plaintiff refers to in this complaint as that *somewhat loosely related matter*, $((1-(1/1.08))*1.08) = 0.08$, which applies here, for the reason, when you subtract a common variation for the mathematical constant Pi, 3.14, from the 306 Electoral Votes Biden received in our Election, it equals the same, $(3.14-3.06) = 0.08$.

| | | |
|---|---|---|
| $((3.14-3.06)/1.08) =$ | 0.074074 | , is equal to **100%** of value, expressed here as **"1"**, less the inverse of the REPO **108** value $(1-(1/1.08)) = $ **0.074074.** |
| $(3.06+((1-(1/1.08))*1.08)) =$ | 3.14 | , is equal to a commonly referred variation of **"Pi"**, **3.14**. |
| $(3.14-((1-(1/1.08))*1.08)) =$ | 3.06 | , is equal to the **"306"** Electoral votes Biden received in our 2020 Election. |

102.    The calculation below supports the logic listed in <u>Paragraph 101</u>, by showing how *<u>100% of value, expressed as "1", less the inverse of the REPO 108 value</u>* was used in the *math processes* contained within the *algorithms* someone created to rig our 2020 Election, as the *<u>(inverse of ((Trump/Pence's updated Pennsylvania vote total plus the inverse of Trump/Pence updated Pennsylvania vote total), squared))</u>* equates to the same value.

| | | |
|---|---|---|
| $(1/((3.378263+(1/3.378263))^2)) =$ | 0.074073 | , equates to **100%** of value, expressed here as **"1"**, less the inverse of the REPO **108** value $(1-(1/1.08)) = $ **0.074074.** |

103.    The series of calculations below adds a decimal variation of the 306 Electoral Votes Biden received nationwide to win our Presidential Election, to a decimal variant of the difference in votes Pennsylvania certified for Biden and Trump on 11/24/2020, equals 3.14, a commonly referred to value for Pi, which further supports the *math processes* used to rig Pennsylvania's election to favor Biden, and others, was based upon Pi.

| | | |
|---|---|---|
| $(3.06+(3.458229-3.377674)) =$ | 3.14 | , is in range of **"Pi"**, **3.14**... |
| $(3.14-(3.458229-3.377674)) =$ | 3.06 | , is equal to the **"306"** Electoral votes Biden received in 2020. |
| $(3.458229-(3.14-3.06)) =$ | 3.378229 | , is a 34 vote difference from the **3.378263** votes Trump/Pence received in the State of Pennsylvania, as of 12/31/2020. |
| $(3.378263+(3.14-3.06)) =$ | 3.458263 | , is a -34 vote difference from the **3.458229** votes Biden/Harris the State of Pennsylvania certified on 11/24/2020. |

104.     Moreover, when another commonly referred to value for Pi, 3.1416, is used in place of 3.14 in the calculations shown in <u>Paragraph 103</u>, it brings Pennsylvania's 12/31/2020 vote total for Biden/Harris, and Trump/Pence, to a ± 60 vote difference of each other, which further supports the *math processes* used to configure Pennsylvania's Statewide Election Result to favor Biden/Harris and other Democratic Candidates, was based on Pi.

| | | |
|---|---|---|
| (3.378263-(3.459923-3.1416)) = | 3.0**6** | , is numerically equals Biden/Harris **"306"** Electoral votes. |
| (3.06+(3.459923-3.378263)) = | 3.1416**6** | , a -0.00006 difference from Pi, **3.1416**<u>0</u>. |
| (3.06+(3.459923-3.1416)) = | 3.378**323** | , is -0.000060, which equates to a -60 vote difference from the **3,378,263** votes Trump/Pence received in PA's 2020 Election. |
| (3.1416+(3.378263-3.06)) = | 3.4598**63** | , is 0.000060, which equates to a 60 vote difference from the **3,459,**<u>**923**</u> votes Biden/Harris received in PA's 2020 Election. |

105.     The 1st two calculations below, which the 1st is from <u>Paragraph-19</u>, shows how the core logic from <u>Paragraph 103</u> connects to the values used in the *Radian formula* to equal 1 *Radian*.  The 3rd calculation uses the Golden Ratio, Trump/Pence 232 Electoral Votes, and Biden/Harris 3,459,923 Pennsylvania vote total to equate to 1 *Radian*, which supports the *Radian measure* was a key part of the math someone used to rig our 2020 Election.

| | | |
|---|---|---|
| (360/((3.06+<u>3.458229-3.377674</u>)*2)) = | 57.**3** | , equals the commonly referred to value for 1 Radian, **57.3**. |
| (360/((3.06+<u>3.459923-3.378263</u>)*2)) = | 57.29**5** | , is about equal to 1 Radian, (360/(3.1416)) = **57.296**. |
| SQRT((1.61803399-SQRT(2.32))*3.459923) = | 0.5729**5** | , numerically equates to 1 Radian, **57.296**. |

106.     The next series shows whoever it was (foreign and or domestic special interests, corporations, organizations, intelligence agencies, governments, etc.) who conspired to rig our 2020 Presidential Election, from the start, used *math* predicated on *geometrical values* related to a circle to formulate how Biden/Harris was always going to receive 306 Electoral Votes, and Trump/Pence was always going to receive 232 Electoral Votes.

- **"3.60"** represents the 360 degrees of a Circle.
- **"6"**, represents the equal parts of a circle based on this Cubit measure, (3.1416-2.618) = 0.5236, or (0.5236*6) = 3.1416, where "3.1416" is Pi, and "2.618" is a commonly referred to value for the Golden Ratio Squared.

$((6-3.14)-(3.60-3.06)) = 2.3\underline{2}$   , is equal to the **"232"** Electoral Votes Joe Biden received in 2020.

$(3.60-((6-3.14)-2.32)) = 3.0\underline{6}$   , is equal to the **"306"** Electoral Votes Donald Trump received in 2020.

$((6-3.14)+(3.06-2.32)) = 3.6\underline{0}$   , is numerically equal to the **"360"** degrees of a Circle.

$(3.60-(3.06-2.32)) = 2.8\underline{6}$   , is equal to a variation of **"Six minus Pi"** logic, expressed as (6-3.14) = **2.86**.

$(6-(3.60-(3.06-2.32))) = 3.1\underline{4}$   , is equal to one of several commonly referred to values for Pi, **"3.14"**.

$((3.60-(3.06-2.32))+3.14) = \underline{6}.00$   , is equal to the number **"6"**, too which there are six parts to a 360 degree circle.

107.   The next calculation is a variant of the ones in <u>Paragraph 106</u>, only without the 3.60

value, which equals the *Reflex of the Golden Angle* and supports that logic was used.

$(1/(((6-3.14)-(3.06-2.32))^2)) = 0.222\underline{5}$   , equates to the Reflex of the Golden Angle, (0.360-0.1375) = **0.2225**.

108.   The next calculation shows *<u>(Biden/Harris nationwide vote total, 81.283485</u>*

*<u>multiplied by (the number "6", which represents equal parts to a circle, minus this math</u>*

*<u>constant used in infinite series mathematics, (4/SQRT(1.61803399))))</u>* equals the 232

Electoral votes Trump/Pence received in our 2020 Election.

$(81.283485*(6-(4/SQRT(1.61803399)))) = 23\underline{2}$   , is equal to Trump's **232** 2020 Electoral Votes.

109.   The calculation below shows how *<u>(Trump/Pence nationwide vote total, 74.223485</u>*

*<u>divided by (the number "6", which represents equal parts to a circle, minus the fourth-</u>*

*<u>root of (the Golden Angle formulae, expressed as (3.60/(1.61803399^2)))))</u>* numerically

equals the 306 Electoral Votes Biden/Harris received in our 2020 Election.

$(74.223744/(6-((3.60/(1.61803399^2))^4))) = 30.\underline{6}$   , is numerically equal to Biden's **306** 2020 Electoral Votes.

110.   The first two calculations below show were the ones in the series that follow

interconnect.  "74,223,755", is Trump/Pence 12/12/2020 vote total, and "158,212,098", is

the total votes cast for all candidates as of 12/12/2020 that were shown in <u>Paragraph - 46</u>.

**NOTE:** Be aware, if you update the calculations below to use the current, as of 2/14/2020, number of votes reported as being cast in our 2020 Presidential Election, which is now somewhere around "158,375,000" and "158,400,000" votes, the result in the calculations below will be more exact to the value each is being compared to in the comment section for each calculation, which further supports our Election was rigged, from the start, with mathematics being used to configure the vote total. And what further supports this claim, is the large increase in votes only affects the *all others* candidate category, not Biden or Trump's vote totals.

$(306/538) = 0.568\underline{8}$

$SQRT(((74.223755/158212098)^(1/8))*2) = 0.568\underline{8}$

$(306/SQRT(((74.223755/158212098)^(1/8))*2)) = $ 53**8**.0 , is the total number of Electoral Votes available in our 2020 Election.

$(SQRT(((74.223755/158212098)^(1/8))*2)*538) = $ 30**6**.0 , is the # of votes Biden received in 2020.

$((1-SQRT(((74.223755/158212098)^(1/8))*2))*538) = $ 23**2**.0 , is the # of votes Trump received in 2020.

111.     The six states below are the ones identified as having their votes, and Electoral

Votes, compromised to favor Biden/Harris over Trump/Pence in our 2020 Election.

| State | Electoral Votes |
|---|---|
| Arizona | 11 |
| Georgia | 16 |
| Michigan | 16 |
| Wisconsin | 10 |
| Pennsylvania | 20 |
| Nevada | 06 |
| **Total:** | **79** |

112.     The series of arithmetic calculations shown below support the number of Electoral

Votes identified in <u>Paragraph 111</u> that was needed to provide Biden/Harris with 306

Electoral Votes in our Election, also interconnects with *geometrical math constants*.

$SQRT(79/306) = $ 0.508**1** , is equal to a numeric variation of Pi, **"3.14"**, divided by the ***"Fibonacci 618"*** investing value, (0.314/0.618) = 0.508**1**.

$(((0.314/0.618)^2)*306) = $ **79** , is the number of Electoral Votes, **"79"**, for AZ, GA, MI, WI, PA, & NV.

$(79/((0.314/0.618)^2)) = $ 30**6** , is equal to the **"306"** electoral votes Biden received to win in 2020.

113.     The calculation below, using Microsoft EXCEL Trigonometry Math Functions,

shows how the <u>SINE of 306 Electoral Votes</u> and <u>SINE of 232 Electoral Votes</u> interrelate.

The <span style="color:red">**red arithmetic operators**</span> in the calculations below highlight the subtle change

needed to make the two Electoral Vote values interconnect, which is almost impossible to

detect without spending a thousand hours of continuous analysis to uncover it.

