| | |
|---|---|
| Ercole A. Mirarchi<br><br>    Plaintiffs,<br> v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the State of Pennsylvania and chief of elections official; ALLEGHENY COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DAUPHIN COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; ERIE COUNTY BOARD OF ELECTIONS; LACKAWANNA COUNTY BOARD OF ELECTIONS; LEHIGH COUNTY BOARD OF ELECTIONS; MONROE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; PHILADELPHIA COUNTY BOARD OF ELECTIONS;<br><br>DEMOCRATIC NATIONAL COMMITTEE; JOSEPH R. BIDEN; and KAMALA D. HARRIS.<br><br>FBI-PA & Washington DC; SEC-Board; USDOJ-PA; HOUSE FINANCIAL SERVICES COMMITTEE.<br><br>    Defendants. | Case No.:<br><br>**ELECTION FRUAD COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES, AND REQUEST FOR INJUNCTIVE RELIEF**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:<br><br>Date Action filed: January 12, 2021<br>Date set for trial: |

## Letter to the Court dated March 8, 2021.

Please be aware, in the copy of the *Final Amended Complaint* that is being served to the Defendants, in Paragraph 43, *"five digits"* was changed to *"six digits"*.

This change does not affect anything, and it is inconsequential to the calculation being *explained* in that paragraph. The only reason why attention is being brought to this, and it was changed in the copy of this *Final Amended Complaint* being served to the Defendants, is so it cannot be nitpicked at in a response.

Respectfully,

/s Ercole Mirarchi
1625 Ritner Street
Philadelphia, PA 19145