# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERCOLE A. MIRACHI, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 21-126 |
| KATHY BOOCKVAR, *et al*, | : |
| Defendants. | : |

## **ORDER**

**AND NOW**, this 8th day of March, 2021, it appearing Plaintiff has filed his Final Amended Complaint as directed by Order of this Court, it is hereby **ORDERED** as follows:

1. The Clerk of Court shall issue summonses.

2. All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of Court. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*). Service may be made by mail. Proof that service has been made is provided by a certificate of service. The certificate of service should be filed in the case along with the original papers and should show the day and manner of service.

3. Any request for court action shall be set forth in a motion, properly filed and served. The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court. The Federal Rules of Civil Procedure and Local Rules are to be followed. Plaintiff is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within fourteen (14) days. Failure to do so may result in dismissal.

4.  No direct communication is to take place with the Judge regarding this case. All relevant information and papers are to be directed to the Clerk of Court.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.