Ercole A. Mirarchi

        Plaintiffs,
     v.

KATHY BOOCKVAR, in her capacity as Secretary of the State of Pennsylvania and chief of elections official; ALLEGHENY COUNTY BOARD OF ELECTIONS; BUCKS COUNTY BOARD OF ELECTIONS; CENTRE COUNTY BOARD OF ELECTIONS; CHESTER COUNTY BOARD OF ELECTIONS; DAUPHIN COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARD OF ELECTIONS; ERIE COUNTY BOARD OF ELECTIONS; LACKAWANNA COUNTY BOARD OF ELECTIONS; LEHIGH COUNTY BOARD OF ELECTIONS; MONROE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; NORTHAMPTON COUNTY BOARD OF ELECTIONS; PHILADELPHIA COUNTY BOARD OF ELECTIONS;

DEMOCRATIC NATIONAL COMMITTEE; JOSEPH R. BIDEN; and KAMALA D. HARRIS.

FBI-PA & Washington DC; SEC-Board; USDOJ-PA; HOUSE FINANCIAL SERVICES COMMITTEE.

        Defendants.

Case No.:

**ELECTION FRUAD COMPLAINT FOR EQUITABLE DAMAGES, PUNITIVE DAMAGES, AND REQUEST FOR INJUNCTIVE RELIEF**

**JURY TRIAL DEMANDED**

Judge:

Date Action filed: January 12, 2021
Date set for trial:

---

**Letter to the Court and (yet to be identified) Defendants Counsel, dated April 2, 2021.**

      Please be aware, in the copy of the *Final Amended Complaint, per 2/12/2021 Court Order, Docket #26, filed Wednesday, March 03, 2021*, which Plaintiff is currently in the process of serving to all of the Defendants, the following edits, listed below, were made to all copies being served to the Defendants.  These edits are inconsequential, and easily discernable, so there is <u>no</u> need for the Court, or anyone else who reviews the online filed copy to make changes.

**Paragraph 33**, on the 2nd line of that Paragraph,

      "shows <mark>how</mark> an"        was changed to        "shows an".

**Paragraph 34**, on the 2nd line of that Paragraph,

      "Radian <mark>m</mark>easure"     formatted was changed to     "Radian <mark>M</mark>easure".

(NOTE: This next item was listed in the *Letter to the Court dated March 8, 2021*).

**Paragraph 43**, on the 3rd line of that Paragraph,

"five digits"          was changed to          "six digits".


**Paragraph 56**, on the 3rd line of that Paragraph,

"Biden/ Harris"     format was changed to     "Biden/Harris".


**Paragraph 63**, on the 12th and 14th lines of that Paragraph, which are the last two values defined in that list,

"359,952"  and  "0.737045"     format was changed to     359,952"  and  "0.737045".


**Paragraph 129**, on the 24th line of that Paragraph, which is the last variable defined in that list,

"= 0.00476"          format was changed to          "= 0.00476".


**Paragraph 143**, in the description section of the last two calculations listed in that Paragraph,

", a 2 vote"          was changed to          ", 2 votes from".

and

", a 184 vote"          was changed to          ", 184 votes from".



Respectfully,



/s Ercole Mirarchi
1625 Ritner Street
Philadelphia, PA 19145