| | |
|---|---|
| **From:** | eric <eric@mirarchi.net> |
| **Sent:** | Friday, April 2, 2021 3:58 PM |
| **To:** | PAED Documents |
| **Subject:** | Ercole A Mirarchi v. KATHY BOOCKVAR et al - Letter To Court Dated 04-02-2021 |
| **Attachments:** | Mirarchi v. Boockvar et al, Letter To Court Dated 04-02-2021.pdf |

**CAUTION - EXTERNAL:**

Please file this letter. No Defendant Attorneys have yet to enter an appearance on the docket, so I could not CC them.

Thank you,
Ercole Mirarchi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.