# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERCOLE A. MIRARCI, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 21-126 |
| KATHY BOOCKVAR, *et al.* | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 27th day of April, 2021, it is hereby ORDERED that Defendants Kathy Boockvar, the Bucks County Board of Elections, the Chester County Board of Elections, the Delaware County Board of Elections, the Montgomery County Board of Elections, and the Philadelphia County Board of Elections, shall answer or move under Rule 12 in response to Plaintiff's Final Amended Complaint no later than **May 26, 2021**.

IT IS SO ORDERED:

/s/ Jeffrey L. Schmehl
Schmehl, J.