IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ercole A. Mirarchi | : |
| | :   21-cv-126 |
| v. | : |
| Kathy Boockvar, et al. | : |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Bucks County Board of Elections in the above-captioned matter.

BUCKS COUNTY LAW DEPARTMENT

BY: /s/ Joseph J. Khan, Esquire
Joseph J. Khan, Esquire
County Solicitor
Attorney I.D. No. 86620
Bucks County Administration Building
55 East Court Street
Doylestown, PA 18901
(215) 348-6464

Date: 9/13/21

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ercole A. Mirarchi | : |
| | :  21-cv-126 |
| v. | : |
| Kathy Boockvar, et al. | : |

   I, Joseph J. Khan, Esquire, County Solicitor, certify that on the 13th day of September 2021, I served a true and correct copy of the above-captioned Entry of Appearance on behalf of Defendant Bucks County Board of Elections upon all parties of record via the Court's electronic filing system and upon the following individual via first class U.S. mail, postage prepaid:

Mr. Ercole A. Mirarchi
1625 W. Ritner Street
Philadelphia, PA 19145

             BUCKS COUNTY LAW DEPARTMENT

             BY: /s/ Joseph J. Khan, Esquire
                Joseph J. Khan, Esquire
                County Solicitor
                Attorney I.D. No. 86620
                Bucks County Administration Building
                55 East Court Street
                Doylestown, PA 18901
                (215) 348-6464

Date: 9/13/21