IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ercole A. Mirarchi | : |
| | :   21-cv-126 |
| v. | : |
| Kathy Boockvar, et al. | : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendant Bucks County Board of Elections in the above-captioned matter.

Respectfully submitted:

BY: /s/ Austin J. Soldano, Esquire
Austin J. Soldano, Esquire

Attorney I.D. No. 323207

Date : 9/13/21

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ercole A. Mirarchi | : | |
| | : | 21-cv-126 |
| v. | : | |
| Kathy Boockvar, et al. | : | |

     I, Austin J. Soldano, Esquire certify that on the 13th day of September 2021, I served a true and correct copy of the above-captioned Withdrawal of Appearance on behalf of Defendant Bucks County Board of Elections upon all parties of record via the Court's electronic filing system and upon the following individual via first class U.S. mail, postage prepaid:

Mr. Ercole A. Mirarchi
1625 W. Ritner Street
Philadelphia, PA 19145

                                          Respectfully submitted:


                                    BY: /s/ Austin J. Soldano, Esquire
                                            Austin J. Soldano, Esquire

                                            Attorney I.D. No. 323207