| | |
|---|---|
| **From:** | eric <eric@mirarchi.net> |
| **Sent:** | Thursday, October 28, 2021 4:59 AM |
| **To:** | PAED Documents |
| **Subject:** | Re: 21-cv-00126 - 38th SUBMISSION TO THE COURT UNDER 18 U.S. CODE § 2382, filed on 10-26-2021. |
| **Attachments:** | Exhibit-A, FEC, 2020 pres results.pdf |

**CAUTION - EXTERNAL:**

Can you please add this EXHIBIT-A to my last filing shown below?  I forgot to add it.

21-cv-00126 - 38th SUBMISSION TO THE COURT UNDER 18 U.S. CODE § 2382, filed on 10-26-2021.


I apologize,

Thank you,

Ercole Mirarchi


> On October 26, 2021 11:45 PM eric <eric@mirarchi.net> wrote:
>
> Please file this.  I just came across this, and I will not be expanding upon it.
>
> This is my last submission to the Court regarding this subject.
>
> 21-cv-00126 - 38th SUBMISSION TO THE COURT UNDER 18 U.S. CODE § 2382, filed on 10-26-2021.
>
>
> Thank you,
>
> Ercole Mirarchi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.