IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERCOLE A. MIRARCHI**, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | **Civil Action No. 21-cv-00126** |
| | : | |
| KATHY BOOCKVAR, et al., | : | **Judge: HONORABLE JEFFREY L. SCHMEHL** |
| | : | |
| Defendants. | : | |

## 39th SUBMISSION TO COURT UNDER - 18 U.S. CODE § 2382

Plaintiff, Ercole Mirarchi, respectfully submits to the Court, under **18 U.S. CODE § 2382**, more calculations (developed in real-time) that expand upon information he previously submitted, which confirm his Treason and Coup d'état findings.

And for reference, below is a list of Plaintiff's past filings for this litigation that contain calculations (not including this submission, which has not yet been assigned a docket #), which should be reviewed by the Court, in order, like chapters in a book, to understand why at this point in time, he can assert to the Court *it is now a* **101**% *certainty the vote totals that came out of our 2020 Elections were configured using math processes* that can only run on a *supercomputer*.

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 26 | *Entered*: | 03/04/2021 | Amended Complaint (Final) |
| 38 | *Entered*: | 05/10/2021 | Response to Motion |
| 46 | *Entered*: | 05/20/2021 | Reply to Response to Motion |
| 48 | *Entered*: | 05/25/2021 | Response to Motion |
| 55 | *Entered*: | 06/07/2021 | Response to Motion |
| 56 | *Entered*: | 06/07/2021 | Amended Document |
| 59 | *Entered*: | 06/14/2021 | Response |
| 62 | *Entered*: | 07/16/2021 | EXHIBIT |
| 63 | *Entered*: | 08/02/2021 | Response |
| 65 | *Entered*: | 08/05/2021 | EXHIBIT |
| 66 | *Entered*: | 08/11/2021 | EXHIBIT |

| | | | |
|---|---|---|---|
| 67 | *Entered:* | 08/12/2021 | EXHIBIT |
| 68 | *Entered:* | 08/13/2021 | EXHIBIT |
| 69 | *Entered:* | 08/16/2021 | EXHIBIT |
| 70 | *Entered:* | 08/16/2021 | EXHIBIT |
| 71 | *Entered:* | 08/17/2021 | EXHIBIT |
| 72 | *Entered:* | 08/20/2021 | EXHIBIT |
| 73 | *Entered:* | 08/23/2021 | EXHIBIT |
| 74 | *Entered:* | 08/23/2021 | EXHIBIT |
| 75 | *Entered:* | 08/23/2021 | EXHIBIT |
| 76 | *Entered:* | 08/23/2021 | EXHIBIT |
| 77 | *Entered:* | 08/24/2021 | EXHIBIT |
| 78 | *Entered:* | 08/26/2021 | EXHIBIT |
| 79 | *Entered:* | 08/30/2021 | EXHIBIT |
| 80 | *Entered:* | 08/30/2021 | EXHIBIT |
| 81 | *Entered:* | 08/31/2021 | EXHIBIT |
| 82 | *Entered:* | 09/01/2021 | EXHIBIT |
| 83 | *Entered:* | 09/02/2021 | EXHIBIT |
| 81 | *Replaced:* | 09/07/2021 | EXHIBIT |
| 84 | *Entered:* | 09/02/2021 | EXHIBIT |
| 85 | *Entered:* | 09/13/2021 | EXHIBIT |
| 88 | *Entered:* | 09/14/2021 | EXHIBIT |
| 89 | *Entered:* | 09/16/2021 | EXHIBIT |
| 89 | *Replaced:* | 09/16/2021 | EXHIBIT |
| 90 | *Entered:* | 09/20/2021 | EXHIBIT |
| 91 | *Entered:* | 09/21/2021 | EXHIBIT |
| 92 | *Entered:* | 09/23/2021 | EXHIBIT |
| 93 | *Entered:* | 09/28/2021 | EXHIBIT |
| 94 | *Entered:* | 10/05/2021 | EXHIBIT |
| 95 | *Entered:* | 10/08/2021 | EXHIBIT |
| 96 | *Entered:* | 10/08/2021 | EXHIBIT |
| 97 | *Entered:* | 10/12/2021 | EXHIBIT |
| 98 | *Entered:* | 10/18/2021 | EXHIBIT |
| 99 | *Entered:* | 10/20/2021 | EXHIBIT |
| 100 | *Entered:* | 10/21/2021 | EXHIBIT |
| 101 | *Entered:* | 10/22/2021 | EXHIBIT |
| 102 | *Entered:* | 10/25/2021 | EXHIBIT |
| 103 | *Entered:* | 10/27/2021 | EXHIBIT |
| ?? | This filing, which has not yet been assinged a docket number. | | |

1. https://www.fec.gov/resources/cms-content/documents/2020presgeresults.pdf, is the OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS, General Election, Date: 11/03/2020, using the vote totals each State Elections Office certified for Biden/Harris, **"81,268,924"** and Trump/Pence, **"74,216,154"**, which does not include votes added to the States counts that occurred after the certification date, **Exhibit-A**.  For example on 11/24/2020 Pennsylvania certified 3,377,674 votes to Trump/Pence, and 3,458,229 votes for Biden/Harris, while the 12/31/2020 final vote count for Trump/Pence in Pennsylvania was 3,378,263 votes, and the final vote count for Biden/Harris in Pennsylvania was 3,459,923 votes.

