

# OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
## General Election Date:  11/03/2020

Source:  State Elections Offices*

| STATE | ELECTORAL VOTES | ELECTORAL VOTES CAST FOR JOSEPH R. BIDEN (D) | ELECTORAL VOTES CAST FOR DONALD J. TRUMP (R) |
|---|---|---|---|
| AL | 9 | | 9 |
| AK | 3 | | 3 |
| AZ | 11 | 11 | |
| AR | 6 | | 6 |
| CA | 55 | 55 | |
| CO | 9 | 9 | |
| CT | 7 | 7 | |
| DE | 3 | 3 | |
| DC | 3 | 3 | |
| FL | 29 | | 29 |
| GA | 16 | 16 | |
| HI | 4 | 4 | |
| ID | 4 | | 4 |
| IL | 20 | 20 | |
| IN | 11 | | 11 |
| IA | 6 | | 6 |
| KS | 6 | | 6 |
| KY | 8 | | 8 |
| LA | 8 | | 8 |
| ME | 4 | 3 | 1 |
| MD | 10 | 10 | |
| MA | 11 | 11 | |
| MI | 16 | 16 | |
| MN | 10 | 10 | |
| MS | 6 | | 6 |
| MO | 10 | | 10 |
| MT | 3 | | 3 |
| NE | 5 | 1 | 4 |
| NV | 6 | 6 | |
| NH | 4 | 4 | |
| NJ | 14 | 14 | |
| NM | 5 | 5 | |
| NY | 29 | 29 | |
| NC | 15 | | 15 |
| ND | 3 | | 3 |
| OH | 18 | | 18 |
| OK | 7 | | 7 |
| OR | 7 | 7 | |
| PA | 20 | 20 | |
| RI | 4 | 4 | |
| SC | 9 | | 9 |
| SD | 3 | | 3 |
| TN | 11 | | 11 |
| TX | 38 | | 38 |
| UT | 6 | | 6 |
| VT | 3 | 3 | |
| VA | 13 | 13 | |
| WA | 12 | 12 | |
| WV | 5 | | 5 |
| WI | 10 | 10 | |
| WY | 3 | | 3 |
| Total: | 538 | 306 | 232 |

*Total Electoral Votes Needed to Win = 270*



# OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
## General Election Date: 11/03/2020
### SOURCE: State Elections Offices*

| STATE | BIDEN | BLANKENSHIP | BODDIE | CARROLL | CHARLES |
|---|---|---|---|---|---|
| AL | 849,624 | | | | |
| AK | 153,778 | 1,127 | | | |
| AZ | 1,672,143 | | 13 | | |
| AR | 423,932 | 2,108 | | 1,713 | |
| CA | 11,110,250 | | | 2,605 | 559 |
| CO | 1,804,352 | 5,061 | | 2,515 | 2,011 |
| CT | 1,080,831 | | | 219 | 11 |
| DE | 296,268 | | 1 | 87 | 8 |
| DC | 317,323 | | | | |
| FL | 5,297,045 | 3,902 | | 854 | |
| GA | 2,473,633 | 61 | 8 | 701 | 65 |
| HI | 366,130 | 931 | | | |
| ID | 287,021 | 1,886 | | 163 | |
| IL | 3,471,915 | 18 | | 9,548 | 75 |
| IN | 1,242,416 | | | 895 | |
| IA | 759,061 | 1,707 | | | |
| KS | 570,323 | | | | |
| KY | 772,474 | | 7 | 408 | 43 |
| LA | 856,034 | 860 | 1,125 | 2,497 | |
| ME | 435,072 | | | | |
| MD | 1,985,023 | | 4 | 795 | 30 |
| MA | 2,382,202 | | | | |
| MI | 2,804,040 | 7,235 | | 963 | |
| MN | 1,717,077 | 75 | | 1,037 | 112 |
| MS | 539,398 | 1,279 | | 1,161 | |
| MO | 1,253,014 | 3,919 | | 664 | |
| MT | 244,786 | | | | 23 |
| NE | 374,583 | | | | |
| NV | 703,486 | 3,138 | | | |
| NH | 424,937 | | | | |
| NJ | 2,608,335 | 2,954 | | | |
| NM | 501,614 | | | | |
| NY | 5,230,985 | 43 | | 805 | 98 |
| NC | 2,684,292 | 7,549 | | | |
| ND | 114,902 | | | | |
| OH | 2,679,165 | | 3 | 1,450 | |
| OK | 503,890 | | | | |
| OR | 1,340,383 | | | | |
| PA | 3,458,229 | | | | |
| RI | 307,486 | | | 767 | |
| SC | 1,091,541 | | | | |
| SD | 150,471 | | | | |
| TN | 1,143,711 | 5,365 | 1 | 762 | |
| TX | 5,259,126 | | 2,012 | 2,785 | |
| UT | 560,282 | 5,551 | 6 | 368 | |
| VT | 242,820 | 208 | | 209 | |
| VA | 2,413,568 | | | | |
| WA | 2,369,612 | | | | |
| WV | 235,984 | 25 | | | 11 |
| WI | 1,630,866 | 5,146 | 5 | 5,259 | 52 |
| WY | 73,491 | | | | |
| Total: | 81,268,924 | 60,148 | 3,185 | 39,230 | 3,098 |
| Percentage: | 51.31% | 0.04% | 0.00% | 0.02% | 0.00% |



## OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
### General Election Date: 11/03/2020
#### SOURCE: State Elections Offices*

| STATE | COLLINS | DE LA FUENTE | DUNCAN | GAMMON | HAMMONS | HAWKINS |
|---|---|---|---|---|---|---|
| AL | | | | | | |
| AK | | 318 | | | | |
| AZ | | | | | | *1,557* |
| AR | 2,812 | 1,321 | | 1,475 | | 2,980 |
| CA | | 60,160 | | | | 81,029 |
| CO | 568 | 636 | | | 2,730 | 8,986 |
| CT | | *13* | | | | 7,538 |
| DE | | | | | | 2,139 |
| DC | | | | | | 1,726 |
| FL | | 5,966 | | | | 14,721 |
| GA | | | | | | *1,013* |
| HI | | | | | | 3,822 |
| ID | | 1,491 | | | | *407* |
| IL | *3* | | | | | 30,494 |
| IN | | | | | | *989* |
| IA | | 1,082 | | | | 3,075 |
| KS | | | | | | |
| KY | | | | | | *716* |
| LA | | | | | 662 | |
| ME | | 1,183 | | | | 8,230 |
| MD | *10* | 26 | | | | 15,799 |
| MA | | | | | | 18,658 |
| MI | | 2,986 | | | | 13,718 |
| MN | | 5,611 | | | | 10,033 |
| MS | 1,317 | | | | | 1,498 |
| MO | | | | | | 8,283 |
| MT | | | | | | |
| NE | | | | | | |
| NV | | | | | | |
| NH | | | | | | *217* |
| NJ | | 2,728 | | | 3,255 | 14,202 |
| NM | | | | | | 4,426 |
| NY | 9 | *20* | | | | 32,753 |
| NC | | | | | | 12,195 |
| ND | | | | | | |
| OH | | | | | | 18,812 |
| OK | | | | | | |
| OR | | | | | | 11,831 |
| PA | | | | | | |
| RI | | 923 | | | | |
| SC | | 1,862 | | | | 6,907 |
| SD | | | | | | |
| TN | | 1,860 | | | | 4,545 |
| TX | | | | | | 33,396 |
| UT | | | | | | 5,053 |
| VT | 137 | 48 | 213 | | | 1,310 |
| VA | | | | | | |
| WA | | | | | | 18,289 |
| WV | | | | | | 2,599 |
| WI | | | | | | *1,089* |
| WY | | | | | | |
| Total: | 4,856 | 88,234 | 213 | 1,475 | 6,647 | 405,035 |
| Percentage: | 0.00% | 0.06% | 0.00% | 0.00% | 0.00% | 0.26% |



# OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
## General Election Date: 11/03/2020
### SOURCE: State Elections Offices*

| STATE | HOEFLING | HUBER | HUNTER | JACOB-FAMBRO | JANOS | JORGENSEN |
|---|---|---|---|---|---|---|
| AL | | | | | | 25,176 |
| AK | | | | | 2,673 | 8,897 |
| AZ | | | | | | 51,465 |
| AR | | | | | | 13,133 |
| CA | | | | | 611 | 187,895 |
| CO | 24 | 355 | 379 | 495 | | 52,460 |
| CT | | | | | | 20,230 |
| DE | 1 | | | 2 | | 5,000 |
| DC | | | | | | 2,036 |
| FL | | | | | | 70,324 |
| GA | | | | 7 | | 62,229 |
| HI | | | | | | 5,539 |
| ID | 7 | | | | | 16,404 |
| IL | | | | | | 66,544 |
| IN | | | | | | 59,232 |
| IA | | | | | | 19,637 |
| KS | | | | | | 30,574 |
| KY | 20 | | | | | 26,234 |
| LA | 668 | | | | | 21,645 |
| ME | | | | | | 14,152 |
| MD | 11 | | | | | 33,488 |
| MA | | | | | | 47,013 |
| MI | 32 | | | | | 60,381 |
| MN | 12 | | 1 | | | 34,976 |
| MS | | | | | | 8,026 |
| MO | | | | | | 41,205 |
| MT | 3 | | | | | 15,252 |
| NE | | | | | | 20,283 |
| NV | | | | | | 14,783 |
| NH | | | | | | 13,236 |
| NJ | | | | | | 31,677 |
| NM | | | | | | 12,585 |
| NY | | | 8 | | | 60,234 |
| NC | | | | | | 48,678 |
| ND | | | | | | 9,393 |
| OH | 114 | | 27 | | | 67,569 |
| OK | | | | | | 24,731 |
| OR | | | 4,988 | | | 41,582 |
| PA | | | | | | 79,380 |
| RI | | | | | | 5,053 |
| SC | | | | | | 27,916 |
| SD | | | | | | 11,095 |
| TN | 31 | | | | | 29,877 |
| TX | 337 | | | | | 126,243 |
| UT | 51 | | | | | 38,447 |
| VT | | 54 | | | | 3,608 |
| VA | | | | | | 64,761 |
| WA | | | | | | 80,500 |
| WV | 6 | | | 1 | | 10,687 |
| WI | | | | | | 38,491 |
| WY | | | | | | 5,768 |
| Total: | 1,317 | 409 | 5,403 | 505 | 3,284 | 1,865,724 |
| Percentage: | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 1.18% |



# OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
## General Election Date: 11/03/2020
### SOURCE: State Elections Offices*

| STATE | KENNEDY | KING | KISHORE | KOPITKE | LAFONTAINE |
|---|---|---|---|---|---|
| AL | | | | | |
| AK | | | | | |
| AZ | | | | | |
| AR | | | | | |
| CA | | | *121* | | |
| CO | 354 | | 196 | 762 | |
| CT | | | | | |
| DE | | | | | |
| DC | | | | | |
| FL | | | | | |
| GA | | | | | |
| HI | | | | | |
| ID | | | | | |
| IL | | | 5 | | |
| IN | | | | | |
| IA | | 546 | | | |
| KS | | | | | |
| KY | | | | | |
| LA | 536 | | | | |
| ME | | | | | |
| MD | | | | | |
| MA | | | | | |
| MI | | | | | |
| MN | 643 | | | | |
| MS | | | | | |
| MO | | | | | |
| MT | | | | | |
| NE | | | | | |
| NV | | | | | |
| NH | | | | | |
| NJ | | | | | |
| NM | | | | | |
| NY | | | *28* | | |
| NC | | | | | |
| ND | | | | | |
| OH | | | | | |
| OK | | | | | |
| OR | | | | | |
| PA | | | | | |
| RI | | | | | |
| SC | | | | | |
| SD | | | | | |
| TN | 2,576 | | | | |
| TX | | | | | |
| UT | | | | | |
| VT | 195 | | | 53 | 856 |
| VA | | | | | |
| WA | 2,487 | | | | |
| WV | | | | | |
| WI | | | | | |
| WY | | | | | |
| **Total:** | **6,791** | **546** | **350** | **815** | **856** |
| **Percentage:** | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |



# OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
## General Election Date: 11/03/2020
### SOURCE: State Elections Offices*

| STATE | LA RIVA | MCCORMIC | MCHUGH | MYERS | PAIGE | PIERCE |
|---|---|---|---|---|---|---|
| AL | | | | | | |
| AK | | | | | | 825 |
| AZ | *190* | | | | | |
| AR | 1,336 | | | 1,372 | | 2,141 |
| CA | 51,037 | | | | | *185* |
| CO | 1,035 | | 614 | | | 572 |
| CT | | | | | | |
| DE | *14* | | | | | *5* |
| DC | 855 | | | | | 693 |
| FL | 5,712 | | | | | |
| GA | *159* | | | | | |
| HI | | | | | | 1,183 |
| ID | *49* | | | | | 2,808 |
| IL | 8,046 | | | | | |
| IN | | | | | | |
| IA | | | | | | 544 |
| KS | | | | | | |
| KY | *98* | | | | | 3,599 |
| LA | 987 | | | | | 749 |
| ME | | | | | | |
| MD | *125* | | | | | *16* |
| MA | | | | | | |
| MI | | | | | | |
| MN | 1,210 | | | | | 5,651 |
| MS | | | | | | 659 |
| MO | *64* | | | | | |
| MT | | | | | | |
| NE | | | | | | |
| NV | | | | | | |
| NH | | | | | | |
| NJ | 2,928 | | | | | |
| NM | 1,640 | | | | | |
| NY | *376* | | | | | 22,587 |
| NC | | | | | | |
| ND | | | | | | |
| OH | | | | | | |
| OK | | | | | | 2,547 |
| OR | | | | | | |
| PA | | | | | | |
| RI | 847 | | | | | |
| SC | | | | | | |
| SD | | | | | | |
| TN | 2,301 | | | | | |
| TX | *350* | | | | | |
| UT | 1,139 | | 2,229 | | | 2,623 |
| VT | 166 | 126 | | | 1,175 | 100 |
| VA | | | | | | |
| WA | 4,840 | | | | | |
| WV | *9* | | | | | *5* |
| WI | *110* | | | | | |
| WY | | | | | | 2,208 |
| **Total:** | **85,623** | **126** | **2,843** | **1,372** | **1,175** | **49,700** |
| **Percentage:** | 0.05% | 0.00% | 0.00% | 0.00% | 0.00% | 0.03% |



## OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
### General Election Date: 11/03/2020
**SOURCE: State Elections Offices***

