| | |
|---|---|
| **From:** | eric <eric@mirarchi.net> |
| **Sent:** | Thursday, October 28, 2021 7:16 AM |
| **To:** | PAED Documents |
| **Subject:** | 21-cv-00126 - 39th SUBMISSION TO THE COURT UNDER 18 U.S. CODE § 2382, filed on 10-28-2021. |
| **Attachments:** | 21-cv-00126  ---  39th SUBMISSION TO COURT UNDER 18 U.S. CODE § 2382  - Filed on 10-28-2021.pdf; Exhibit-A, FEC, 2020 pres results.pdf |

**CAUTION - EXTERNAL:**

Please file this.  I just came across this, and I will not be expanding upon it.

This is my last submission to the Court regarding this subject.

21-cv-00126 - 39th SUBMISSION TO THE COURT UNDER 18 U.S. CODE § 2382, filed on 10-28-2021.

Thank you,

Ercole Mirarchi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.