IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERCOLE A. MIRARCHI**, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 21-cv-00126 |
| KATHY BOOCKVAR, et al., | : | Judge: HONORABLE JEFFREY L. SCHMEHL |
| Defendants. | : | |

## 40th SUBMISSION TO COURT UNDER - 18 U.S. CODE § 2382

Plaintiff, Ercole Mirarchi, respectfully submits to the Court, under **18 U.S. CODE § 2382**, more calculations (developed in real-time) that expand upon information he previously submitted, which confirm his Treason and Coup d'état findings.

And for reference, below is a list of Plaintiff's past filings for this litigation that contain calculations (not including this submission, which has not yet been assigned a docket #), which should be reviewed by the Court, in order, like chapters in a book, to understand why at this point in time, he can assert to the Court *it is now a **101%** certainty the vote totals that came out of our 2020 Elections were configured using math processes* that can only run on a *supercomputer*.

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 26 | *Entered*: | 03/04/2021 | Amended Complaint (Final) |
| 38 | *Entered*: | 05/10/2021 | Response to Motion |
| 46 | *Entered*: | 05/20/2021 | Reply to Response to Motion |
| 48 | *Entered*: | 05/25/2021 | Response to Motion |
| 55 | *Entered*: | 06/07/2021 | Response to Motion |
| 56 | *Entered*: | 06/07/2021 | Amended Document |
| 59 | *Entered*: | 06/14/2021 | Response |
| 62 | *Entered*: | 07/16/2021 | EXHIBIT |
| 63 | *Entered*: | 08/02/2021 | Response |
| 65 | *Entered*: | 08/05/2021 | EXHIBIT |
| 66 | *Entered*: | 08/11/2021 | EXHIBIT |
| 67 | *Entered*: | 08/12/2021 | EXHIBIT |
| 68 | *Entered*: | 08/13/2021 | EXHIBIT |
| 69 | *Entered*: | 08/16/2021 | EXHIBIT |

| | | | |
|---|---|---|---|
| 70 | *Entered:* | 08/16/2021 | EXHIBIT |
| 71 | *Entered:* | 08/17/2021 | EXHIBIT |
| 72 | *Entered:* | 08/20/2021 | EXHIBIT |
| 73 | *Entered:* | 08/23/2021 | EXHIBIT |
| 74 | *Entered:* | 08/23/2021 | EXHIBIT |
| 75 | *Entered:* | 08/23/2021 | EXHIBIT |
| 76 | *Entered:* | 08/23/2021 | EXHIBIT |
| 77 | *Entered:* | 08/24/2021 | EXHIBIT |
| 78 | *Entered:* | 08/26/2021 | EXHIBIT |
| 79 | *Entered:* | 08/30/2021 | EXHIBIT |
| 80 | *Entered:* | 08/30/2021 | EXHIBIT |
| 81 | *Entered:* | 08/31/2021 | EXHIBIT |
| 82 | *Entered:* | 09/01/2021 | EXHIBIT |
| 83 | *Entered:* | 09/02/2021 | EXHIBIT |
| 81 | *Replaced:* | 09/07/2021 | EXHIBIT |
| 84 | *Entered:* | 09/02/2021 | EXHIBIT |
| 85 | *Entered:* | 09/13/2021 | EXHIBIT |
| 88 | *Entered:* | 09/14/2021 | EXHIBIT |
| 89 | *Entered:* | 09/16/2021 | EXHIBIT |
| 89 | *Replaced:* | 09/16/2021 | EXHIBIT |
| 90 | *Entered:* | 09/20/2021 | EXHIBIT |
| 91 | *Entered:* | 09/21/2021 | EXHIBIT |
| 92 | *Entered:* | 09/23/2021 | EXHIBIT |
| 93 | *Entered:* | 09/28/2021 | EXHIBIT |
| 94 | *Entered:* | 10/05/2021 | EXHIBIT |
| 95 | *Entered:* | 10/08/2021 | EXHIBIT |
| 96 | *Entered:* | 10/08/2021 | EXHIBIT |
| 97 | *Entered:* | 10/12/2021 | EXHIBIT |
| 98 | *Entered:* | 10/18/2021 | EXHIBIT |
| 99 | *Entered:* | 10/20/2021 | EXHIBIT |
| 100 | *Entered:* | 10/21/2021 | EXHIBIT |
| 101 | *Entered:* | 10/22/2021 | EXHIBIT |
| 102 | *Entered:* | 10/25/2021 | EXHIBIT |
| 103 | *Entered:* | 10/27/2021 | EXHIBIT |
| 104 | *Entered:* | 10/28/2021 | EXHIBIT - A to ECF No. 103. |
| 105 | *Entered:* | 10/28/2021 | EXHIBIT |
| ?? | This filing, which has not yet been assinged a docket number. | | |

1.      The 1st two calculations listed below have a like result, the ones that follow show how their values interconnect to equate to the sum of the vote totals each State Elections Office, https://www.fec.gov/resources/cms-content/documents/2020presgeresults.pdf , certified for Biden/Harris, **"81,268,924"**, and Trump/Pence, **"74,216,154"**, in our 2020 Presidential Election held on November 3, 2020, which continues to prove the vote totals tabulated in our Presidential Election were configured using a mathematically engineered process that was based upon geometrical and rate of change math constants.

