| | |
|---|---|
| **From:** | eric <eric@mirarchi.net> |
| **Sent:** | Sunday, October 31, 2021 12:38 PM |
| **To:** | PAED Documents |
| **Subject:** | 21-cv-00126 - 40th SUBMISSION TO THE COURT UNDER 18 U.S. CODE § 2382, filed on 10-31-2021. |
| **Attachments:** | 21-cv-00126  ---  40th SUBMISSION TO COURT UNDER 18 U.S. CODE § 2382  - Filed on 10-31-2021.pdf; 21-cv-00126 - Exhibit - C   to  EXHIBIT - A - Supplement for ECF No. 63..pdf |

**CAUTION - EXTERNAL:**

Please file this.  I just came across this, and I will not be expanding upon it.

This is my last submission to the Court regarding this subject.


21-cv-00126 - 40th SUBMISSION TO THE COURT UNDER 18 U.S. CODE § 2382, filed on 10-31-2021.


Thank you,

Ercole Mirarchi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.