IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERCOLE A. MIRARCHI**, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 21-cv-00126 |
| KATHY BOOCKVAR, et al., | : | Judge: HONORABLE JEFFREY L. SCHMEHL |
| Defendants. | : | |

# 44th SUBMISSION TO COURT UNDER - 18 U.S. CODE § 2382

Plaintiff, Ercole Mirarchi, respectfully submits to the Court, under **18 U.S. CODE § 2382**, more calculations (developed in real-time) that expand upon information he previously submitted, which confirm his Treason and Coup d'état findings.

And for reference, below is a list of Plaintiff's past filings for this litigation that contain calculations (not including this submission, which has not yet been assigned a docket #), which should be reviewed by the Court, in order, like chapters in a book, to understand why at this point in time, he can assert to the Court *it is now a **101%** certainty the vote totals that came out of our 2020 Elections were configured using math processes* that can only run on a *supercomputer*.

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 26 | *Entered*: | 03/04/2021 | 🌐 Amended Complaint (Final) |
| 38 | *Entered*: | 05/10/2021 | 🌐 Response to Motion |
| 46 | *Entered*: | 05/20/2021 | 🌐 Reply to Response to Motion |
| 48 | *Entered*: | 05/25/2021 | 🌐 Response to Motion |
| 55 | *Entered*: | 06/07/2021 | 🌐 Response to Motion |
| 56 | *Entered*: | 06/07/2021 | 🌐 Amended Document |
| 59 | *Entered*: | 06/14/2021 | 🌐 Response |
| 62 | *Entered*: | 07/16/2021 | 🌐 EXHIBIT |
| 63 | *Entered*: | 08/02/2021 | 🌐 Response |

| | | | |
|---|---|---|---|
| 65 | *Entered:* | 08/05/2021 | EXHIBIT |
| 66 | *Entered:* | 08/11/2021 | EXHIBIT |
| 67 | *Entered:* | 08/12/2021 | EXHIBIT |
| 68 | *Entered:* | 08/13/2021 | EXHIBIT |
| 69 | *Entered:* | 08/16/2021 | EXHIBIT |
| 70 | *Entered:* | 08/16/2021 | EXHIBIT |
| 71 | *Entered:* | 08/17/2021 | EXHIBIT |
| 72 | *Entered:* | 08/20/2021 | EXHIBIT |
| 73 | *Entered:* | 08/23/2021 | EXHIBIT |
| 74 | *Entered:* | 08/23/2021 | EXHIBIT |
| 75 | *Entered:* | 08/23/2021 | EXHIBIT |
| 76 | *Entered:* | 08/23/2021 | EXHIBIT |
| 77 | *Entered:* | 08/24/2021 | EXHIBIT |
| 78 | *Entered:* | 08/26/2021 | EXHIBIT |
| 79 | *Entered:* | 08/30/2021 | EXHIBIT |
| 80 | *Entered:* | 08/30/2021 | EXHIBIT |
| 81 | *Entered:* | 08/31/2021 | EXHIBIT |
| 82 | *Entered:* | 09/01/2021 | EXHIBIT |
| 83 | *Entered:* | 09/02/2021 | EXHIBIT |
| 81 | *Replaced:* | 09/07/2021 | EXHIBIT |
| 84 | *Entered:* | 09/02/2021 | EXHIBIT |
| 85 | *Entered:* | 09/13/2021 | EXHIBIT |
| 88 | *Entered:* | 09/14/2021 | EXHIBIT |
| 89 | *Entered:* | 09/16/2021 | EXHIBIT |
| 89 | *Replaced:* | 09/16/2021 | EXHIBIT |
| 90 | *Entered:* | 09/20/2021 | EXHIBIT |
| 91 | *Entered:* | 09/21/2021 | EXHIBIT |
| 92 | *Entered:* | 09/23/2021 | EXHIBIT |
| 93 | *Entered:* | 09/28/2021 | EXHIBIT |
| 94 | *Entered:* | 10/05/2021 | EXHIBIT |
| 95 | *Entered:* | 10/08/2021 | EXHIBIT |
| 96 | *Entered:* | 10/08/2021 | EXHIBIT |
| 97 | *Entered:* | 10/12/2021 | EXHIBIT |
| 98 | *Entered:* | 10/18/2021 | EXHIBIT |
| 99 | *Entered:* | 10/20/2021 | EXHIBIT |
| 100 | *Entered:* | 10/21/2021 | EXHIBIT |
| 101 | *Entered:* | 10/22/2021 | EXHIBIT |