**NOTE:** The **99961156** result in the 2nd and 5th calculations below mirrors a value, **99961165**, that was hidden under the guise of another <u>fabricated</u> record used against Plaintiff here in the Eastern District Court in that *somewhat loosely related matter*, which continues to support the company at issue in that *somewhat other loosely related matter* used the same, or similar math logic, which to date, is being covered up by many in Government at the expense of Plaintiff.

| Radians =((Pi/180)*degrees) | Degrees = ((180/Pi)*Radians) | |
|---|---|---|
| COS((SIN((PI()/180)*306)+ SIN((PI()/180)*232)*(180/PI())) = | -0.92231680 | |
| COS((SIN((PI()/180)*306)+SIN((PI()/180)*232))/(180/PI())) = | 0.99961156 | , is equal to **1** |
| RADIANS(COS((SIN((PI()/180)*306)+SIN((PI()/180)*232))/(180/PI()))) = | 0.017447 | **Degree**, whose |
| (COS((SIN((PI()/180)*306)+SIN((PI()/180)*232))/(180/PI()))*(PI()/180)) = | 0.017447 | *inverse* is 1 Radian. |
| SIN(RADIANS(0.99961156)) = | 0.017446 | |

## Calculations support an alleged claim that 600,000 votes were synthetically made in PA.

114.    President Trump's attorney, Rudy Giuliani, alleges "600,000" votes (which in the series of calculations below is represented as "0.600000") were fabricated in Pennsylvania's 2020 Election to give Biden/Harris a victory over Trump/Pence.   The series of calculations below show the *6 minus Pi* logic brought to your attention at the bottom of Paragraphs 58 & 99 equates to the difference between the "3,459,923" votes the Associated Press says Biden received in Pennsylvania, by 12/31/2020, and the "600,000" votes Rudy Giuliani alleges was fabricated in Pennsylvania to give the Biden the win of Trump in that State. The 1st two calculations below show where the values in the calculations that follow interconnect.

| | | |
|---|---|---|
| (6-3.14) = | 2.860000 | |
| (3.459923-0.600000) = | 2.859923 | , the difference between these two calculations is 77 votes. |
| ((6-3.14)+0.600000) = | 3.460000 | , is a difference of 77 votes from the **"3,459,923"** votes the Associated Press says, as of 12/31/2020, Joe Biden received in Pennsylvania. |
| (3.459923-(6-3.14)) = | 0.599923 | , is a difference of 77 votes from the **"600,000"** votes Giuliani says was fabricated in Pennsylvania to give Biden the victory over Trump. |
| (6-(3.459923-0.600000)) = | 3.140077 | , is equal to a commonly referred to value for Pi, **3.14**. |
| ((3.459923-0.600000)+3.14) = | 5.999923 | , is about equal to the number **"6"**. |

115.    The next series of calculations show there is merit to the claim outlined in Paragraph 114, as the 600,000 votes alleged to have been manufactured in Pennsylvania to give Biden/Harris a win in PA equates to the 51.83 degrees of a "**Kepler Triangle**" that was discussed in Paragraph 58.  And notice, the third calculation in the series below continues to support *decimals* was used to hide *geometrical math constant* associations from the Public's eye in our 2020 Election, so this scheme could not be recognized.

$(3.378263-(3.459923-0.600000)) =$    $0.5183$ , is numerically the **"51.83"** degree angle

$((3.378263-(3.459923-0.600000))*100)) =$    $51.83$   associated with a Kepler triangle.

$COS(RADIANS((3.378263-(3.459923-0.600000))*100)) =$    $0.618$ , is the **Fibonacci 618** investing value.

$(0.600000-SQRT(3.459923-3.378263)) =$    $0.3142$ , is numerically equal to Pi, **3.142**.

116.  The calculations below show *(((the "3.142" variation for Pi that was the result in the last calculation shown in Paragraph 107, multiplied by the updated vote total the AP reported for Biden/Harris in the State of Pennsylvania, as of 12/31/2020), divided by a Radian), squared)* equals 360, the number of degrees in a circle, which continues support *math constants* were used to configure Pennsylvania's 2020 Election vote totals.

$(((3.459923*3.142)/(3.60/(3.1416*2)))^2) =$    $360$ , is equal to the **"360"** degrees of a Circle.

$((3.6/(3.1416*2))*SQRT(360))/3.142 =$    $3.459925$ , is a 12 vote difference from the **3,459,923** votes the AP says was casted for Biden/Harris in the PA.

$((3.6/(3.1416*2))*SQRT(360))/3.459923 =$    $3.142$ , is equal to Pi, commonly referred to as **"3.142"**.

$(3.459923/(SQRT(360)/3.142)) =$    $0.57296$ , is equal to 1 Radian, (3.60/(3.1416*2)) = **0.57296**.

## Calculations also support Georgia and Michigan's Elections was rigged.

117.  The 1st calculation below has a result that equates to a numeric variation of Tau, which is 2Pi, using one of several commonly referred to, and used, values for Pi, 3.142, which when multiplied by 2, equals 6.284. The 2nd calculation below has a result numerically in the *range* of 1 *Radian*. The 3rd calculation below consolidates the first two to show how they both interrelate to equal 360, the number of degrees in a Circle, which continues to support Georgia's Election vote totals, too, was configured using mathematics predicated upon *geometric math processes*.

**Variables:**

- **155,507,229**, is the sum of votes the Associated Press, as of 12/31/2020, says was cast nationwide Biden/Harris, **81,283,485**, and Trump/Pence, **74,223,744**.

- **2,474,507**, is the number of final adjusted votes cast in the State of Georgia for Biden/Harris in their 2020 Presidential Election, as of 12/31/2020.

- **2,461,837**, is the number of final adjusted votes cast in the State of Georgia for Trump/Pence in their 2020 Presidential Election, as of 12/31/2020.

- **0.311257**, is the difference of the *sum of differences* in votes between Biden/Harris and Trump/Pence for the six states former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, and WI).

- **0.1**, is a dummy value representing 100% of value.

**NOTE:** The 2nd calculation below uses a *decimal point maneuver*, i.e. multiply by "10" or "0.1".

| | |
|---|---|
| (155.507229/2.474507) = | 62.84 |
| SQRT((0.311257/(0.1-((2.474507-2.461837)/2.461837)))*10) = | 5.728 |
| (SQRT((0.311257/(0.1-((2.474507-2.461837)/2.461837)))*10)*(155.507229/2.474507)) = | 360.0 |

118.    https://results.enr.clarityelections.com/GA/105369/web.264614/#/summary, shows a modification was made to Georgia's Certified 2020 Presidential Vote Totals shown at, https://www.wisn.com/article/2020-presidential-election-results/34346091# , which list:

| State of Georgia's 2020 Certified Election Results. | |
|---|---|
| Trump: | 2.461837 |
| Biden: | 2.474507 |
| Jorgensen: | 0.062138 |
| Total: | 4.998482 |

This modification was made after Dec. 07, 2020, 3:18 pm.  And just like the small change made to Pennsylvania's vote totals, also done after it was Certified, it is fair to use both sets of vote total values in calculations to show Georgia's 2020 Elections was mathematically rigged, for the reason these numbers came from the same *math processes* someone developed to rig out 2020 Elections to favor preferred candidates, which support everyone of Georgia's *Vote Recounts* was a SHAM, and done for show.

119.    This next series of calculations below show how the *geometrical math* value, the *Reflex of the Golden Angle*, can be derived from the State of Georgia's adjusted certified 2020 Presidential Election vote counts shown in Paragraph-118.  And recognize, this association can only be noticed with the use of a *decimal point maneuver*, which is a clever way to hide the math used in the processes someone created to rig our 2020 Elections.

**NOTE**: The calculation below uses a _decimal point maneuver_, i.e. <u>multiply by "10" or "0.1"</u>.

SQRT((2.474507/4.998482)*10) =     2.22<u>5</u>     , is numerically equal to the Reflex of the Golden Angle, expressed as (3.60-1.375) = **2.225**.

120.     The next calculation, also using a _decimal point maneuver_ to reveal another _geometrical math constant_ association, shows Georgia's <u>adjusted</u> certified vote total for President, shown in <u>Paragraph 118</u>, equates to 1 degree, whose _inverse_ is 1 _Radian_.

SIN(RADIANS((4.998482*2)*0.1)) =     0.01744<u>7</u>     , equates to **1 degree**, whose _inverse_ is equal to **1 Radian**.

121.     The next calculation shows how the _((inverse of calculation listed in Paragraph 120), less the square-root of (6.01118, one of several values from the untrue records in that other loosely related matter, multiplied by Georgia's Presidential vote total shown in Paragraph 118))_ equates to the 51.83-degrees angle of a Kepler Triangle.

((1/SIN(RADIANS((4.998482*2)*0.1)))-SQRT(6.01118*4.998482)) =     51.8<u>3</u>     , is the **51.83** degrees of a Kepler triangle.

122.     The calculation below shows how the 51.83 degrees of a Kepler Triangle divided by the sum of Biden/Harris and Trump/Pence adjusted Georgia vote totals that are shown in <u>Paragraph 118</u>, numerically equals what Plaintiff referred to in that _other somewhat loosely related matter_ as the REPO 105 leverage factor.

(51.83/(2.474507+2.461837)) =     10.<u>5</u>     , is numerically equal to what Plaintiff refers to in that _other loosely related matter_ as a REPO **105** leverage factor.

**<u>Calculations show Georgia's vote totals interconnect with Pennsylvania's vote totals.</u>**

123.     The calculation below shows the _fourth root of (Georgia's adjusted vote totals for all three candidates listed on their ballot, less Biden's vote total)_ plus the _square-root of (Pennsylvania's total adjusted vote totals for all the three candidates less Trump's vote total)_ equates to Pi, 3.1416, which supports there is a connection between Georgia and Pennsylvania Presidential vote totals, which could only exist if the two were sharing data.

(((4.998482-2.474507)^(1/4))+SQRT(6.917583-3.378263)) =     3.141<u>7</u>     , is about equal to Pi, **3.1416**.

124.     The series of calculations below show how *the number of votes Trump/Pence received in the state of Georgia, added to an inverse of a numerical variation of the number of Electoral votes Biden/Harris received nationwide* numerically equates to a *Radian*, which continues to support a *Radian Measure* was used in the *math processes*, contained within the *algorithms* that were used to rig our 2020 Elections.

| | | |
|---|---|---|
| (2.461837+(1/0.306)) = | 5.729**8** | , equates to 1 Radian expressed as (36.0/(3.14159*2))=**5.7296.** |
| (1/((36.0/(3.14159*2))-2.461837)) = | 0.30**6** | , numerically equals Biden's 30**6** Electoral Votes. |
| ((36.0/(3.14159*2))-(1/0.306)) = | 2.461**609** | , is 228 votes from Georgia's **2.461837** votes for Trump/Pence. |

| | | |
|---|---|---|
| (((2.461837^2)-3.1416)+SQRT(6-2.461837)) = | 4.8000**4** | The reason why both of these calculations are being shown to you unconsolidated, is so that you can see how math constants can be used to replicate values, to make a loop or circle back Georgia's 2,461,837 votes cast for Trump. |
| ((2.71828-(3.1416/1.61803399))/0.161803399) = | 4.8000**5** | |

125.     Below are the differences between the certified number of votes cast for Biden/Harris and Trump/Pence in the six states former President Trump alleges was rigged.

https://www.wisn.com/article/2020-presidential-election-results/34346091

| State | Biden | Trump | Differences |
|---|---|---|---|
| Arizona | 1672143 | 1661686 | 10457 |
| Georgia | 2473633 | 2461854 | 11779 |
| Michigan | 2804040 | 2649852 | 154188 |
| Nevada | 703486 | 669890 | 33596 |
| Pennsylvania | 3458229 | 3377674 | 80555 |
| Wisconsin | 1630866 | 1610184 | 20682 |
| **Total** | **12742397** | **12431140** | **311257** |

126.     The calculations in the series below show how the *sum of vote differences,* listed in Paragraph 125, between the votes cast for Biden/Harris and Trump/Pence in each of the six states (AZ, GA, MI, NV, PA, WI) alleged by our former President to have been rigged, also numerically equates to the *geometrical math constant,* (4/(1.61803399)) = **3.14461**, which is used in, and or associated with, *infinite series mathematics.*

| | | |
|---|---|---|
| ((311257*3.14159)^(1/4)) = | 31.446**1** | , is numerically equal to the math constant (4/(1.61803399)) = **3.14461** rounded to 5 digits. |
| (((4/SQRT(1.61803399))^4)/311257) = | 0.000314156 | , is about equal to Pi, **3.14159.** |
| (((4/SQRT(1.61803399))^4)/3.14159) = | 31.125**4** | , is numerically 3 votes from the **311,257** sum of differences for votes cast for Biden and Trump in (AZ, GA, MI, NV, PA, WI), see Paragraph 125. |

**NOTE:** The calculation below is the same as the one above, only it uses a _decimal point maneuver_, which in this case, the calculation shown above is multiplied by 10,000, which can also be easily accomplished by adjusting a decimal place to one of the values used in this calculation, such as replacing 1.61903399, with 0.0161803399.

$((((4/SQRT(1.61803399))\^4)/3.14159)*10000)$ =       31125**4**____ , is a 6 vote difference from **311,257**.

127.     The series of calculations below show how _the sum of the vote differences_ listed in Paragraph 125 divided by _the sum of Philadelphia County's vote totals for Biden/Harris and Trump/Pence, squared_ equates to a value numerically about equal to 1 _Radian_, further supporting the Presidential vote totals for all 6 states that were alleged by our former President to have been rigged to favor Biden, where all interconnected in the _math processes_, contained within the _algorithms,_ someone created to rig our 2020 Elections.