2. The series of calculations below, in particular the last calculation listed in this series, show how three math constants that are used in various disciplines of mathematics can be placed into a calculation to equate to the number of votes, **74,216,154**, Trump/Pence received in the PRESIDENTIAL GENERAL ELECTION that was certified by each States Election Office, see Paragraph 1.

| Calculation | Result | Description |
|---|---|---|
| $((0.74216154/1.618)/(0.618^4)) =$ | 3.144604**5** | , equates to the geometric math constant, $(4/\sqrt{1.61803399}) = $ **3.144605****5**, that is used often in infinite series mathematics. |
| $((0.74216154/(4/\sqrt{1.61803399}))/(0.618^4)) =$ | 1.61**8** | , is equal to the commonly referred to value for the Golden Ratio, **1.618**. |
| $((0.74216154/((4/\sqrt{1.61803399}))*1.618))^{(1/4)}) =$ | 0.61**8** | , is equal to, what is referred to in financial engineering, as the Fibonacci **618** investing value. |
| $(((4/\sqrt{1.61803399}))*1.618)*(0.618^4)) =$ | 0.742161**79** | , is numerically -25 votes from the **"74,216,154"** votes that the states certified for Trump/Pence in 2020. |

3. The series below shows how a variation of *Phi multiplied by Pi* logic, using the Fibonacci No. Series Ratio, 89:55 to represent Phi, and 3.14159 to represent Pi, equates to the *square root of (the number of votes, 81,268,924, each states election office certified for Biden/Harris in 2020, divided by a variation of this math constant, (4/SQRT(1.618)) that is used infinite series math)*, which further proves the results of our 2020 Election was configured. The first two calculations listed below show where the values in the ones that follow, connect.

| | | |
|---:|:---:|:---|
| ((89/55)*3.14159) = | 5.083664 | |
| SQRT(81.268924/(4/SQRT(1.618))) = | 5.083665 | |
| (SQRT(81.268924/(4/SQRT(1.618)))/3.14159) = | 1.618182 | , is equal to the **"1.618182"** result from the Fibonacci Ratio 89:55, or (89/55) = **1.618182**, which is equal to the Reflex of the Golden Angle divided by the Golden Angle, (222.5/137.5) = **1.618182**, which if you recall equates to the Golden Ratio, **"1.618…"**. |
| ((((89/55)*3.14159)^2)*(4/SQRT(1.618))) = | 81.268899 | , is numerically 25 votes from the **"81.268924"** votes that the States <u>certified</u> for Biden/Harris in 2020. |

4.  The first calculation below is from <u>ECF No. 78, middle of page-4</u>, and was featured once again in <u>ECF No. 100, Paragraph-2</u>.  The second calculation is the same as the first, only without the Microsoft EXCEL *EXP()* functions; the third calculation listed below shows how the natural log, which in EXCEL is expressed as *LN()*, twice, of the third calculation listed in <u>Paragraph 3</u> (only take notice a *decimal point maneuver*, i.e. *multiply by "10" or "0.1"* was used to bring a value back in line) equals the result of the 2nd calculation listed below, and the ones that follow consolidate the two to show how they both interrelate.

| | | |
|---:|:---:|:---|
| EXP(EXP(3.458229/3.377674)) = | 16.18185 | , numerically equates to the **"1.618182"** result from the Fibonacci Ratio 89:55, or (89/55) = **1.618182**, which is equal to the Reflex of the Golden Angle divided by the Golden Angle, (222.5/137.5) = **1.618182**, which if you recall equates to the Golden Ratio, **"1.618…"**. |
| (3.458229/3.377674) = | 1.023849 | |
| LN(LN((SQRT(81.268924/(4/SQRT(1.618)))/3.14159)*10)) = | 1.023849 | |
| (LN(LN((SQRT(81.268924/(4/SQRT(1.618)))/3.14159)*10))*3.377674) = | 3.458227 | , is an 2 vote difference from what the State of Pennsylvania, on 11/24/2020, certified as the number of votes **"3,458,229"** Biden/Harris received in our 2020 Presidential Election. |
| (3.458229/LN(LN((SQRT(81.268924/(4/SQRT(1.618)))/3.14159)*10))) = | 3.377676 | , is a -2 vote difference from what the State Of Pennsylvania, on 11/24/2020, certified as the number of votes **"3,377,674"** Trump/Pence received in our 2020 Presidential Election. |

5.  The calculations listed below, which the first calculation shown below is the <u>natural log, twice, of the Fibonacci No. Series ratio values, 89:55</u>, is from *ECF No. 62* <u>(the submission to the Court marked 3rd update)</u>, <u>top of page 7</u>, and it has a like result as in the 2nd and 3rd calculations

listed above, in <u>Paragraph 4</u>, which Plaintiff is bringing to the Court's attention, once again, to show this logic also interconnects with the logic from <u>Paragraphs 3 and 4</u>, which demonstrates all of the logic listed in the calculations Plaintiff has submitted to the Court in the past to show *treason* and a *coup d'état* happened on November 3rd, 2020, interconnects, further proving our 2020 Elections was rigged using mathematically engineered processes.

| | | |
|---|---|---|
| LN(LN((89/55)*10)) = | 1.023849 | |
| (LN(LN((89/55)*10))*3.377674) = | 3.458227 | , is an 2 vote difference from what the State of Pennsylvania, on 11/24/2020, certified as the number of votes **"3,458,229"** Biden/Harris received in our 2020 Presidential Election. |
| (3.458229/LN(LN((89/55)*10))) = | 3.377676 | , is a -2 vote difference from what the State Of Pennsylvania, on 11/24/2020, certified as the number of votes **"3,377,674"** Trump/Pence received in our 2020 Presidential Election. |

**RESPECTFULLY SUBMITTED,**
**<u>/s ERCOLE MIRARCHI, prose</u>**