| STATE | SCALF | SCOTT | SEGAL | SIMMONS | SWING | TITTLE |
|---|---|---|---|---|---|---|
| AL | | | | | | |
| AK | | | | | | |
| AZ | | | | 236 | | |
| AR | | | | | | |
| CA | | | | | | |
| CO | | 175 | | | | |
| CT | | | | 22 | | |
| DE | | | | 28 | | |
| DC | | | | | | |
| FL | | | | 181 | | |
| GA | | | | 181 | | |
| HI | | | | | | |
| ID | | | | 21 | | |
| IL | | | | 78 | | |
| IN | | | | | | |
| IA | | | | | | |
| KS | | | | | | |
| KY | | | | 29 | | |
| LA | | | | 1,626 | | |
| ME | | | | | | |
| MD | | | 5,884 | 131 | | |
| MA | | | | | | |
| MI | | | | 89 | | |
| MN | | | | | | |
| MS | | | | | | |
| MO | | | | 74 | | |
| MT | | | | 6 | | |
| NE | | | | | | |
| NV | | | | | | |
| NH | | | | | | |
| NJ | | | | | | |
| NM | | | | | | 1,806 |
| NY | | | | 155 | | |
| NC | | | | 119 | | |
| ND | | | | | | |
| OH | | | | 212 | | |
| OK | | | | 3,654 | | |
| OR | | | | | | |
| PA | | | | | | |
| RI | | | | | | |
| SC | | | | | | |
| SD | | | | | | |
| TN | | | | 68 | | |
| TX | | | | | | |
| UT | | | | 186 | | |
| VT | 29 | | 65 | | 141 | |
| VA | | | | | | |
| WA | | | | | | |
| WV | | | | 6 | | |
| WI | | | | 36 | | |
| WY | | | | | | |
| **Total:** | **29** | **175** | **5,949** | **7,138** | **141** | **1,806** |
| **Percentage:** | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |



## OFFICIAL 2020 PRESIDENTIAL GENERAL ELECTION RESULTS
## General Election Date:  11/03/2020
### SOURCE:  State Elections Offices*

| STATE | TRUMP | WEST | NONE OF THESE CANDIDATES | WRITE-IN VOTES (SCATTERED) | TOTAL VOTES |
|---|---|---|---|---|---|
| AL | 1,441,170 | | | 7,312 | 2,323,282 |
| AK | 189,951 | | | 1,961 | 359,530 |
| AZ | 1,661,686 | | | 36 | 3,387,326 |
| AR | 760,647 | 4,099 | | | 1,219,069 |
| CA | 6,006,429 | | | | 17,500,881 |
| CO | 1,364,607 | 8,089 | | 4 | 3,256,980 |
| CT | 714,717 | 255 | | 21 | 1,823,857 |
| DE | 200,603 | 169 | | 21 | 504,346 |
| DC | 18,586 | | | 3,137 | 344,356 |
| FL | 5,668,731 | | | 20 | 11,067,456 |
| GA | 2,461,854 | | | 49 | 4,999,960 |
| HI | 196,864 | | | | 574,469 |
| ID | 554,119 | 3,632 | | 6 | 868,014 |
| IL | 2,446,891 | | | 127 | 6,033,744 |
| IN | 1,729,519 | | | 70 | 3,033,121 |
| IA | 897,672 | 3,210 | | 4,337 | 1,690,871 |
| KS | 771,406 | | | | 1,372,303 |
| KY | 1,326,646 | 6,483 | | 11 | 2,136,768 |
| LA | 1,255,776 | 4,897 | | | 2,148,062 |
| ME | 360,737 | | | 87 | 819,461 |
| MD | 976,414 | 1,117 | | 18,157 | 3,037,030 |
| MA | 1,167,202 | | | 16,327 | 3,631,402 |
| MI | 2,649,852 | | | 6 | 5,539,302 |
| MN | 1,484,065 | 7,940 | | 8,728 | 3,277,171 |
| MS | 756,764 | 3,657 | | | 1,313,759 |
| MO | 1,718,736 | | | 3 | 3,025,962 |
| MT | 343,602 | | | 2 | 603,674 |
| NE | 556,846 | | | 4,671 | 956,383 |
| NV | 669,890 | | 14,079 | | 1,405,376 |
| NH | 365,660 | 82 | | 2,073 | 806,205 |
| NJ | 1,883,274 | | | | 4,549,353 |
| NM | 401,894 | | | | 923,965 |
| NY | 3,244,798 | 1,897 | | 30 | 8,594,826 |
| NC | 2,758,775 | | | 13,196 | 5,524,804 |
| ND | 235,595 | | | 1,929 | 361,819 |
| OH | 3,154,834 | | | 16 | 5,922,202 |
| OK | 1,020,280 | 5,597 | | | 1,560,699 |
| OR | 958,448 | | | 17,089 | 2,374,321 |
| PA | 3,377,674 | | | | 6,915,283 |
| RI | 199,922 | | | 2,759 | 517,757 |
| SC | 1,385,103 | | | | 2,513,329 |
| SD | 261,043 | | | | 422,609 |
| TN | 1,852,475 | 10,279 | | | 3,053,851 |
| TX | 5,890,347 | | | 460 | 11,315,056 |
| UT | 865,140 | 7,213 | | 1 | 1,488,289 |
| VT | 112,704 | 1,269 | | 1,942 | 367,428 |
| VA | 1,962,430 | | | 19,765 | 4,460,524 |
| WA | 1,584,651 | | | 27,252 | 4,087,631 |
| WV | 545,382 | | | 16 | 794,731 |
| WI | 1,610,184 | 411 | | 6,392 | 3,298,041 |
| WY | 193,559 | | | 1,739 | 276,765 |
| **Total:** | **74,216,154** | **70,296** | **14,079** | **159,752** | **158,383,403** |
| **Percentage:** | 46.86% | 0.04% | 0.01% | 0.10% | |