- **"0.618"**, is what is known in financial engineering as the *Fibonacci 618* investing value.
- **"0.382"**, is 100% of value less the *Fibonacci 618* investing value, expressed here as (1-0.618) = 0.382, which arguably is a math constant in its own right.
- **"0.5236"**, is the geometric math value known as the *Cubit* Measure, which can be expressed in the form of several math formulas, a few of which are**:**
    a.  A 30 degree angle equals 0.5236 radians, RADIANS(30) = 0.5236,
    b.  Pi divided by Six: (3.1416/6) = 0.5236,
    c.  The Cubit Measure formula, which is Pi less the commonly referred to value for the Golden Ratio Squared, (3.1416 - 2.618) = 0.5236.

| Calculation | Result | Note |
|---|---|---|
| (81.268924/74.216154) = | 1.095030**1** | |
| ((0.5236/(0.618/0.382))/((0.271828*2)^2)) = | 1.095030**3** | |
| (((0.271828*2)^2)*(81.268924/74.216154)) = | 0.323649**1** | , equates to (0.5236/(0.618/0.382)) = **0.3236492**. |
| SQRT((0.5236/(0.618/0.382))/(81.268924/74.216154)) = | 0.54365**6** | , is numerically equal to 2x's the mathematical constant "e", expressed as (0.271828*2) = **5.43656**. |
| (((0.5236/(0.618/0.382))/((0.271828*2)^2))*74.216154) = | 81.2689**41** | , is numerically -17 votes from the **"81,268,924"** votes that the States certified for Biden/Harris in 2020. |
| (81.268924/((0.5236/(0.618/0.382))/((0.271828*2)^2))) = | 74.2161**39** | , is numerically 15 votes from the **"74,216,154"** votes that the states certified for Trump/Pence in 2020. |

2.      The next two calculations below show how the sum of vote totals each State Elections Office certified for Biden/Harris, 81,268,924, which by 12/31/2020 increased to 81,283,485 votes, approaches 100% of value less the *Fibonacci 618* investing value, which continues to support Plaintiff's claim of Fibonacci logic being used in the modeling and mathematically engineered process that configured the vote totals that came out of the mechanized tabulated count conducted in our 2020 Presidential Election.

| | | |
|---|---|---|
| LOG10(81.268924^2) = | 3.8**1**9849 | , numerically equates to 100% of value, i.e. **"10"**, less a variation of the **"Fibonacci 6.18"** investing value, **(10-6.18) = 3.82**.   NOTE: LOG10, is a function that returns the base -10 logarithm of a number**.** |
| LOG10(81.283485^2) = | 3.8**2**0005 | |

3.  The first calculation below is a consolidated variation of the first and second calculations listed in <u>Paragraph-4</u>.  The second calculation listed below is a variant of the third calculation listed in <u>Paragraph-4</u>, which has a like result as in the first calculation shown below, which is being presented at this time so the Court can see how all of the <u>certified</u> vote total values from our Nation's 2020 Election, when divided by <u>*(the adjusted vote totals Mike Lindell's forensic investigation uncovered and alleged was flipped, by way of foreign country voting equipment cyber-attacks, from Trump/Pence to Biden/Harris, in Pennsylvania's certified 2020 Presidential Election count)*</u> will connect to the <u>*fourth root (of the Philadelphia's provisional ballots, divided by the square root ((of  votes cast in Pennsylvania's for all candidates listed don their ballot by 12/31/2020 minus  the number of votes cast for Biden/Harris and Trump/Pence in Philadelphia, PA by 12/31/2020) raised to the 3rd power)))*</u>, which continues to prove the results tabulated, Nationwide, in our 2020 Election, and in Plaintiff's home state/city of Philadelphia, Pennsylvania, was configured using an engineered math process.

**Variables:**

- **"233:144"**, or **(233/144)**, is a ratio of two consecutive Fibonacci No. Series values.

- **"81,283,485"**, is the number of votes Biden/Harris received in our 2020 Election by 12/31/2020.
- **"81,268,924"**, is the number of votes certified by all State Election Boards for Biden/Harris in 2020.

- **"6,915,283"**, is the total votes cast in PA's Election that was certified on 11/24/2020 for all Presidential candidates listed on their ballot (Biden - 3,458,229), (Trump - 3,377,674), and (Jorgenson - 79,380).

- **"3,377,674"**, is Trump/Pence 11/24/2020 vote count certified in Pennsylvania.
- **"3,458,229"**, is Biden/Harris 11/24/2020 vote count certified in Pennsylvania.