| | | | | |
|---|---|---|---|---|
| 102 | *Entered*: | 10/25/2021 | 🌐 | EXHIBIT |
| 103 | *Entered*: | 10/27/2021 | 🌐 | EXHIBIT |
| 104 | *Entered*: | 10/28/2021 | 🌐 | EXHIBIT - A to ECF No. 103. |
| 105 | *Entered*: | 10/28/2021 | 🌐 | EXHIBIT |
| 106 | *Entered*: | 11/01/2021 | 🌐 | EXHIBIT |
| 107 | *Entered*: | 11/02/2021 | 🌐 | EXHIBIT |
| 108 | *Entered*: | 11/03/2021 | 🌐 | EXHIBIT |
| 109 | *Entered*: | 11/05/2021 | 🌐 | EXHIBIT |
| ?? | This filing, which has not yet been assinged a docket number. | | | |

1. The 1st calculation, and comments, below is from ECF No. 93, Paragraph-9.

    *9. This next calculation continues to show why subpoenaing the <u>untrue</u> records from the Marshall & Swift Appraisal Company, which the record detail allegedly used to create those records is data warehoused, meaning these records, if true, can be replicated in minutes, at little to no cost, to confirm these records are untrue, which will prove key parts of Plaintiff's complaint, as well as support Treason and a Coup d'état transpired on November 3rd, 2020.*

$$\text{SQRT}(((1.672143+1.661686)/(306^{(1/5)}))*10) = 3.25761$$

, is numerically equal to the **"325761"** depreciation amount from the <u>untrue</u> MSB-BVS Express report (501171 - 175410) = **325761** that was listed in Seneca's Summary Judgment Motion Statement of Fact #50, Seneca 1395-1396, for the Mirarchi v. Seneca litigation, Federal Court, Eastern District, Philadelphia, PA.

2. The reason why ECF No. 93, Paragraph-9 has been brought to the Court's attention, once again, in Paragraph 1, is for the reason Plaintiff recently came across a calculation while he was performing analysis for that *loosely related matter*, which is the 1st calculation listed below, that shows how the suspect "325761" value hidden under the guise of the untrue records at issue in that *loosely related matter* connects to geometrical math constants, and logic, which supports his claim that every value hidden under the guise of the untrue records is a numeric mechanism of some sort, used in these engineered math schemes to effectuate a process, or outcome, which continues to prove key parts of his claim, one of which is a *treason* and *coup d'état'* occurred, here, in our Country, on November 3rd, 2020, in addition, when the 1st calculation shown below is consolidated with the calculation from Paragraph 1,

which calculations 2-6 are a representation of, it supports the vote totals that came out of Arizona's Presidential Election were configured by way of an engineered math process, which further supports election fraud occurred in that state.

| Calculation | Result | Explanation |
|---|---|---|
| ((1-0.618)/SQRT(360/(1.61803399^2))) = | 0.032576**1** | , is numerically equal to the (501171-175410) = **"325761"** depreciation amount from the untrue MSB report, listed in Seneca's Summary Judgment Motion Statement of Fact #50, Seneca 1395-1396. |
| ((((1-0.618)^2)/(0.360/(1.6180<mark>3399</mark>^2)))*(306^(1/5))) = | 3.3338**33** | , which numerically equates to, it is a difference of -4 votes, from the sum of votes cast for Biden/ Harris, 1,672,143, and Trump/Pence, 1,661,686), in Arizona's 2020 Presidential Election, 1.672143+1.661686) = **3.333829**. |
| ((((1-0.618)^2)/(0.360/(1.6180<mark>33</mark>^2)))*(306^(1/5))) = | 3.33382**9** | , which is exact to the sum of votes cast for Biden/Harris, 1,672,143, and Trump/Pence, 1,661,686, in Arizona's 2020 Presidential Election, (1.672143+1.661686) = **3.333829**. |
| (((1.672143+1.661686)/(((1-0.618)^2)/(0.360/(1.61803399^2))))^5) = | 30**6** | , which is equal to the number of Electoral Votes Biden/Harris received in our 2020 Presidential Election, which all of the analysis submitted in the *Mirarchi v. Boockvar et. al*. litigation. |
| ((((1-0.618)^2)/(1.672143+1.661686))*(306^(1/5))) = | 0.137507**9** | , which equates to the *Golden Angle* expressed as: (0.360/(1.61803399^2)) = **0.1375078** degree**s**. |
| | | **NOTE:** Plaintiff asks the Court to take notice that math constants, and or logic, when used in an engineered math process as a *target* or guide *value* is rarely ever exact to its actual value, and for the most part are always in range of that value/logic being used in the engineered math process. |