$(0.311257/(0.737045\^2))$ =       0.5729**7**

, is numerically about equal to **1 Radian**, expressed as $(3.60/(3.14159*2))$ = **0.57296.**

$((3.60/(3.14159*2))*(0.737045\^2))$ =       0.31125**1**

, is numerically a 6 vote difference from the **311,25**_**7**_ difference between the sum of votes cast for Biden/Harris and Trump/Pence in the States alleged to have been rigged (AZ, GA, MI, NV, PA, WI).

$SQRT(0.311257/(3.60/(3.14159*2)))$ =       0.7370**52**

, is numerically equal to, a -7 vote difference from the number of votes cast for Biden/Harris and Trump/Pence, (604,175+132,870) = **737,04**_**5**_ in Philadelphia (County) PA.

128.     The calculation below uses the same values as in the 3rd calculation shown in Paragraph 127, only the arithmetic order of it was flipped, and the decimal value representing _a 360-degree circle_ in that series, **"3.60"**, was changed to **"0.360"** in this calculation, which produces another result associated with a Pennsylvania County Election, further supporting the Presidential vote totals for all 6 states who were alleged by our former President to have been rigged to favor Biden, where all connected in the same _math processes_ someone used to configure the results of our Presidential Election.

$SQRT((0.360/(3.14159*2))/0.311257)$ =       0.4290**44**

, is numerically equal to, a 21 vote difference from the **"429065"** votes cast in Allegheny County PA, at the time Pennsylvania certified their vote, on 11/24/2020, for Biden/Harris.

129.     The arithmetic calculations in the series below show how the *sum of vote differences* between the votes cast for Biden/Harris and Trump/Pence in each of the six states (AZ, GA, MI, NV, PA, WI), detailed in <u>Paragraph 125</u>, numerically equates to a variation of a *geometrical math constant* associated with *infinite series mathematics* that is defined in the 2nd item in the variable list below, which refers to the result shown in the 2nd calculation listed in the series below.

**Variables:**

- **0.1**, is a variation of a dummy value representing 100% of value, i.e. (0.1 minus some value).

- (4/SQRT(1/0.618)) = **3.144519**, is a variation of the math constant (4/(1.61803399)) = 3.144606 that is used in *infinite series math*, only in place of the Golden Ratio, 1.61803399, the inverse of the Fibonacci 0.618 investing value is used in its place.

- (0.311257-(2.473633-2.461854)) = **0.2994788**, is the difference of the *sum of differences* in votes between Biden/Harris and Trump/Pence for the six states former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, WI), less the difference of Biden/Harris and Trump/Pence votes in GA.  For details, see <u>Paragraph 125</u>.

- **0.311257**, is the difference of the *sum of differences* in votes between Biden/Harris and Trump/Pence for the six states former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, WI), which is detailed in <u>Paragraph 125</u>.

- **10.5**, is a numeric variation of what Plaintiff refers to in that *other somewhat loosely related matter* as the REPO 105 leverage factor.

- (0.1-((2.473633-2.461854)/2.473633)) = **0.09524**, is numerically equal to a variation of  what Plaintiff refers to in that *somewhat loosely related matter* as the *inverse* of the REPO 105 leverage factor, expressed here as (1/10.5) = **0.09524**.

- ((2.473633-2.461854)/2.473633) = **0.00476**, is numerically equal to a variation of  the 100% of value (expressed here as "0.1") less an inverse variation of what Plaintiff refers to in that *somewhat loosely related matter* as the REPO 105 leverage factor, expressed here as 10.5, (0.1-(1/10.5) = **0.00476**.

(((0.311257-(2.473633-2.461854))/(4/SQRT(1/0.618)))+((2.473633-2.461854)/2.473633)) =      0.1

(1/((0.1-((2.473633-2.461854)/2.473633))/(0.311257-(2.473633-2.461854)))) =      3.144516

((4/SQRT(1/0.618))*(0.1-((2.473633-2.461854)/2.473633))) =      0.299478

(((0.1-((2.473633-2.461854)/2.473633))*(4/SQRT(1/0.618)))+(2.473633-2.461854)) =      0.311257

((4/SQRT(1/0.618))/(0.311257-(2.473633-2.461854))) =      10.5

((0.311257-(2.473633-2.461854))/(4/SQRT(1/0.618))) =      0.09524

(0.1-((0.311257-(2.473633-2.461854))/(4/SQRT(1/0.618)))) =      0.00476

130.     The next series of arithmetic calculations below show how the <u>*inverse (of the number of Electoral Votes Biden/Harris received to win our 2020 Presidential Election*</u>

- 55 -

*multiplied by the sum of differences in votes between Biden/Harris and Trump/Pence for the six states former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, WI))* equates to a variation of what Plaintiff refers to in that *other somewhat loosely related matter* as the REPO 105 leverage factor, which when added to *(the difference in votes Biden/Harris and Trump/Pence received in Georgia's 2020 Presidential Election, divided by the total votes Biden/Harris received in that Election)* equates to a variation of 100% of value, expressed here as 0.1, which continues to support Plaintiff's arithmetic findings that show all of vote total values from our 2020 Presidential Election, in the six states in question, all interconnect by way of *geometrical math* constants that are commonly used in *financially engineered leveraging schemes*.

**Variables:**

- **10.5**, is a numeric variation of what Plaintiff refers to in that *other somewhat loosely related matter* as the REPO 105 leverage factor.

- (0.311257*0.306) = **0.09524**, is numerically equal to a rounded variation of what Plaintiff refers to in that *somewhat loosely related matter* as the *inverse* of the REPO 105 leverage factor, expressed here as (1/10.5)) = **0.09524**.

- ((2.473633-2.461854)/2.473633) = **0.00476**, is numerically equal to a variation of the 100% of value (expressed here as "0.1") less an inverse variation of what Plaintiff refers to in that *somewhat loosely related matter* as the REPO 105 leverage factor, expressed here as 10.5, (0.1-(1/10.5)) = **0.00476**.

- **0.1**, is a variation of a dummy value representing 100% of value, i.e. (0.1 minus some value).

- **306**, is the Electoral Votes Biden/Harris received to win our 2020 US Presidential Election.

- **0.311257**, is the difference of the *sum of differences* in votes between Biden/Harris and Trump/Pence for the six States former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, WI), which is detailed in Paragraph 125.

$$(1/(0.311257*0.306)) = \quad 10.5$$
$$(0.311257*0.306) = \quad 0.09524$$
$$((2.473633-2.461854)/2.473633) = \quad 0.00476$$
$$(((2.473633-2.461854)/2.473633) + (0.311257*0.306)) = \quad 0.1$$
$$((0.1-((2.473633-2.461854)/2.473633))/0.311257) = \quad 0.306$$
$$((0.1-((2.473633-2.461854)/2.473633))/0.306) = \quad 0.311236 \text{, is a -21 votes from } \mathbf{0.311257}.$$

131.     The series below shows how the *square root of a numeric variation of the inch to cubit conversion measure*, multiplied by *the sum of differences in votes between Biden/Harris and Trump/Pence for the six States former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, WI))* equals the number of Electoral Votes former President Trump received in our 2020 Election.

| | | |
|---|---|---|
| (SQRT(1/1.8)*0.311257) = | 0.232 | , is numerically equal to Trump/Pence **232** Electoral Votes. |
| ((0.232/0.311257)^2) = | 0.55557 | , equates to the *inch to cubit* conversion measure, expressed as (1/1.8) = **0.55556**. |
| (0.232/SQRT(1/1.8)) = | 0.311261 | , is -4 votes from the **0.311,257** *sum of differences* between Biden/Harris and Trump/Pence for the six states former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, WI), see Paragraph 125. |

132.     In the series below, *½ of the math constant Pi is subtracted from the sum of vote differences between the total votes cast for Biden/Harris and Trump/Pence in the states of AZ, GA, MI, NV, PA, and WI* equals a value numerically 10 votes from the difference between the votes cast for Biden and Trump in the state of Michigan.

| | | |
|---|---|---|
| (0.311257-(0.314159/2)) = | 0.154178 | , is 10 votes from the difference in votes cast in Michigan for Biden/Harris, 2,804,040, and Trump/ Pence, 2,649,852, (2.804040 - 2.649852) = **0.15488**. |
| (2.804040-(0.311257-(0.314159/2))) = | 2.649863 | , is -11 votes from the **2,649,852** votes cast in MI for Trump. |
| (2.649852+(0.311257-(0.314159/2))) = | 2.804030 | , is 10 votes from the **2,804,040** votes cast in MI for Biden. |
| ((2.804040-2.649852)+(0.314159/2)) = | 0.311268 | , is numerically -11 votes from the **311,257**, *sum of differences* in votes between Biden and Trump for the six states former President Trump alleges was rigged, (AZ, GA, MI, NV, PA, WI), which is detailed in Paragraph 125. |
| (0.311257-(2.804040-2.649852)) = | 0.15707 | , is numerically equates to *1/2 Pi*, (0.314159/2) = **0.15708**. |

133.     The next series of calculations show how *((Biden/Harris vote total from Michigan less the Golden Ratio squared), squared)* numerically equates to a value that is a 99 vote difference from the number of votes Biden received in Pennsylvania, after Allegheny County adjusted their certified vote totals a few weeks later, which supports during the vote-counting process data from these two states was continually shared and recalculated in the *math processes* contained within the *algorithm* someone created to rig our Election.

$((2.804040-2.61803399)^2) =$   $0.03459\underline{824}$   , is a 0.0000099 difference, which equates to a 99 vote difference from the number of votes Biden/Harris received in Pennsylvania, **"3,459,923"** 2020 Presidential Election.

$(2.61803399+SQRT(0.03459923)) =$   $2.80404\underline{3}$   , is numerically a 3 vote difference from the **2,804,040** votes cast in the State of Michigan for Biden/Harris.

$(2.804040-SQRT(0.03459923)) =$   $2.61803\underline{132}$   , is about equal to the Golden Ratio Squared, **2.61803399**.

134.    The calculations below support there is more logic left to uncover to understand how the State of Michigan, and others, vote totals were configured to interconnect.

**Variables:**

- **(1.618*2)**, is 2x's the commonly referred to value for the Golden Ratio.

- **81,283,485**, is the number of votes the Associated Press says was cast for Biden/Harris nationwide, as of 12/31/2020.

- **2,649,852**, is the number of votes cast in the State of Michigan for Trump/Pence in their 2020 Presidential Election.

- (2,804,040+2,649,852+60,381+13,718+7,235+2,986) = **5,538,212**, is the total votes cast in the State of Michigan for all Presidential Candidates on their ballot.

- **0.1**, is a variation of a dummy value representing 100% of value, i.e. (0.1 minus some value).

**NOTE:** The calculation below uses a _decimal point maneuver_, i.e. _multiply by "0.1"_.

$((1.618*2)-((SQRT(81.283485/(1.618*2))-SQRT(2.649852/5.538212))*0.1)) =$   $2.80\underline{40}$   , if this result was unrounded, it would be a 52 votes from Biden/Harris, **2.804040**, MI vote total.