**ADDRESSES AND PARTY DESIGNATIONS OF THE 2020 PRESIDENTIAL CANDIDATES ON THE GENERAL ELECTION BALLOTS**

**Joseph R. Biden (D, DFL, DNL, WF)**
**(Kamala D. Harris for Vice President)**
Biden for President (C00703975)
P.O. Box 58178
Philadelphia, PA  19102
joebiden.com

**Don Blankenship (AMC, CON, CPF, CPI, IAP, IND, UST)**
**(William Mohr for Vice President)**
Don Blankenship for President (C00725309)
P.O. Box 1757
Williamson, WV  25661
donblankenship.com

**President Boddie (CUP)**
**(Eric C. Stoneham for Vice President)**
Boddie 2020 Inc (C00757443)
P.O. Box 101591
Anchorage, AK  99510
www.presidentboddie.com

**Brian Carroll (ASP)**
**(Amar Patel for Vice President)**
Solidarity Committee to Elect Brian Carroll (C00713172)
3049 East Birch Avenue
Visalia, CA  93292
briancarroll.life

**Mark Charles (UN)**
**(Adrian Wallace for Vice President)**
Committee to Elect Mark Charles for President (C00706572)
P.O. Box 90034
Washington, DC  20090
markcharles2020.com

**Phil Collins (IND, P)**
**(Billy Joe Parker for Vice President)**
1500 South Ardmore, #507
Villa Park, IL  60181

**Roque "Rocky" De La Fuente (AIP, ALL, IAL, IND, NLP, RPF)**
**(Darcy G. Richardson for Vice President; California: Kanye Omari West for Vice President)**
Rocky 101 LLC (C00588426)
5440 Morehouse Drive, Suite 4000
San Diego, CA  92121
www.rocky2020.com

**Richard Duncan (IND)**
**(Mitch Bupp for Vice President)**
1100 East Boulevard
Aurora, OH  44202

**C. L. Gammon (IND)**
**(Phil Collins for Vice President)**
Gammon for President Committee (C00703728)
3312 Scottsville Road
Lafayette, TN  37083

**Bill Hammons (UPA, UPC)**
**(Eric Bodenstab for Vice President)**
11032 Cherisse Drive
Austin, TX  78739
billisrunning.com

**Howie Hawkins (GPD, GPF, GR, GRE, IND, MTP, PG, STG)**
**(Angela Nicole Walker for Vice President)**
Howie Hawkins 2020 (C00708024)
P.O. Box 562
Syracuse, NY  13205
howiehawkins.us