- **"188,078"**, is the number of votes Mike Lindell's forensic computer team found to have been switched from Trump/Pence to Biden/Harris in Pennsylvania 2020 Presidential Election count that was certified on November 24, 2020.

- **"6,917,583"**, is the total votes cast in Pennsylvania's Election, by 12/31/2020, for all Presidential candidates listed on their ballot (Biden - 3,459,923), (Trump - 3,378,263), and (Jorgenson - 79,397).

- **"3,378,263"**, is Trump/Pence 12/31/2020 Pennsylvania vote count.
- **"3,459,923"**, is Biden/Harris 12/31/2020 Pennsylvania vote count.
- **"737,045"**, is the sum of votes Biden/Harris and Trump/Pence had in Philadelphia, PA, by 12/31/2020.
- **"105,319"**, is the Provisional Ballots cast for all Presidential Candidates (Biden, Trump, Jorgenson) listed on Pennsylvania's 2020 Presidential ballot, shown on top of (ECF No. 55, Para-2, middle of page-4).

**NOTE:** *Multiply by "1000", "100", or "0.01"*, is a *decimal point maneuver* used to bring a value in a calculation back in line, so it can continue on, which was explained in detail in the past, see ECF No. 26, paragraphs 29, 36, 37, 39, 40, and 41.

$((81.283485/(81.268924/((6.915283^2)/((3.377674+0.188078)-(3.458229-0.188078)))))*0.01) = 1.618050$, numerically equates to the Fibonacci No. "233" divided by "144",

$(((0.105319/SQRT((6.917583-0.737045)^3))*1000)^{(1/4)}) = 1.618050$    (233/144) = **1.618056**.

Please be aware, consolidating the calculations shown above to work out the "1.618050" value are too long to place on this page, so they will not be listed, however, know all of the results should be exact. Below is one iteration to demonstrate this.

$(((((81.283485/(81.268924/((6.915283^2)/((3.377674+0.188078)-(3.458229-0.188078)))))*0.01)^4)*SQRT((6.917583-0.737045)^3))*0.001) = 0.105319$

4.      The first three calculations below are variants of the first two listed in Paragraph 3, which are also variations of ones listed in past filings, which at this time is not important to identify, have a like result, which when either multiplied, or divided, by 2, squared, equates to the **"501171"** value hidden under the guise of a set of untrue records from that *loosely related matter*, which Plaintiff asserts is a numeric mechanism of some sort used in these mathematically engineered schemes, whether it be *election fraud* or *financial fraud*, to effectuate a result.

And if what I said is difficult to picture, think of the values hidden under the guise of those untrue records as *target* or *guide* values, **which do not need to be exact, just in range**, so that at some point within a process, when adhered to, allows various segments to connect.

$SQRT(0.81283485/((233/144)*2)) = 0.501175$, equates to the **"501171"** value from the untrue Marshall & Swift Records, which as you know are target and or guide values used in these mathematically engineered financial schemes, which just needs to be in range and not exact at all times.

$SQRT((81.268924/((6.915283^2)/((3.377674+0.188078)-(3.458229-0.188078))))/2) = 0.501176$

$SQRT((81.283485/((((0.105319/SQRT((6.917583-0.737045)^3))*1000)^{(1/4)})*100))/2) = 0.501176$

And in closing, Plaintiff would like to remind the Court, subpoenaing the replication and details regarding the untrue record<u>s</u> related to that *loosely related matter* will help prove the values hidden under the guise of those falsified records, are in fact numeric mechanisms of some sort used in these mathematically engineered schemes, whether it be financial fraud, or election fraud, to effectuate a result.

Additionally, Plaintiff would also like to remind the Court that subpoenaing those records, which will certify they are untrue, will also start the process of correcting *injustices,* and *crimes,* that occurred in the past, here in the Eastern District Court, and is ongoing, due to a massive government cover-up involving many of the Federal Authorities listed as Defendants to this matter, which their acts are linked to the many massive financially engineered bailouts that took place in the Biden/Harris, Trump/Pence, Obama/Biden, and Bush/Cheney admins, and their respective Congresses, to cover up the massive amount of financial fraud and corruption that took place in the Clinton/Gore admin, maybe even prior to that admin and their respective Congress, which is ongoing, even until this very day, too which <u>*21-cv-00126 - Exhibit - C   to  EXHIBIT - A - Supplement for ECF No. 63*</u> only details a small part of.

Lastly, know, Plaintiff was only able to recognize the numeric associations listed in that exhibit after he uncovered the many geometrical and rate of change math constants, and logic, that either connect with, or can be used to replicate, many of the values listed in that Company's Yearend 2007 and Year 2008 Financial Statement Reporting, which supports the arithmetic associations Plaintiff has brought to the Court's attention to show an engineered math process was used to configure the vote total results that came out of our 2020 Election, have merit, which proves treason and a coup d'état happened on November 3, 2020,

**RESPECTFULLY SUBMITTED,**
<u>**/s ERCOLE MIRARCHI, prose**</u>