3. This next calculation, <u>the square root of the inverse of the number of votes, 74,223,744, Trump/Pence received in our 2020 Election, as of 12/31/2020, plus the fifth root of the 306 Electoral Votes Biden/Harris received in our 2020 Presidential Election</u> numerically equates to **"325761"**, which is a difference of 1 from the result of the 1st calculation listed in Paragraph 2, which supports that value, or logic, was used in the modeling of the engineered math process created to configure the outcome, thus rig, our 2020 Presidential Election.

| | | |
|---|---|---|
| (SQRT(1/74.223744)+(306^(1/5))) = | 3.2576**2** | , which numerically equates to the (501171-175410) = **"325761"** depreciation amount hidden under guise of the untrue MSB report that was listed in Seneca's Summary Judgment Motion Statement of Fact #50, Seneca 1395-1396. |

**4.**    In addition, the calculation listed in Paragraph 3 further proves Plaintiff's claim that the values hidden under the guise of those untrue records, which were used against this Plaintiff in that *loosely related matter* heard here in the Eastern District Court, *Mirarchi v. Seneca*, are numeric mechanisms of some sort, used in these engineered math schemes, whether it be Financial Fraud or Election Fraud, to effectuate a result, or to configure the outcome.  And recall, in the past Plaintiff has shown how the values hidden under the guise of these untrue records do not need to be exact, just in range, to be used as a "guide", or "target", to keep values in line, which allows segments of a process to connect, or to be combined at a future point in time, which is demonstrated below.

The 3-calculations below all equate to, or numerically equate to, the constant *e*, **2.71828 2**.

((0.1-(1/74.223744))/(SQRT((0.604175+0.13287)*0.359952)*0.618)) =    0.2718285
((0.1-(1/74.223744))*(3.25761-SQRT(1/74.223744))) =    0.2718285
(((3.459923/3.378263)^4)+1.61803399) =    2.718285

The next 2-calculations consolidate the ones above, to show how all of the values used in those calculations can be combined to equal the suspect **32576 1** result discussed in Para. 2 - 3.

(SQRT(1/74.223744)+(1/(SQRT((0.604175+0.13287)*0.359952)*0.618))) =    3.25761
((((( 3.459923/3.378263)^4)+1.61803399)/(0.1-(1/74.223744)))*0.1)+SQRT(1/74.223744)) =    3.25761

The next 4-calculations show how the values used in the five calculations listed directly above this, can be reconfigured to equal the number of Electoral votes, **30 6**, that Biden/Harris received to win our 2020 Presidential Election.

((3.25761-SQRT(1/74.223744))^5) =    306
((0.2718282/(0.1-(1/74.223744)))^5) =    306
((1/(SQRT(0.737045*0.359952)*0.618))^5) =    306
((((((3.459923/3.378263)^4)+1.61803399)/(0.1-(1/74.223744)))*0.1)^5) =    306

And finally, these last calculations show how all of the ones listed above this can be consolidated, working out the constant "e", 2.718282, the suspect "325761" value hidden

under the guise of the untrue MSB Reports related to the other matter discussed in Paragraphs 2 - 3, and the 306 Electoral votes Biden/Harris received to win our 2020 Presidential Election, which further proves the votes that came out of Philadelphia, PA's vote tabulation process was configured by way of an engineered math process.  The first two calculations listed below show where the values used in the series that follow, interconnect.