$(0.1-((1/(SQRT(81.283485/(1.618*2))-SQRT(2.649852/5.538212)))/2.804040)) =$   $0.0174\underline{5}$   , is about equal to **1 Degree**, **0.01745**, whose _inverse_ is equal to **1 Radian, 57.3.**

135.    The table below contains the <u>final</u> vote totals Biden/Harris and Trump/Pence received in the states of GA, MI, and PA's 2020 Presidential Elections.

| State | Biden/Harris Votes | Trump/Pence Votes | | |
|---|---|---|---|---|
| Georgia | 2.474507 | 2.461837 | | |
| Michigan | 2.804040 | 2.649852 | | |
| Pennsylvania | 3.459923 | 3.378263 | | |
| **Totals:** | **8.73847** | + | **8.489952** | = | **17.228422** |

136.     The calculations below show *100% of value, expressed here a "1", less the square root of (Pi divided by sum of votes Biden/Harris and Trump/Pence received in the states of GA, MI, and PA)* numerically equates to 1 *Radian*, which is demonstrated in the 2nd calculation below and continues to support our 2020 Election was rigged using *math processes* based upon *geometric math constants*, in particular, the *Radian measure*.

| | | |
|---|---|---|
| $((3.60/(3.1416*2))+SQRT(3.1416/17.228422)) =$ | **1** | , equals **"1"**, a dummy value for 100% of value. |
| $(1-SQRT(3.1416/17.228422)) =$ | 0.5729**8** | , is about equal to 1 Radian, expressed as $(3.60/(3.1416*2)) = $ **0.57296**. |
| $(3.1416/((1-(3.60/(3.1416*2)))^2)) =$ | 17.22**6878** | , is a 1,544 vote difference from the **"17.228422"** sum of votes cast in GA, MI and PA. |
| $(((1-(3.60/(3.1416*2)))^2)*17.228422) =$ | 3.141**9** | , is about equal to Pi, **3.1416**. |

137.     17,228,422, is the sum of votes Biden/Harris and Trump/Pence received in the States of GA, MI, and PA.  74,223,744, is the total votes Trump/Pence received Nationwide.  The calculation below shows how these values interconnect to numerically equal the number of Electoral Votes Trump/Pence received in our 2020 Election.

| | | |
|---|---|---|
| $(17.228422/74.223744) =$ | 0.23**2** | , is numerically equal to the "232" Electoral Votes Trump/Pence had 2020. |

138.     The first two calculations below have a like result, similar to the one listed in Paragraph 89, and the ones that follow consolidate the two to show where the values in the calculations that follow interconnect.

| | | |
|---|---|---|
| $(1/((2.804040-2.61803399)*2)) =$ | 2.68**8** | , see Paragraph 89. |
| $(1/((SQRT(81.283495/(1.618*2))*74.223744)*0.001)) =$ | 2.68**8** | , see Paragraph 89. |
| $(2.804040-(((SQRT(81.283495/(1.618*2))*74.223744)*0.001)/2)) =$ | 2.61804**135** | , equates to Phi^2, **2.61803399**. |
| $(2.61803399+(((SQRT(81.283495/(1.618*2))*74.223744)*0.001)/2)) =$ | 2.804**033** | , is numerically 7 votes from Biden's MI vote, **2.804040**. |
| $((((SQRT(81.283495/(1.618*2))*74.223744)*0.001)/2)^2) =$ | 0.03459**550** | , is numerically 373 votes from Biden's PA votes, **3,459,923**. |

139.    The calculations below continue to show how the sum of GA, MI, and PA vote totals for Biden/Harris and Trump/Pence, (4.936344+5.453892+6.838186) = 17.228422, connect with the 618 *geometrical math constant*, and 100% less its value, (1000-618) = 382, which both values are commonly used in *Financial Engineering* and can be found in the financial statement reporting, more so in the 2008 financials, of companies, like Bank Of America.  The first two calculations below show where the ones that follow interconnect.

$$((100-17.228422)^{\wedge}(1/3)) = \textcolor{red}{4.3581}$$

$$((0.3377674^{\wedge}2)*(100-61.8)) = \textcolor{red}{4.3581}$$

| | | |
|---|---|---|
| $(17.228422+(((0.3377674^{\wedge}2)*(100-61.8))^{\wedge}3)) =$ | **100** | , equals **100**, which represents **100%** of value. |
| $(((100-17.228422)^{\wedge}(1/3))/(0.3377674^{\wedge}2)) =$ | **38.2** | , is equal to 100% of value less the **Fibonacci 618** Investing Value, expressed as (100-61.8) = **38.2**. |
| $SQRT(((100-17.228422)^{\wedge}(1/3))/(100-61.8)) =$ | 0.337765**4** | , is numerically a 20 vote difference from the **"3,377,674"** votes the State Of Pennsylvania certified, on 11/24/2020, for Trump/Pence. |
| $(100-(((0.3377674^{\wedge}2)*(100-61.8))^{\wedge}3)) =$ | 17.22**5518** | , is 2,904 votes from the **17,228,422** votes cast for Biden/Harris and Trump/Pence in GA, MI, PA. |

140.    The first calculation below shows how the *(mathematical constant "e", expressed here as EXP(1) (which is the EXCEL Spreadsheet function for "e"), divided by (100% of value, expressed here as 1, less an inverse variation of the Trump/Pence 74,223,744 nationwide votes)) equates to Pi*.  The 2nd calculation below shows how the logic in the 1st calculation can be expanded upon to equal the result shown in the 1st calculation and or second calculations listed in Paragraph 139, to which the 3rd calculation below consolidates them to show how their values connect to equate to the number of votes GA, MI, and PA, 17,228,422, cast for Biden/Harris and Trump/Pence in our 2020 Election.

| | | |
|---|---|---|
| $(EXP(1)/(1-(1/7.4223744))) =$ | 3.1415**3** | , is about equal to Pi, **3.14159.** |
| $(1-SQRT((1-(1/7.4223744))/EXP(1)))$ | \textcolor{red}{0.43581} | , compare this result with the 1st calculations listed in Para. 139. |
| $(100-((10-SQRT(((10-(1/0.74223744))/EXP(1))*10))^{\wedge}3)) =$ | 17.22**9232** | , is -810 votes from the total votes cast in GA, MI and PA, **17.228422**, for Biden/ Harris and Trump/Pence. |

141.   The calculations below show *the total votes cast for Biden/Harris and Trump/Pence nationwide, 155.507229, less (100% of value, expressed here as 100, less the 17.228422 in total votes cast for Biden/Harris and Trump/Pence in GA, MI, and PA)* equate to a value about equal to the inverse of the *geometric math constant*, the Golden Angle.

(155.507229-(100-17.228422)) =        72.7**4**     , is about equal to the Golden Angle, expressed as: (0.0360-
(1/(155.507229-(100-17.228422))) =      0.0137**5**     0.02225) = 0.0137**5**, whose inverse is (0.0360-0.02225) = **72.73**.

142.   The 1st calculation below is an expanded version of the ones above, in <u>Paragraph 141</u>. The 2nd is the 11th calculation shown in <u>Paragraph 41</u>, which is being brought to your attention, once again, for the reason the two will interrelate, which further supports GA, MI, and PA vote totals were all configured using the same *math processes*, based upon *geometrical math* values, which can only be done if the data between these states was shared during the vote counting process and were configured from the same *algorithms*.

(1/(155.507229-(100-17.228422))) =          0.01374**842**     , is numerically
                                                                                  7 votes from
                                                                                  Erie County
((1.618034-((3.459923+3.378263)^(1/4)))/(3.459923+3.378263)) =     0.0001374**842**   PA's, **"VOTE-
                                                                                  1", 137,49**1.

(100-(155.507229-(((3.459923+3.378263)/(1.618034-((3.459923+3.378263)^(1/4))))*0.01)) =     17.228**381**
((100-17.228422)+(((3.459923+3.378263)/(1.618034-((3.459923+3.378263)^(1/4)))*0.01)) =     155.507**188**
(17.228422+(155.507229-(((3.459923+3.378263)/(1.618034-((3.459923+3.378263)^(1/4))))*0.01))) =          100

143.   The series of calculations below show the sum of nationwide votes the Associated Press, by 12/31/2020, reported for Biden and Trump, (81,283,485+74,223,744) = 155,507,229 divided by the *(votes cast for Biden/Harris in Michigan's 2020 Presidential Election, 2,804,040) squared* equals another *math constant* that will look familiar to the Democratic House Financial Service Committee (D-HFSC), SEC, FBI and USDOJ for the reason it mirrors a value, and logic, brought to their attention in the analysis of the

multi-billion dollar accounting and securities fraud related to that *other somewhat loosely related matter*, which to date has been covered up at the expense of this Plaintiff.

Each point below explains, or defines, each result listed in the series of calculations that follows this list.

- The 1st & 2nd, and 5th & 6th calculations shown below should look familiar to a Federal Court, HFSC, SEC, FBI, and USDOJ as those results, in one form or another, was brought to their attention in analysis to show the multi-billion-dollar accounting and securities fraud committed in that *other somewhat loosely related matter.* (And if it is not recognizable to you, ½ of the 1st calculation below equals the result in the 5th calculation, and if the 2nd calculation listed below was not multiplied by 2, it would equal the result of the 6th calculation shown below.)

- The 3rd calculation shown below produces a result that is a variation of this math constant used in *infinite series mathematics*, (4/SQRT(1.61803399)), only in place of the Golden Raito, *100% of value less the Fibonacci 618 investing valu*e is used in its place, (4/SQRT(1/SQRT(1-0.618))) = **3.144675**. (And recognize "618" is and 100% of value, i.e. 1000, less "618" are values related to the 51.83 angular measure associated with a Kepler Triangle, which is logic used in *Financial Engineering*.)

- The 7th calculation shown below has a result that is a -2 difference from the **2,804,04**0 votes cast in the state of Michigan for Biden/Harris.

- The 8th calculation is a 184 vote difference from the (81,286,485 + 74,223,485) = **155,507,2**29 sum of votes the Associated Press reported, as of 12/31/2020, Biden/Harris and Trump/Pence received in our 2020 Presidential Election.

| | |
|---|---|
| ((81.283485+74.223744)/(2.804040^2)) = | 19.77799 |
| (((4/SQRT(1/SQRT(1-0.618)))^2)*2) = | 19.77797 |
| SQRT(((81.283485+74.223744)/(2.804040^2))/2) = | 3.144677 |
| (4/SQRT(1/SQRT(1-0.618))) = | 3.144675 |
| (((81.283485+74.223744)/(2.8040040^2))/2) = | 9.888995 |
| ((4/SQRT(1/SQRT(1-0.618)))^2) = | 9.888984 |
| SQRT((81.283485+74.223744)/(((4/SQRT(1/SQRT(1-0.618)))^2)*2)) = | 2.804042 , a -2 votes from **2,804,040**. |
| ((((4/SQRT(1/SQRT(1-0.618)))^2)*2)*(2.804040^2)) = | 155.507045 , a 184 votes from **155,507,229**. |

144.    The two calculations below are segments of the ones listed in Paragraphs 18 & 19.

This 1st calculation is a variation of the number of Electoral Votes Biden/Harris received in our 2020 Election plus the difference in votes Pennsylvania certified for vote Biden/Harris and Trump/Pence, which equates to a commonly referred to value for Pi, 3.14.

| | | |
|---|---|---|
| (3.06+(3.458229-3.377674)) = | 3.14 | , is in range of Pi, **3.14**… |

This 2nd calculation shows how a *numeric variation of the number of Electoral Votes Trump/Pence received in our 2020 Election minus the difference in votes the state of Pennsylvania certified for Biden/Harris and Trump/Pence* equals 2.2394…, which happens to be numerically equal to the 2,239.4 billion dollar accounting and securities fraud Plaintiff uncovered in the *somewhat loosely related matter* that a Federal Court, Congress, SEC, FBI, and USDOJ are well aware of, and have covered up, for years, at the expense livelihood and well-being of Plaintiff.  And know, this is not a coincidence, as that *financial fraud*, and this *election fraud,* are both using the same, or similar, math logic in their respective schemes, which is the reason why so many values between the two interrelate.  See <u>Paragraph 82 (Lehigh County PA)</u>, and <u>Paragraphs 151-152</u>.

(2.32-(3.458229-3.377674)) =   2.239**4**   , is equal to FFH 2008-Q1, page 1, **"2,239.4"** Subordinate voting shares.

The calculation below shows how the 1st and 2nd calculations listed above interconnects to the sum of GA, MI, and PA vote totals for Biden/Harris and Trump/Pence, (4.936344+5.453892+6.838186) = 17.228422, to equal a value that is numerically a 1 vote difference from the 311,25<u>7</u> *sum of differences* in votes Biden/Harris received over Trump/Pence in the States of AZ, GA, MI, NV, PA and WI, which continues to show, and support, that all vote values for these states shared data, and was configured using the same *math process*.

**NOTE:** The calculation below uses a *decimal point man*euver, i.e. *multiply by "10" or "0.1"*, to bring a segment of this calculation back inline so this association can be recognized.