**Tom Hoefling (LLC)**
**(Andy Prior for Vice President)**
P.O. Box 34
Lohrville, IA  51453

**Blake Huber (APV)**
**(Frank Atwood for Vice President)**
P.O. Box 653
Littleton, CO  80160

**ADDRESSES AND PARTY DESIGNATIONS OF THE 2020 PRESIDENTIAL CANDIDATES ON THE GENERAL ELECTION BALLOTS**

**Dario Hunter (PRO)**
**(Dawn Neptune Adams for Vice President)**
Dario for America (C00697896)
340 South Lemon Avenue, #1332
Walnut, CA  91789
www.dariohunter.com

**Princess Khadijah Maryam Jacob-Fambro (UN)**
**(Khadijah Maryam Jacob, Sr. for Vice President)**
Princess for President 2020 (C00628776)
P.O. Box 426417
San Francisco, CA  94142-6417
princessforpresident2020.com

**James G. "Jesse Ventura" Janos (GRE)**
**(Cynthia McKinney for Vice President)**
www.peopleforjesse.com

**Jo Jorgensen (IND, LIB, LBF)**
**(Jeremy "Spike" Cohen for Vice President)**
Jo Jorgensen for President (C00718031)
3620 Pelham Road, #300
Greenville, SC  29615-5045
https://joj2020.com

**Alyson Kennedy (IND, SWP)**
**(Malcolm Jarrett for Vice President)**
306 West 37th Street, 13th Floor
New York, NY  10018

**Ricki Sue King (GKH)**
**(Dayna R. Chandler for Vice President)**
950 65th
Windsor Heights, IA  50324

**Joseph Kishore (SEP)**
**(Norissa Santa Cruz for Vice President)**
Committee to Elect Joseph Kishore (C00735654)
P.O. Box 48377
Oak Park, MI  48237
www.socialism2020.org

**Kyle Kenley Kopitke (IAP, IND)**
**(Colorado: Nathan Re Vo Sorenson for Vice President; Vermont: Taja Yvonne Iwanow for Vice President)**
Kyle2020 (C00708123)
1506 North Grand Traverse
Flint, MI  48503
kyle2020.com

**Christopher LaFontaine (IND)**
**(Michael Speed for Vice President)**
521 Main Street, #3
Colchester, VT  05446
lafontaine2020.com

**Gloria Estela La Riva (IND, LBU, PAF, PSL, SLP, UN)**
**(Sunil Freeman for Vice President; Illinois and Minnesota: Leonard Peltier for Vice President)**
Gloria La Riva for President 2020 (C00725705)
2969 Mission Street
San Diego, CA  94110
lariva2020.org

**Keith McCormic (BUL)**
**(Sam Blasiak for Vice President)**
1200 East Parmer Lane, #122
Austin, TX  78753

**Joe McHugh (UN)**
**(Elizabeth Storm for Vice President)**
Joe McHugh for President (C00717496)
9432 Saint Andrews Drive
Grand Blanc, MI  48439
libertystrikesback.com

**John Richard Myers (LAL)**
**(Tiara Suzanne Lusk for Vice President)**
Americans for J.R. Myers (C00718726)
125 8th Avenue, SE
Cut Bank, MT  59427
johnrichardmyers.com

**H. Brooke Paige (GRU)**
**(Thomas James Witman for Vice President)**
P.O. Box 41
Washington, VT  05675

**ADDRESSES AND PARTY DESIGNATIONS OF THE 2020 PRESIDENTIAL CANDIDATES ON THE GENERAL ELECTION BALLOTS**

**Brock Pierce (ASH, FP, IDP, IND, NPY, PET, UN)**
**(Karla Ballard for Vice President)**
Brock Pierce for President (C00750745)
151 San Francisco Street, Suite 200
PMB 5450
San Juan, PR  00901
www.brock.vote

**Zachary Scalf (IND)**
**(Matthew Lyda for Vice President)**
461 Waybridge Way
Richmond Hill, GA  31324

**Jordan "Cancer" Scott (UN)**
**(Jennifer Tepool for Vice President)**
12237 Isle Royale Drive
Peyton, CO  80831

**Jerome Segal (BR)**
**(John de Graaf for Vice President)**
Segal for President (C00720359)
P.O. Box 5424
Takoma Park, MD  20913
segalforpresident.org