| Equation | Value | Note |
|---|---|---|
| SQRT(0.737045*0.359952) = | 0.515073**6** | |
| (((0.1-(1/74.223744))/(((3.459923/3.378263)^4)+1.61803399))/0.0618 = | 0.515073**5** | |
| (((((3.459923/3.378263)^4)+1.61803399)*(SQRT(0.737045*0.359952)*0.0618))+(1/74.223744)) = | 0.**1**000000 | , is equal to **"0.1"**, which is a dummy value that represents 100% of value. |
| (3.459923/((((0.1-(1/74.223744))/(SQRT(0.737045*0.359952)*0.0618))-1.61803399)^(1/4))) = | 3.37826**3** | , numerically equals the final vote total, **"3,378, 26_3_"**, Trump/Pence received in Pennsylvania's Presidential Election, by 12/31/2020. |
| (((((0.1-(1/74.223744))/(SQRT(0.737045*0.359952)*0.0618))-1.61803399)^(1/4))*3.378263) = | 3.45992**3** | , numerically equals the final vote total, **"3,459,92_3_"**, Biden/Harris received in Pennsylvania's Presidential Election, by 12/31/2020. |
| (((0.1-(1/74.223744))/(SQRT(0.737045*0.359952)*0.0618))-((3.459923/3.378263)^4)) = | 1.618033**66** | , which equates to the Golden Ratio, 1.618033**99**. |
| (((0.1-(1/74.223744))/(((3.459923/3.378263)^4)+1.61803399))/SQRT(0.737045*0.359952)) = | 0.061**8**00 | , is numerically equal to, what is known in *financial engineering*, as the Fibonacci **_6_18** investing value, expressed as **0.0618**. |
| (((((0.1-(1/74.223744))/(((3.459923/3.378263)^4)+1.61803399))/0.0618)^2)/0.737045) = | 0.35995**2** | , is numerically equal to the **359,95_2_** votes cast, in person, at Philadelphia Polling facilities in their 2020 Presidential Election. |
| (((((0.1-(1/74.223744))/(((3.459923/3.378263)^4)+1.61803399))/0.0618)^2)/0.359952) = | 0.73704**5** | , numerically equals the sum of the City of Phila. 2020 vote totals for Biden/Harris and Trump/Pence, (0.604175+ 0.132870) = **0.73704_5_**. |
| (1/(0.1-((((3.459923/3.378263)^4)+1.61803399)*(SQRT(0.737045*0.359952)*0.0618)))) = | 74.223**802** | , is numerically a -58 vote difference from the number of votes, **"74,223,_744_"**, the Associated Press, by 12/31/2020, reported Trump/Pence received in our 2020 Presidential Election. |

In closing, Plaintiff, once again, would like to remind the Court, issuing a subpoena, or allowing Plaintiff to issue a subpoena on his own to the Marshall & Swift Company, to request the details and replication of the records at issue in that *loosely related matter* (which the data used to create these reports is data-warehoused, which makes them easy to replicate, at little to no cost) to prove key parts of his claim, one of which is *treason* and a *coup d'état* occurred on November 3, 2020.

Moreover, the Court should be aware the reproduction of these untrue reports will also assist to expose a massive amount of past and present financial fraud, conducted by many, which either went, and or currently goes unpunished for the reason there are many who held leadership positions all throughout our past and present governments who conspired to cover it up, to protect their foreign and or domestic special interests at the expense, livelihood, and wellbeing of all of us, which is the one thing Obama/Biden, Trump/Pence, and now the suspect Biden/Harris Administration, and their respective Congresses, all have in common.

Furthermore, it was the cover-up of these financial crimes, some of which led to the 2008 Financial Crisis, and are still being bailed out this very day, which allowed the engineered math process that someone created to configure the results of our 2020 Presidential, and other Elections, to nearly go undetected, which should not go unnoticed by the Court.

                                              RESPECTFULLY SUBMITTED,

                                              /s ERCOLE MIRARCHI, prose