(SQRT(((10-(SQRT(17.228422)/(3.06+(3.458229-3.377674))))*10)/(2.32-(3.458229-3.377674)))/2) =   3.1125**6**

**<u>More analysis can be done to support this complaint, only time does not allow for it.</u>**

145.     The calculations below support more connections can be uncovered between the vote total values from GA, MI, and PA Elections.  Plaintiff also believes commonalities can be found in AZ, NV, and WI vote values as well, however, there just isn't enough time to analyze all of these states to support the claims he made in this litigation, as this

analysis was done by one person, in real-time, and on 2/12/2021 the Court decreed no

more supplements for this matter, for this complaint to be consolidated, so this litigation

can move on.  However, at this time, the existing analysis is developed to a point where it

is sufficient enough to show a *math process* was used to rig our 2020 Elections, so some

who took part in this Election Fraud Scheme can be held to account for the crimes they

committed against all of us regular-folk, in particular, this Plaintiff, which is why he is

pointing out the associations below, so the Court, and all others, know, more can be done.

And recognize, the reason why a commonality to the harmonic number "432" exists,

is to act as a consolidation point, or target value, used in the processes created to facilitate

this scheme, so the data from these states, who have different rules and use different

voting machine systems, can stay inline and continue within their respective procedures.

The calculation below, expressed as a variation of the Golden Angle, **(0.360/2.618)**, divided by Pi, **3.1416**, has a result equal to the number **432**.  **NOTE: <u>All</u> results below are rounded to 4 digits.**

$$((0.360/2.618)*3.1416) = \qquad 0.43\underline{2}0$$

In the calculation below, **(3,459,923+3,378,263)** is the sum of votes Biden/Harris and Trump/ Pence received in Pennsylvania's Election, as of 12/31/2020.  **(1.61803399/0.360)**, is the *inverse* of the Reflex of the Golden Angle.

$$(((1.61803399/0.360)/(3.459923+3.378263))^2) = \qquad 0.43\underline{2}0$$

In the calculation below, **(604,175+132,870)** is the sum of votes Biden/Harris and Trump/Pence received in Philadelphia, PA's Election, as of 12/31/2020.  **359,952**, is the number of people, in Philadelphia, who voted at a polling facility.  **(0.360/(1.618^2))**, is a variation of the Golden Angle.  **0.618**, is the Fibonacci investing value.

$$((0.360/(1.618^2))/(SQRT((0.604175+0.132870)*0.359952)*0.618)) = \qquad 0.43\underline{2}0$$

In the calculation below, **(81,283,485 + 74,223,744)** is the sum of votes Biden/Harris and Trump/ Pence received nationwide, in our Election, as of 12/31/2020.  **360**, is the degrees of a circle.

$$((81.283485 + 74.223744)/360) = \qquad 0.43\underline{2}0$$

In the calculation below, **2,804,040** is the votes Biden/Harris received in Michigan, as of 12/31/2020.  **(1.61803399*2)**, is 2x's the Golden Ratio.  **2,649,852**, is Trump/Pence vote total, 5.538212, is the total votes cast in the State of Michigan for all Presidential Candidates on their ballot (2,804,040+2,649,852+60,381+13,718+7,235+2,986) = 5,538,212.

$$((1.61803399*2)-2.804040) = \qquad 0.43\underline{2}0$$

(SQRT(81.283485/(1.61803399*2))-SQRT(2.649852/5.538212)) =   4.32**0**

In the calculation below, **(2,473,633+2,461,854)**, is the sum of votes Biden/Harris and Trump/Pence received in Georgia's Election at the time it was certified. **(5,539,302-85,410),** and **2,649,852,** are all values, or the sum of certain values, from Michigan's 2020 Elections.

((2.473633/(2.473633+2.461854))-(1/((5.539302-0.085410)*2.649852))) =   0.432**0**

Lastly, be aware, the calculation below shows any calculation listed above having a result of **432** can be expanded upon to numerically equate to a value equal to the **306** Electoral Votes Biden/Harris received, by design, not by the vote of most People, in our 2020 Presidential Election.

((**4.32**/3.1416)/(1.618/0.360)) =   0.30**6**

### There is other evidence out there to support Plaintiff's complaint.

146.    Former Federal Prosecutor, Attorney Sidney Powell, obtained witness testimony

that supports Dominion Voting Machines/System was used in a Foreign Country to rig

the outcome of their Election, which will support this complaint.

147.    And, although Dominion is not the voting booth machine Plaintiff casted his ballot

on, it is 1 of 5 voting machine systems used in the State of Pennsylvania whose Elections

was rigged in 2020, too which there will be away, although at this time it is relatively

unknown, for these systems to communicate, or to follow a common set of rules so voter

data can be saved, shared, consolidated, monitored, and configured.  And, if this were not

so, the calculations listed in this complaint that <u>prove</u> mathematics of some kind was used

to configure Pennsylvania, and our nationwide vote totals, would not exist.

==**Para. 148 - 152 are only directed to Congress, SEC, FBI, and USDOJ Defendants.**==

148.    Throughout this complaint, Plaintiff referred to a *somewhat loosely related matter*,

which is a combination of 3 litigations, *<u>Mirarchi v. Seneca (all motions for relief)</u>*, and

two matters born from it, *<u>Richmond and Hevenor v. Mirarchi</u>* and *<u>City of Philadelphia v.</u>*

*<u>Mirarchi</u>*, where falsified records was used against this Plaintiff in the *summary judgment*

- 65 -

*proceedings* of the first two litigations, and the last (*City of Philadelphia v. Mirarchi*) was personally supervised by an attorney involved with falsifying, or hiding, information and records from the summary judgment proceeding of the 1st litigation (*Mirarchi v. Seneca*).

149.    When Plaintiff realized records were falsified, he brought it to the respective Courts' attention, then to the PA Bar's attention, and later to the SEC, FBI and USDOJ-PA Authorities' attention, and all either ignored the act, or said it could not be proven, an obvious lie, and each allowed the crimes committed against Plaintiff to go scot-free.

150.    Moreover, the financial fraud uncovered in that *loosely related matter* was brought to the attention of the SEC, FBI, USDOJ, and Congress, where it was also ignored, surely for the reason the accounting and securities fraud uncovered exposed the financial crimes many of their foreign and or domestic special interests, like the late Jeffrey Epstein, have conducted here in our Country for decades, which was covered up by our Government.

151.    Keeping the comments in Paragraph 148 - 150 in mind, the series below shows how many of the values from our 2020 Election, interrelate with, or can be used to replicate values from the 2008 financials of the Company who Plaintiff uncovered committed billions in accounting and securities fraud in that *somewhat loosely related matter*, which he will say again, MANY are aware of this, and to date have covered it up at the expense, livelihood, and well-being of this Plaintiff, to which they all should know, what they allowed to be covered up to protect the financial fraud and other crimes committed by their foreign and or domestic special interests, now covers up a Coup and High Treason against us all.  How?  The same math logic used in that multibillion-dollar financial fraud is the same math logic used to Commit Election Fraud, which is why so many relations between the two, like the ones below, can be made.  And know, more can be done.

**Variables:**

- **2,461,837**, is the total votes Trump/Pence received in the State of Georgia.
- **232**, is the Electoral Votes Trump/Pence received in our 2020 Presidential Election nationwide.
- **2.61803399**, is the Golden Ratio Squared, and **"3.1416"**, is Pi.
- **6**, represents 6 parts to a circle based on the formulas: (3.1416-2.618) = 0.5236, (0.5236*6) = 3.1416.
- **6.917583**, is Pennsylvania's final vote totals for Biden/Trump/Jorgenson.
- **3.378263**, is Pennsylvania's final vote total for Trump.

$(1-((2.32/2.461837)^2)) = \quad 0.1119\underline{1}$

, is numerically equal to FFH's 2008-Q1, page 7, Dec. 31 2007 (i.e. Jan 01, 2008) **"1,119.1"** Assets Fair value, which is discussed on top of page 12.

$((((2.61803399\text{-}2.461837)^{\wedge}(1/4))/2)^{\wedge}(1/4)) = \quad 0.7487\underline{7}$

, is numerically equal to the difference between FFH's 2008-Q1 **1,548,000"** multiple voting shares, less **"799,230"** shares held through ownership interest, (1.548000-0.799230) = **0.74877.**

$((2.461837^2)\text{-}3.1416) = \quad 2.91\underline{9}$

, is numerically equal to FFH's **"2,919"** Series **"K"** Shares listed in FFH's 9/23/2015 Share Repurchase Announcement.

$SQRT(6\text{-}2.461837) = \quad 1.88\underline{1}$

$SQRT(6.917583\text{-}3.378263) = \quad 1.88\underline{1}$

, is numerically equal to FFH's **"1,881"** Series **"C"** Shares listed in FFH's 9/23/2015 Share Repurchase Announcement, which is also numerically equal to FFH's 2008-Q1, page 4, **(188.1)** Net increase in restricted cash and cash equivalents.

**Variables:**

- **3.459923**, is the updated 12/31/2020 vote total Biden/Harris received in Pennsylvania.
- **2.32**, is the number of electoral votes Trump/Pence received in our 2020 Elections.
- **(3.458229 - 3.377674)**, is the difference in votes between Biden/Harris and Trump/Pence in Pennsylvania that was certified on 11/24/2020
- **74.223744**, is the total votes Trump/Pence received in our 2020 Elections, by 12/31/2020.
- **51.83**, is a value associated with a Kepler Triangle, which is based upon 0.618, or the Fibonacci 618 investing value.
-

$SQRT(1/(3.459923*(10\text{-}\underline{(1/.618)^3)}))) = \quad 0.2239\underline{4}$

$(2.32\text{-}(3.458229\text{-}3.377674)) = \quad 2.239\underline{4}$

$(74.223744\text{-}51.83) = \quad 22.39\underline{4}$

, is numerically FFH's 2008-Q1, page 1, **"2,239.4"** subordinate share value.

**Variables:**

- 3.1416, is Pi.
- "10" and "100" are dummy values that represent 100% of value.
- The Calculations below use the *average* sum of GA, MI, PA Biden/Harris and Trump/Pence vote totals, ((4.936344+5.453892+6.838186) = 17.228422, divided by 3).

$((\underline{17.228422/3})^{\wedge}(1/8)) = \quad 1.244\underline{2}$

, is numerically equal to FFH's 2008-Q1, page 5, Dec. 31, 2007 (i.e. Jan. 1, 2008) **"1,244.2"** Cash & Investments pledged for short sale.

$(10\text{-}((17.228422/3)^{\wedge}(1/8))) = \quad 8.755\underline{8}$

, is numerically equal to FFH's 2008-Q1 page 7, Dec. 31, 2007 (i.e. Jan. 1, 2008) **"8,755.8"** Amortized cost of bonds available for sale.

$(100\text{-}(SQRT(17.228422)*3.1416)) = \quad 86.9\underline{6}$

, is numerically equal to FFH's 2008 Annual, page 9, **"869.6"** Holding company debt.

**Variables**:

- **17,228,4<u>22</u>** is the sum of votes Biden/Harris and Trump/Pence received in GA, MI, and PA.
- <u>(3.60/(3.1416*2))</u>, is a Radian.

$$(7.7272-2.2432) = \quad 5.4840$$
$$(17.228422/3.14159) = \quad 5.4840$$

$$(17.228422/(7.7272-2.2432)) = \quad 3.1415\underline{8}$$ , is about equal to "Pi", **3.14159**.

$$((7.7272-2.2432)*3.14159) = \quad 17.2284\underline{80}$$ , is a -58 votes from **17,228,4<u>22</u>** sum of votes Biden/Harris and Trump/Pence received in the States of GA, MI, and PA.

$$(2.2432+(17.228422/3.14159)) = \quad 7.727\underline{2}$$ , is about equal to FFH's 2008-Q1, page 1, **7,727.<u>2</u>** Assets.

$$(7.7272-(17.228422/3.14159)) = \quad 2.243\underline{2}$$ , is equal to FFH's 2008-Q1 page 1 **2,243.<u>2</u>** Common Stock.

$$(SQRT(1/74.223744)/2) = \quad 0.0580\underline{4}$$ , is numerically about equal to the **0.0580<u>5</u>** result derived from the Maiden-re file: ***Dec 2008 Trust Recalc.xlsx***, line 39, **CELL J39**, which has the calculation "**0.1161 × 0.5 = 0.05805**".

$$SQRT(17.228422/(3.60/(3.1416*2))) = \quad 5.483\underline{6}$$ , is equal to FFH 2008-Annual, pg. 108, **5,483.<u>6</u>** Assets total.

$$SQRT(SQRT(SQRT(17.228422)*3.1416)) = \quad 1.900\underline{28}$$ , is about equal to another value hidden under the guise of more untrue records used against Plaintiff here in the Eastern District Federal Court, (0.655-0.464968) = 0.190<u>32</u>.

$$SQRT(1/SQRT(SQRT(17.228422)*3.1416))*0.1) = \quad 0.229\underline{4}$$ , is equal to FFH's re-Treaty No. **229<u>4</u>**.