**Jade Simmons (BON, IND)**
**(Claudeliah J. Roze for Vice President)**
Citizens for Jade Simmons (C00739573)
4501 Magnolia Cove Drive, Suite 201
Kingwood, TX  77345
www.operationrestoration2020.com

**Gary Swing (BF)**
**(David Olszta for Vice President)**
1256 Balsam Avenue
Boulder, CO  80304

**Sheila "Samm" Tittle (CON)**
**(David Carl Sandige for Vice President)**
Madame President Tittle (C00495069)
754 Warrenton Road, Suite 113-101
Fredericksburg, VA  22406
samm2020.com

**Donald J. Trump (R, C)**
**(Michael R. Pence for Vice President)**
Donald J. Trump for President, Inc.  (C00580100)
725 Fifth Avenue
New York, NY  10022
www.donaldjtrump.com

**Kanye West (IND, NPY, TBP, UN)**
**(Michelle Tidball for Vice President)**
Kanye 2020 (C00751701)
3202 Big Horn Avenue
Cody, WY  82414

# KEY TO ABBREVIATIONS OF PARTY NAMES AND IDENTIFYING LABELS

The following is a list of the abbreviations used to identify the party labels appearing on the various state ballots for the U.S. Presidential candidates in the 2020 general election.  The party label listed may not necessarily represent a political party organization.

| | | | | | |
|---|---|---|---|---|---|
| AIP | = | American Independent | IND | = | Independent |
| ALL | = | Alliance | LAL | = | Life and Liberty |
| AMC | = | American Constitution Party | LBF | = | Libertarian Party of Florida |
| APV | = | Approval Voting Party | LBU | = | Liberty Union |
| ASH | = | American Shopping Party | LIB | = | Libertarian |
| ASP | = | American Solidarity Party | LLC | = | Life, Liberty, Constitution |
| BF | = | Boiling Frog | MTP | = | Mountain Party |
| BON | = | Becoming One Nation | NLP | = | Natural Law Party |
| BR | = | Bread and Roses | NPY | = | No Party |
| BUL | = | Bull Moose | P | = | Prohibition Party |
| C | = | Conservative | PAF | = | Peace and Freedom |
| CON | = | Constitution | PET | = | Petition |
| CPF | = | Constitution Party of Florida | PG | = | Pacific Green |
| CPI | = | Constitution Party of Iowa | PRO | = | Progressive |
| CUP | = | C.U.P. | PSL | = | Party for Socialism and Liberation |
| D | = | Democratic | R | = | Republican |
| DFL | = | Democratic-Farmer Labor | RPF | = | Reform Party of Florida |
| DNL | = | Democratic-Nonpartisan League | SEP | = | Socialist Equality Party |
| FP | = | Freedom and Prosperity | SLP | = | Socialism and Liberation Party |
| GKH | = | Geneology Know Your Family History | STG | = | Statehood Green |
| GPD | = | Green Party of Delaware | SWP | = | Socialist Workers Party |
| GPF | = | Green Party of Florida | TBP | = | The Birthday Party |
| GR | = | Green-Rainbow | UN | = | Unaffiliated |
| GRE | = | Green | UPA | = | Unity Party America |
| GRU | = | Grumpy Old Patriots | UPC | = | Unity Party of Colorado |
| IAL | = | Independence-Alliance | UST | = | U.S. Taxpayers |
| IAP | = | Independent American Party | WF | = | Working Families |
| IDP | = | Independence | | | |

**\*Source**:   Popular Vote:  State Elections Offices
Electoral Vote:  State Certificates of Vote, U.S. National Archives and Records Administration

**\*\*Note:**   Italics indicate Write-In Votes.

**Compiled By:**   Public Records Branch
Public Disclosure and Media Relations Division
Office of Communications
Federal Election Commission
800-424-9530 (option 2) or 202-694-1120
pubrec@fec.gov
January 28, 2021