**Variables:**

- **"2,474,507"**, is the total votes Biden/Harris received in the State of Georgia.
- **"4.998482"**, is the total votes for all Presidential Candidates in the State of Georgia.

$$SQRT(4.998482-2.474507) = \quad 1.588\underline{7}$$ is equal to FFH's 2008-Q1, page 1, **1,588.<u>7</u>** Assets pledged for short sale and derivative obligations

**Variables:**

- **3.459923**, is the updated 12/31/2020 vote total Biden/Harris received in Pennsylvania.
- 0.282913, is the updated 12/31/2020 vote total Trump/Pence received in Allegheny County PA.
- 6917583, is the updated 12/31/2020 vote total in PA for Biden, Trump and Jorgenson.

$$(3.459923/0.282913) = \quad 12.23\underline{0}$$ , is equal to FFH's 2008-Q1, page 7, **1,223.<u>0</u>** Portfolio Investments.

$$(16.1803399/(3.459923/SQRT(0.0360))) = \quad 0.8873\underline{0}$$ , is equal to FFH's 2008-Q1, page 41, Dec. 31, 2008 **8,873.<u>0</u>** Notional Value of Credit Default Contracts.

$$1/(10-(3.459923/SQRT(3.60))) = \quad 0.1223\underline{0}$$ , is FFH2008-Q1, page 7, **1,223.<u>0</u>** Portfolio Investments.

$$((1-(3378263/6917583))^2) = \quad 0.2617\underline{8}$$ , is equal to FFH 2008-Q1, pg. 1, **2,617.<u>8</u>** Common Stock.

**Variables:**

- **3.1416**, is Pi.
- **430759**, is the updated 12/31/2020 vote total Biden/Harris in Allegheny County PA.
- **177474**, is the votes cast for Connor Lamb to win his US House of Representative Seat in PA.
- **6**
- **3.459923**, is the updated 12/31/2020 vote total Biden/Harris received in Pennsylvania
- **79397**, is the updated votes for Jorgenson in PA.

$(1/\text{SQRT}(3.1416-(1/0.430759))) = 1.104\underline{2}$ , Equates to FFH 2008-Annual, page 72, **1,104.2** General Premiums.

$(3.1416-(0.430759^2)) = 2.956\underline{0}$ , Equates to FFH 2008-Q2, page 5, **"2,956.0"** Subsidiary investments.

$((6-\text{SQRT}(1.77474))^2) = 21.78\underline{8}$ , is about equal to FFH 2008-Q1, page 3, **"2,178.9"** retained earnings.

$((3.459923/0.079397)/2) = 21.78\underline{9}$ , is equal to FFH 2008-Q1, page 3, **"2,178.9"** retained earnings.

**<span style="color:red">Lehigh County:</span>** (<u>Biden: 98,288</u> + <u>Trump: 84,259</u> + <u>Jorgensen: 2,166</u>) = 184,713

$\text{SQRT}(0.184713) = 0.4297\underline{83}$ , this result is about equal to the **"429,7<u>99</u>"** result from another one of the untrue records at issue in what Plaintiff refers to in this compliant as a *loosely related matter*.

$(0.184713^{(1/4)}) = 0.655\underline{6}$ , is numerically equal to FFH's 2008-Annual, page 103, **"655.<u>6</u>"** Portfolio Investments for Group-re**.**

$(0.184713/1.618) = 1141.\underline{6}$ , is numerically equal to FFH's 2008-Annual, page 103, Dec. 31, 2007 (i.e. Jan. 1, 2008) "1,141.6" Total Assets total for Group-re.

$(184713^{(1/16)}) = 2.133\underline{8}$ , is numerically equal to FFH' 2008-Q1, page 1, **"2,133.<u>8</u>"** Unearned Premiums.

152.    Each series of calculations below continues to show how every value hidden under the guise of the <u>untrue</u> records at issue in the *other somewhat other loosely related matter*, are *numeric mechanisms* of some sort used in the *math processes* of this Election Fraud Scheme that was created to elect certain candidates, to which, one subpoena requesting the details and replication of these *data warehoused* records will support this to be true, as well as crimes committed against this Plaintiff in a few other court hearings.

$((6.01118/4.998482)^{(1/4)}) = 1.047\underline{2}$ , is equal to the (<u>(3.1416*2)</u>-<u>(2.618*2)</u>) = **1.0472**, that is related to equal parts of a circle measurement, based upon the **"Tau"** constant.

$(((0.5236*2)^4)*4.998482) = 6.0111\underline{4}$ , is numerically about equal to the **601118** hidden under the guise of untrue records related to that *other somewhat loosely related matter*.

$(6.01118/((0.5236*2)^4)) = 4.998\underline{517}$ , which is a -35 vote difference from Georgia's Adjusted Certified vote total for Biden/Trump/Jorgensen, **4.998482**, shown in <u>Paragraph 2</u>.

$(2.461837/0.232) =$     $10.611$    These two calculations show how the ones in the series
$((5.01171-1.75410)^2) =$     $10.612$    (below) that follow interconnect.

$SQRT(2.461837/0.232)$     $3.25751$    , is numerically a difference of 10 from the (5.01171-1.75410) = **3.25761** calculation hidden under the guise of the <u>untrue</u> records at issue in that *somewhat loosely related matter*.

$(2.461837/((5.01171-1.75410)^2)) =$     $0.232$    , is equal to the number of Electoral Votes Trump/Pence received in our 2020 Elections.

$(((5.01171-1.75410)^2)*0.232) =$     $2.461989$    , is a -153 vote difference from the **2.461837** votes Trump/Pence received in the State of Georgia.

$((2.461837^2)-((0.360/1.61803399)^2)) =$     $6.01114$    , equates to the **"601118"** value hidden under the guise of untrue records used in the *other loosely related matter*.

$SQRT(74.223744/360) =$     $0.45407$
$((360/(PI()*2))-(51.83+5.01171)) =$     $0.45407$

$((360/(PI()*2))-51.83) =$     $5.46578$
$(SQRT(74.223744/360)+5.01171) =$     $5.46578$

$(SQRT(74.223744/360)+(51.83+5.01171)) =$     $57.29578$    , is equal to 1 Radian, expressed as $(360/(PI()*2)) =$ **57.29578**.

$((360/(PI()*2))-(SQRT(74.223744/360)+5.01171)) =$     $51.83$    , is the **"51.83"** angular measure associated with a Kepler Triangle.

$(((360/(PI()*2))-51.83)-SQRT(74.223744/360)) =$     $5.01171$    , is about equal to the **"501171"** value from the untrue records at issue in that *other loosely related matter*.

$(74.223744/(((360/(PI()*2))-(51.83+5.01171))^2)) =$     $360$    , is the **"360"** degrees of a Circle.

$((((360/(PI()*2))-(51.83+5.01171))^2)*360) =$     $74.224484$    , is a -740 votes from the **"74,223,744"** votes Trump/Pence received nationwide Election, as of 12/31/2020.

$((454^2)*((1/5.01170)-(1/6.01118))) =$     $6838.188$    , is numerically  -2 votes from what the Associated Press, by 12/31/2020, reported as the sum of votes Biden and Trump received in PA, (3,459.923+3,378.263) = **6,838.186.**

$SQRT((3459.923+3378.263)/((1/5.01170)-(1/6.01118))) =$     $454$    , is the **454** value linked to Congress recent financial bailout of their foreign & domestic special interests.

$(1/((1/5.01170)-(3459.923+3378.263)/(454^2))) =$     $6.01118$    , numerically equates to the **601118** value from the untrue records.

$(1/((1/6.01118)+(3459.923+3378.263)/(454^2))) =$     $5.01170$    , numerically equates to the **501170** value that was also *hidden* under the guise of the untrue records at issue.

$((501.171-(SQRT((3459.923+3378.263)/((1/5.01170)-(1/6.01118)))))^2) =$     $2225$    , is equal to the Reflex of the Golden Angle, expressed as (3600-13750) = **2225.**

(**5.01171-1.75410**) = **3.25761**, is a calculation hidden under the guise of the <u>untrue</u> records at issue in that *other loosely related matter*. **1142**, is a nontraditional re-Treaty No. from that *other loosely related matter*. **268.8**, is a FFH 2008-Q1 derivative value.

| | |
|---|---|
| $(((((5.01171-1.75410)*1.142)/2)^2) =$ | 3.4599**55** |
| $(((5.01171-1.75410)*1.142)/2) =$ | 1.8601 |
| $\text{SQRT}(3.459923) =$ | 1.8601 |
| $\text{SQRT}((((3.458229+3.377674+0.07938)*((4/\text{SQRT}(1.61803399))^2))*0.1)-3.378263) =$ | 1.8601 |

| | |
|---|---|
| $(1/(\text{SQRT}((((3.458229+3.377674+0.07938)*((4/\text{SQRT}(1.61803399))^2))*0.1)-3.378263)*2)) =$ | 0.268**8** |
| $((\text{SQRT}((((3.458229+3.377674+0.07938)*((4/\text{SQRT}(1.61803399))^2))*0.1)-3.378263)*2)/1.142) =$ | 3.2576**1** |
| $((\text{SQRT}((((3.458229+3.377674+0.07938)*((4/\text{SQRT}(1.61803399))^2))*0.1)-3.378263)*2)/3.25761) =$ | 1.142**00** |

| | |
|---|---|
| $((0.360/1.61803399)*(5.01171-1.75410)) =$   0.724**8** | , if unrounded, is 71 votes from the **724,800** votes cast in Allegheny County 2020 Election, as of 12/31/2020. |

- **74,223,744**, is the number of votes Trump/Pence received in the 2020 Election.

| | | |
|---|---|---|
| $((5.01171-1.75410)-\text{SQRT}(1/74.223744)) =$ | 3.1415**4** | , equates to a commonly used variant for **Pi, 3.14159**. |
| $(1-0.737045) =$ | 0.26295**5** | |
| $\text{SQRT}(0.501171-((1.61803399*2)-2.804040)) =$ | 0.26295**1** | |

| | | |
|---|---|---|
| $(0.737045+\text{SQRT}(0.501171-\underline{((1.61803399*2)-2.804040)})) =$ | **1** | , is equal to **"1"**, a dummy value that represents 100% of value. |
| $(1-\text{SQRT}(0.501171-\underline{((1.61803399*2)-2.804040)})) =$ | 0.73704**9** | , is numerically -4 votes from the Philadelphia's vote total for Biden and Trump (0.604175+ 0.132870 = **0.737045.** |
| $((1.61803399*2)-(0.501171-((1-0.737045)^2))) =$ | 2.80404**2** | , is numerically a -2 vote difference from the **2,804,040** votes cast in the State of Michigan for Trump/Pence. |
| $(((1-0.737045)^2)+\underline{((1.61803399*2)-2.804040)}) =$ | 0.50117**3** | , is about equal to the **"501171"** Reconstruction Cost from the untrue MSB Reports at issue in the *other somewhat loosely related matter*. |
| $(2.804040+(0.501171\underline{-((1-0.737045)^2)})) =$ | 3.23606**567** | , is about equal to 2x's the Golden Ratio, (1.61803399) = **3.23606798.** |

- 71 -

$(1/(SQRT(3.459923)*2)) =$    0.268**8**   , is FFH's 2008-Q1, page 6, **"268.8"** Derivatives.

$((SQRT(3.459923)*2)/(5.01171-1.75410)) =$    1.14**2**   , is what is referred to in that *loosely related matter* a non-Traditional re-Treaty No. **"1142"**.

$(1/((2.804040-2.61803399)*2)) =$    2.68**8**   , is FFH's 2008-Q1, page 6, **"268.8"** Derivatives.

$(((2.804040-2.61803399)*2)/(5.01171-1.75410)) =$    0.114**2**   , is what is referred to in that *loosely related matter* a non-Traditional re-Treaty No. **"1142"**.

$(3.457072-SQRT((1/0.0601118)/2)) =$    0.57**30**   , numerically equals the commonly referred to for a **Radian**.

$(1/(((3.457072-0.5730)^2)*2)) =$    0.06011**15**   , is numerically about equal to the **601118** value hidden under the guise of a record in the *loosely related matter*.

$(0.5730+SQRT((1/0.0601118)/2)) =$    3.4570**66**   , is numerically an 8 vote difference from the **3,457,072** votes Josh Shapiro received in PA's 2020 District Attorney Election.

$((2.61803399*2)/SQRT(2.294)) =$    3.45707**3**   , is numerically a -1 vote difference from the **3,457,072** votes Josh Shapiro received in PA's 2020 District Attorney Election.

$(((2.61803399*2)/3.457072)^2) =$    2.29**4**   , is equal to what I referred to in that other loosely related analysis, as re-Treaty No. **"2294"**.

$(SQRT(2.294)*3.457072) =$    5.23606**23**   , is about equal to the 2x's the value for the Golden Ratio Squared, (2.61803399*2) = **5.23606623**.

### Variables:

- **2,461,837**, is the total votes Trump/Pence received in the State of Georgia.

- **501171**, is a value from the untrue reports at issue in that *other somewhat loosely related matter*.

$(1/((5.01171-2.461837)^(1/8))) =$    0.8895**8**   , is numerically equal to FFH's 2008-Annual, page 35, **"8,895.8"** Total Portfolio Investments.

$(1-(1/((5.01171-2.461837)^(1/8)))) =$    0.1104**2**   , is numerically equal to FFH's 2008-Annual, page 72, **"1,104.2"** General Liability Total Premiums Written.

### Variables:

- **0.1**, is a variation of a dummy value that represents 100% of value, (0.1 minus some value).

- **2,804,040**, is the number of votes cast in the State of Michigan for Biden/Harris in their 2020 Presidential Election.

- **2,649,852**, is the number of votes cast in the State of Michigan for Trump/Pence in their 2020 Presidential Election.

- $(2,804,040+2,649,852+60,381+13,718+7,235+2,986) =$ **5,538,212**, is the total votes cast in the State of Michigan for all Presidential Candidates on their ballot.

$SQRT(2.649852/5.538212) =$    0.6917**1**   , is equal to a suspect value associated to a formulae found in the financials of a few companies examined in that *somewhat related matter*, (5.01171-4.32) = **0.69171**.

$(5.01171-SQRT(2.649852/5.538212)) =$    4.3**2**   , is equal to the number **"432"**, which has a role in the mathematically engineered Election Fraud, and Financial Frauds, uncovered by Plaintiff.

$(0.1-((1/(5.01171-SQRT(2.649852/5.538212)))/2.804040)) =$    0.01744**7**   , equates to **1 Degree**, whose *inverse* is equal to **1 Radian.**

**Variables:**

- **311,257,** which is detailed in <u>Paragraph 2</u> of Plaintiff's <u>FOURTH AMENDED COMPLAINT</u>, is the summed up differences between the certified votes cast for Biden/Harris and Trump/Pence for the Six States (AZ, GA, MI, NV, PA, WI) former President Trump says was rigged to favor, now President, Joe Biden.

- **3.1416**, is one of several commonly referred to values for **"Pi"**.

- **10**, is a dummy value representing 100% of value, i.e. (10 minus some value).

- **430,759**, is the number of votes the Associated Press reported cast for Biden/ Harris in Allegheny County Pennsylvania, as of 12/31/2020.  Details are shown <u>Paragraph 1</u> of Plaintiff's <u>SECOND AMENDED COMPLAINT</u> if you wish to review them.

- *Multiply or divide by "0.01", or "10",* are what Plaintiff refers to as *decimal point maneuvers* used to bring a result back in-line so it could continue-on within a calculation, math process, or algorithm.

$$((311257*3.1416)^{\wedge}(1/4)) = \quad 31.446\underline{1}$$

, is numerically equal to the math constant (4/(1.61803399)) = **3.1446<u>1</u>** rounded to 5 digits.

$$(10\text{-}SQRT(((311257*3.1416)^{\wedge}(1/4))\text{-}(SQRT(430759)*0.01))) = \quad 5.0117\underline{2}$$

, is numerically about equal to the **"50117<u>1</u>" Reconstruction Cost Value** hidden under the guise of a <u>falsified</u> and <u>untrue</u> MSB-BVS Express Report.

$$(0.501170/(((1\text{-}(1/3.1416))/SQRT(36.0/1.61803399))^{\wedge}(1/4))) = \quad 0.81283\underline{530}$$

, is numerically -45 votes from Biden/ Harris **81,283,4<u>85</u>** nationwide votes.

$$((((1\text{-}(1/3.1416))/SQRT(36.0/1.61803399))^{\wedge}(1/4))*0.81283485) = \quad 0.50117\underline{0}$$

, is equal to the **50117<u>0</u>** that was also <u>hidden</u> under the guise of the <u>untrue</u> MSB Records.

$$(((1\text{-}(1/3.1416))/((0.501170/0.81283485)^{\wedge}4))^{\wedge}2) = \quad 22.249\underline{1}$$

, equates to the *Reflex of the Golden Angle*, expressed as (36.0/ 1.61803399) = **22.249<u>2</u>**.

$$(1/(1\text{-}(SQRT(36.0/1.61803399)*((0.501170/0.81283485)^{\wedge}4)))) = \quad 3.141\underline{6}$$

, is equal to Pi, **3.141<u>6</u>**.

$$((1/3.1416)+(SQRT(36.0/1.61803399)*((0.501170/0.81283485)^{\wedge}4))) = \quad \underline{1}$$

, is equal to **<u>1</u>**, a dummy value representing 100% of value.

**<u>The values or logic used in this Election Fraud interconnect to two alleged financial frauds, one related to President Biden's son, the other related to former President Trump's son-in-law, signaling the logic used in this Election Fraud, and in their Financial Frauds, are the same.</u>**

**<mark>(Paragraphs 153 – 154 is DIRECTED TO THIS COURT, not the Defendants.)</mark>**

153.     President Biden, and former President Trump, both should know the schemes their family members, or extended family members, were involved with while they were in the Whitehouse was done at the expense, livelihood, and SECURITY of all of us common-citizens, which is being pointed out so no one takes the high ground in this matter.

Hunter Biden, whether President Biden knew it, or not, involvement with the Ukraine money laundering, and or other schemes he was conducting while his father was in the Whitehouse, was shown to interconnect with the same, or similar, math logic Plaintiff uncovered was being used in the engineering of the multibillion-dollar financial fraud at issue in that *somewhat loosely related matter*, which isn't a coincidence.  That analysis involves others, and will not be submitted in this complaint.

Former President Trump should be aware, whether he knew it, or not, the values from one of the many off-color business dealings the media says was conducted by his son-in-law, Jared Kushner, while in the Whitehouse can also be replicated with the vote total values used in this 2020 Election Fraud Scheme, as the **"1.26 billion"** amount said to be involved with his son-in-law's alleged campaign money-laundering scheme, https://www.msn.com/en-ca/news/politics/jared-kushner-might-have-helped-the-trump-family-launder-campaign-money/ar-BB1c3gDo (which oddly mirrors a "**126 billion**" dollar amount that a *financial watchdog* pointed out is related to an **8.82 billion** dollar *foreign special interest* bailout hidden under the guise of  our Congresses Coronavirus Pandemic relief legislation, i.e. the CARES-ACT), miraculously, and ironically, can be replicated using the vote total values from Pennsylvania's Election, which again, supports all of these frauds, whether it is Election, Money Laundering, or Financial, were designed using the same, or similar, math logic, which is why relations between them can be made.

The 1st series below shows how the vote total values from Pennsylvania's Election links to the 8.82 billion dollar bailout Blackrock facilitated for the Bank of Israel in 2020, under the guise of Corona-virus Pandemic Relief.

https://wallstreetonparade.com/2020/07/the-central-bank-of-israel-doesnt-want-you-to-know-what-u-s-stocks-it-owns-neither-does-the-sec/ … … … We know that the **Bank of Israel**, as of the end of 2019, held at least **7 percent** of its **$126 billion in foreign exchange reserves in U.S. stocks** because that information is available on the website of the **Bank of Israel**. That would mean that it owns somewhere in the neighborhood of **$8.82 billion in U.S. stocks**, just with those foreign exchange reserves. But it could have other significant holdings as well. … … …

$$(3.1416-(SQRT(6.917583-3.378263))) = \quad 1.26\underline{0}$$

$$((3.1416-SQRT(6.917583-3.378263))-SQRT(4.32/(4/SQRT(1.61803399))) = \quad 0.0882\underline{2}$$

The next series of calculations below show how the values from our 2020 Presidential Election can be used to replicate values from the alleged money laundering operation being conducted by Jared Kushner, https://www.msn.com/en-ca/news/politics/jared-kushner-might-have-helped-the-trump-family-launder-campaign-money/ar-BB1c3gDo

**Variables:**

- 17,228422, is the sum of votes Biden/Harris and Trump/Pence received in the States of GA, MI and PA.
- 3.1416, is Pi.
- 306, is the number of Electoral Votes Biden/Harris received in our 2020 Presidential Election.
- 4,998,482, is the total votes Biden/Trump/Jorgenson received in the State of Georgia.
- 2,474,507, is the total votes Biden/Harris received in the State of Georgia.
- 2,804,040, is the total votes Biden/Harris received in the State of Michigan.
- (3.60/1.61803399), is the formula for the reflex of the golden angle, which is a 360 circle divided by Phi.
- 6.917583, is Pennsylvania's final vote totals for Biden/Trump/Jorgenson.
- 3.378263, is Pennsylvania's final vote total for Trump.
- 6, represents 6 parts to a circle based on the formulas: (3.1416-2.618) = 0.5236, (0.5236*6) = 3.1416.
- 2,461,837, is the total votes Trump/Pence received in the State of Georgia.

| | | |
|---|---|---|
| $(SQRT(SQRT(17.228422)*3.1416)^4) =$ | **170** | , numerically equates to the **"170"** million amount alleged by a somewhat biased special interest news organization to be a part of a campaign money laundering operation. |
| $(306*RADIANS(1/3.1416)) =$ | 0.17**0** | |

| | | |
|---|---|---|
| $SQRT(SQRT(4.998482-2.474507)) =$ | 1.26**0** | , which all results equate to the **"1.26"** value associated with Trump's son-in-law, and the Bank of Israel's financial scheme that was 1st in line to be bailed out by the Privately owned and Operated Federal Reserve, US Treasury, and Congresses **"$454"** BILLION BAILOUT hidden under the guise of the 2020 Coronavirus Cares-Act. |
| $(2.804040/(3.60/1.61803399)) =$ | 1.26**0** | |
| $(3.1416-(SQRT(6.917583-3.378263))) =$ | 1.26**0** | |
| $(3.1416-SQRT(6-2.461837)) =$ | 1.26**1** | |

**Plaintiff's Election Fraud Complaint is NOT about President Trump.**

154.    The Court, and all others should know, in addition to Plaintiff's comment and

findings in <u>Paragraph-153</u>, since mid-2016, he was NO admirer of former President

Trump, and was openly critical of his family, or extended family members suspect

business dealings while a part of, and working in his cabinet.

Plaintiff was also critical of many of our former President's political appointments to

our Government's Regulatory Agencies, Law Enforcement, and Justice Authorities,

which did not drain the swamp, it made the swamp 6ft deeper, which negatively impacted

this Plaintiff, and many others.  And President Biden should not smirk at this, as Obama/

Biden's former choices, and his current choices, are as equally bad, if not worse.

Moreover, it is Plaintiff's personal belief, if an honest evidenced based event, not a

set-up, leads to an investigation, and shows former President Trump, or President Biden,

committed a crime, they, just like <u>ALL</u> of our other Political Leaders <u>and</u> <u>their</u> <u>family</u>

<u>members</u>, or associates thereof, should be held accountable.  Isn't this the reason for

separate/equal branches of Government, and a Free Press, which at this time do not exist?

However, with the comments made in <u>Paragraph 153</u>, and this Paragraph being said,

Plaintiff cannot turn a blind eye to what occurred in our 2020 Presidential Election, and

neither should you, for it was a blatant act of Treason, and crime against our Constitution.

**An obvious legal challenge to this lawsuit, which should be rejected by the Court**.

155.    Some may contest this legal action based on no new Election challenges can be

brought, for the reason the deadline to do so under the "Safe Harbor" provision, **U.S.**

**Code (3 U.S.C. §5)**, has passed, and certifications were provided, however, Plaintiff asks

the Court to grant an extension, or reprieve to this, for the reason when "Safe Harbor"

law was written, legislators never conceived citizens would fall victim to an Election Fraud Scheme involving mail-in voting, proprietary automation, software, and engineered processes based upon obscure math logic, which, as the Court and all others witnessed from the 1st to the 22nd filing in this litigation, takes time and a lot of hours of analysis to unravel, which makes the original time limit set unreasonable for this matter.

**Likely legal challenge discussion continued, and a little bit of venting frustrations. Paragraphs 156-163 is DIRECTED TO THIS COURT, not the Defendants.**

156.    Moreover, and frankly speaking, no person could have recognized this Election fraud scheme under the time allowed to do so set in **U.S. Code (3 U.S.C. §5)**.

157.    The only reason why Plaintiff was able to come across the calculations you reviewed in this complaint, is, he was a victim of a criminal act, done to him here in the *United States District Court for the Eastern District of Pennsylvania* in another litigation, which forced him, out of necessity, to spend the last 8 Years of his life and counting, 12 to 16 hours a day, non-stop, 7 days a week, in front of a computer analyzing any, and all, material he could get his hands on, of which some of it was, or maybe considered controversial, but necessary to review in order to learn about and to figure out the obscure math, and or old math logic, a Foreign Financial Holding Company (and MANY other Public and Private Corporations) are using in their day to day business, accounting and investing operations, which governed the way their Insurer handled and paid out a claim.

158.    That analysis uncovered a multi-billion-dollar Accounting and Securities Fraud, and so much more, which a few Courts, PA-BAR, Senate/House (more so the Democrat HFSC), SEC, FBI, USDOJ, and MANY OTHERS are all well aware of, but have turned a blind eye to at the expense, livelihood, and well-being of this Plaintiff.

159.     And, it was only by chance Plaintiff was able to recognize the same math logic a

Foreign Financial Holding Company used in their day to day business and investing

operations, which he found was also being used by many others, like Enron, Lehman

Brothers, AmTrust, Goldman Sachs, and the late Jeffrey Epstein's Liquid Funding LTD,

to name a few, has now been used in an Election fraud scheme that robbed Plaintiff, and

all Citizens, of their inherent right to vote and have a say as to who leads us.

160.     The analysis listed in this complaint could have only been recognized once Plaintiff

had a good idea of what our nationwide vote total result values would be, which was on

11/28/2020. Then it had to be monitored, studied, and developed, which again took 12-16

hours a day, nonstop, from 11/28/2020 through 2/12/2020, to get it to a point where it

could be consolidated over the next 20 days and presented in this legal filing, which the

Court witnessed firsthand.

161.     And, if Plaintiff thoughts were not clear enough for you to understand in the

preceding Paragraph 160, our Government's collective policy to cover-up crimes, and to

allow so many people, and Companies, to get away with outrageous amounts of financial

fraud over the last 20 or so years is a big part of the reason why *someone* was able to put

together a collection of math processes used to rig the outcome of our 2020 Election.

Which, likely, wasn't the first time, and it will not be the last unless the Court allows this

legal action to continue, for the reason our Government has been corrupted to a point

where it no longer functions, properly, and can police itself.

**Possible, but unwarranted pushback.**

162.     Finally, Political Leaders, Pundits, even some in the Media, when they hear of this

lawsuit will try to dismiss it or smear this complaint as a *conspiracy theory*, and or try to

humiliate Plaintiff by falsely portraying him as a *conspiracy theorist*, which he is not. And, some in Authority may claim he is a *mean* person for the reason he dared to stand his ground and tell them he will, and is prepared to, defend himself (in <u>non</u>violent, but disruptive ways) for their <u>collective</u> cover-up, and or ignoring <u>easily</u> <u>provable</u> <u>crimes</u> committed against him, which this complaint doesn't even begin to detail, that stole 12 years (and counting) of his life and robbed him of almost everything he had, causing him many hardships that continue until this very day, just to BULLY him so our Government can continue to protect their *foreign and domestic special interests* at his, and many others, expense, livelihood, and wellbeing, too which these unjustified pressure tactics, frankly speaking, show <u>GUILT</u>, too which Mark Twain said it best, *"Figures don't lie, but liars figure"*, and Founding Father Thomas Jefferson made clear, *"<u>When</u> <u>Injustice</u> <u>Becomes</u> <u>Law</u>, Resistance Becomes Duty".*

And all should know, easily provable facts which a few Courts have BLOCKED a regular-person from obtaining to prove crimes were committed against him, such as, but not limited to, 7 pages of untrue building appraisal records at issue in that *other matter*, which now is a key part and aspect of this matter, is not a *conspiracy theory*, but it does support bias and possible government corruption.

163.    Election fraud happened, in Pennsylvania and Nationwide, and we, as a Country, need to address it, <u>NOW</u>!  And no longer dismiss it, for the reason unlike the politically connected and billionaire classes that popped up out of no-where over the last 30 years, even in the aftermath of a *financial crises*, and a *Pandemic*, that only seemed to affect us ordinary-folk, Elections have real and serious consequences for all of us regular-folk, which is the reason why we need to have a say as to who leads us, which won't happen

1   unless those who rigged our 2020 Election, using math processes, machines, and other

2   methods, are held to account.

### IV. CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**Election Fraud, Vote Rigging, and Depriving a Common Citizen of their Vote.**

164.   Plaintiff reiterates averments from Paragraphs 1-147 listed in this legal filing.

165.   This complaint shows malfeasance in Pennsylvania Elections by Officials, many of

which are unknown at this time, who acting "under color of law," diluted valid ballots

with invalid ones (a form of "ballot box stuffing"), rendering a false vote tabulation in

favor of Biden/Harris, and likely others, which prevented valid voter registrations votes

from being given effect in all measures listed on the November 3, 2020 ballot, **(18 U.S.C.**

**§§ 241, 242)**, where federal candidates were on the ballot **(52 U.S.C. §§ 10307, 20511)**.

166.   Moreover, polls in Pennsylvania were improper, and or purposely manipulated or

flipped to give a false impression Biden/Harris had a comfy lead in the State, which was

an attempt to prevent or impede qualified voters from participating in the November 3rd,

2020 Election where a federal candidate's name was on the ballot, which provided cover

to commit fraud by giving the Public a false impression, so no one would question the

outcome and notice 600,000 ballots were added to dilute the vote, **(18 U.S.C. §§ 241, 242)**.

### SECOND CAUSE OF ACTION
**High Treason, Sedition, and subversive activities.**

167.   Plaintiff reiterates averments from Paragraphs 1-152 listed in this legal filing, and

asks the Court to provide time to allow him to identify all those who took part in this

scheme, so they could be added to this complaint under **(18 U.S. Code CHAPTER 115-**

**TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES)**.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIRD CAUSE OF ACTION**

**Conspiracy and Fraud in Violation of the <u>Racketeer Influenced and Corrupt Organizations</u>**

**<u>Act (RICO), 18 U.S.C. (sec) 1962, and Request for Treble Damages</u>**.

168.    Plaintiff reiterates averments from <u>Paragraphs 1-152</u> listed in this legal filing.

169.    A group of yet to be identified Individuals, Organizations, Corporations, and

Foreign and or Domestic Governments or Agencies thereof, which include the

Defendants, engaged in a thus far successful conspiracy to defraud Plaintiff, and the

American Public, of their vote by collectively agreeing to, and or concealing actions,

processes, equipment and methods used to rig our 2020 Election Processes to a degree

that is not yet known, which nullified all votes and effects the current state of affairs in

our Country, as well as the future livelihoods and wellbeing of the Public at large, in

particular, this Plaintiff.

170.    As a result of this collective action to defraud the public using the Election Process,

Plaintiff, as well as all Citizens not involved in this conspiracy to overthrow our nation's

elected government, had their inherent constitutional rights subverted, to which he has

suffered, and or will suffer from various types of injuries. Treble damages are therefore

appropriate under RICO to punish the conspiratorial nature of Defendants', and any

others who participated in this Election Fraud Scheme, which was well planned out to

conceal a hidden, and unknown, agenda.

**FOURTH CAUSE OF ACTION**

**<u>Civil action for deprivation of rights (Bivens/1983)</u>.**

171.    Plaintiff reiterates averments from <u>Paragraphs 1-152</u> listed in this legal filing.

172.    Pennsylvania Secretary of State, KATHY BOOCKVAR, and other yet to be

identified Federal, State and Local Agents/Officers/Officials while acting *under color of*

*state or federal law,* (42 U.S.C. § 1983), rigged the outcome of Pennsylvania's 2020 Presidential Election in favor one Candidate, Biden/Harris, which deprived Plaintiff of his Constitutional Rights to cast a vote for President, and other offices, in a fair and honestly conducted Election held on November 3, 2020,  *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

173.     SEC, FBI, USDOJ, and members of the House Financial Services Committee who were made aware of the billion-dollar financial fraud, and crimes committed against Plaintiff in that other *somewhat loosely related matter*, discussed in Paragraphs 7, 8, 121, and 152, either wittingly ignored it, or said no fraud or crimes was committed against the Plaintiff, thus paving the way for this Election Fraud scheme to be possible.

### **Punitive Damages**

174.     The conduct of Defendants described above is outrageous. Defendants' conduct demonstrates a reckless disregard for governance, and human life. The acts and omissions described above were willful and performed with actual or implied malice. Punitive and exemplary damages are therefore appropriate and should be imposed in this instance.

### **V. PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for:

1.     Permission to immediately Subpoena details about a set of untrue building appraisal records, to further support the merits of this complaint touched upon in Paragraph 7, 8, 121, and 152, which also corrects an injustice suffered here in the US Eastern District Court, forced upon him, then ignored by many parts of Government.

2.     An order, waving the deadline for this Election Fraud complaint to be heard past the deadline set under the "Safe Harbor" provision, **U.S. Code (3 U.S.C. §5).**

3.      An order, declaration, and/or injunction overturning all of vote certifications for the results of the 2020 General Election in the State of Pennsylvania, and in other swing States where Election Fraud occurred.

4.      An order, declaration, and/or injunction canceling or suspending the result of January 6, 2021 Joint Session of our Congresses Count of Electoral Votes.

5.      An order, allowing plaintiff time to amend this complaint to include others who are identified in partaking in the illegal acts, or abuses, associated with CAUSES OF ACTION 1 through 4.

6.      Any other affirmative relief the Court may deem necessary and proper.

7.      Injunctive and equitable relief as the Court deems appropriate including:

a.  Punitive damages as the court deems appropriate;

b.  Costs and attorney fees of this lawsuit, with interest;

c.  Any other relief as the court deems appropriate.

**Dated:** <u>March 03, 2021</u>                                         <u>/s/ Ercole A Mirarchi, Pro se</u>
                                                                         1625 W. Ritner Street
                                                                         Philadelphia, PA 19145

1

## **<u>VERIFICATION</u>**

2

3       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that I have reviewed the

4

foregoing Complaint and that the factual allegations are true and correct.

5

6

7

8       **Date:** <u>March 03, 2021</u>                                    <u>/s/ Ercole A. Mirarchi</u>

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28