# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERCOLE A. MIRARCHI**, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | **Civil Action No. 21-cv-00126** |
| | : | |
| KATHY BOOCKVAR, et al., | : | **Judge: HONORABLE JEFFREY L. SCHMEHL** |
| | : | |
| Defendants. | : | |

## 57th SUBMISSION TO COURT UNDER - 18 U.S. CODE § 2382

Plaintiff, Ercole Mirarchi, respectfully submits to the Court, under **18 U.S. CODE § 2382**, more calculations (developed in real-time) to further support the ones he previously submitted to the Court, to prove his Treason and Coup d'état findings.

And for reference, below is a list of Plaintiff's past filings for this litigation that contain calculations (not including this submission), which should be reviewed by the Court, in order, like chapters in a book, to understand why at this point in time, he can assert to the Court *it is now a **101%** certainty the vote totals that came out of our 2020 Elections were configured using math processes*, which can only run on a *supercomputer*.

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 26 | *Entered:* | 03/04/2021 | Amended Complaint (Final) |
| 38 | *Entered:* | 05/10/2021 | Response to Motion |
| 46 | *Entered:* | 05/20/2021 | Reply to Response to Motion |
| 48 | *Entered:* | 05/25/2021 | Response to Motion |
| 55 | *Entered:* | 06/07/2021 | Response to Motion |
| 56 | *Entered:* | 06/07/2021 | Amended Document |
| 59 | *Entered:* | 06/14/2021 | Response |
| 62 | *Entered:* | 07/16/2021 | EXHIBIT |
| 63 | *Entered:* | 08/02/2021 | Response |
| 65 | *Entered:* | 08/05/2021 | EXHIBIT |
| 66 | *Entered:* | 08/11/2021 | EXHIBIT |

| | | | |
|---|---|---|---|
| 67 | *Entered:* | 08/12/2021 | EXHIBIT |
| 68 | *Entered:* | 08/13/2021 | EXHIBIT |
| 69 | *Entered:* | 08/16/2021 | EXHIBIT |
| 70 | *Entered:* | 08/16/2021 | EXHIBIT |
| 71 | *Entered:* | 08/17/2021 | EXHIBIT |
| 72 | *Entered:* | 08/20/2021 | EXHIBIT |
| 73 | *Entered:* | 08/23/2021 | EXHIBIT |
| 74 | *Entered:* | 08/23/2021 | EXHIBIT |
| 75 | *Entered:* | 08/23/2021 | EXHIBIT |
| 76 | *Entered:* | 08/23/2021 | EXHIBIT |
| 77 | *Entered:* | 08/24/2021 | EXHIBIT |
| 78 | *Entered:* | 08/26/2021 | EXHIBIT |
| 79 | *Entered:* | 08/30/2021 | EXHIBIT |
| 80 | *Entered:* | 08/30/2021 | EXHIBIT |
| 81 | *Entered:* | 08/31/2021 | EXHIBIT |
| 82 | *Entered:* | 09/01/2021 | EXHIBIT |
| 83 | *Entered:* | 09/02/2021 | EXHIBIT |
| 81 | *Replaced:* | 09/07/2021 | EXHIBIT |
| 84 | *Entered:* | 09/02/2021 | EXHIBIT |
| 85 | *Entered:* | 09/13/2021 | EXHIBIT |
| 88 | *Entered:* | 09/14/2021 | EXHIBIT |
| 89 | *Entered:* | 09/16/2021 | EXHIBIT |
| 89 | *Replaced:* | 09/16/2021 | EXHIBIT |
| 90 | *Entered:* | 09/20/2021 | EXHIBIT |
| 91 | *Entered:* | 09/21/2021 | EXHIBIT |
| 92 | *Entered:* | 09/23/2021 | EXHIBIT |
| 93 | *Entered:* | 09/28/2021 | EXHIBIT |
| 94 | *Entered:* | 10/05/2021 | EXHIBIT |
| 95 | *Entered:* | 10/08/2021 | EXHIBIT |
| 96 | *Entered:* | 10/08/2021 | EXHIBIT |
| 97 | *Entered:* | 10/12/2021 | EXHIBIT |
| 98 | *Entered:* | 10/18/2021 | EXHIBIT |
| 99 | *Entered:* | 10/20/2021 | EXHIBIT |
| 100 | *Entered:* | 10/21/2021 | EXHIBIT |
| 101 | *Entered:* | 10/22/2021 | EXHIBIT |
| 102 | *Entered:* | 10/25/2021 | EXHIBIT |
| 103 | *Entered:* | 10/27/2021 | EXHIBIT |

| 104 | *Entered:* | 10/28/2021 | EXHIBIT - A to ECF No. 103. |
| 105 | *Entered:* | 10/28/2021 | EXHIBIT |
| 106 | *Entered:* | 11/01/2021 | EXHIBIT |
| 107 | *Entered:* | 11/02/2021 | EXHIBIT |
| 108 | *Entered:* | 11/03/2021 | EXHIBIT |
| 109 | *Entered:* | 11/05/2021 | EXHIBIT |
| 110 | *Entered:* | 11/08/2021 | EXHIBIT |
| 111 | *Entered:* | 11/09/2021 | EXHIBIT |
| 112 | *Entered:* | 11/10/2021 | EXHIBIT |
| 113 | *Entered:* | 11/12/2021 | EXHIBIT |
| 114 | *Entered:* | 11/12/2021 | EXHIBIT |
| 115 | *Entered:* | 11/15/2021 | EXHIBIT |
| 116 | *Entered:* | 11/17/2021 | EXHIBIT |
| 117 | *Entered:* | 11/18/2021 | EXHIBIT |
| 118 / 119 | This filing, ECF No. 118, was intially submitted on 11/19/2021, then *revised* and updated on 11/22/2021, and listed as ECF No. 119. | | |
| 120 | *Entered:* | 11/24/2021 | EXHIBIT |
| 121 | *Entered:* | 11/29/2021 | EXHIBIT |
| 122 | *Entered:* | 11/29/2021 | EXHIBIT |
| 123 | *Entered:* | 11/30/2021 | EXHIBIT |
| 124 | This filing, which has yet to be assinged a ECF Case No. | | |

1) Recall, on 11/03/2020, at 11:09 PM EST, the Cable News Network, CNN, reported Trump/Pence having **1,690,589 votes**, Biden/Harris having **1,252,537 votes**, for a total of **2,943,126 votes** between them in Pennsylvania's 2020 Presidential Election.

Seconds later, at 11:10 PM, CNN reported Trump/Pence having **1,670,631 votes**, Biden/Harris having **1,272,495 votes**, for a total of **2,943,126 votes** between them.

At the time this change in votes occurred on TV, the end result was **19,958 votes** was subtracted from Trump/Pence's vote count, at the same time **19,958 votes** was being added to Bidden/Harris's vote count, resulting in a **((1.690589-1.252537) - (1.670631-1.272495))** = **39,916 vote** decrease in the number of votes Trump/Pence had over Biden/Harris in Pennsylvania's 2020 Presidential Election at that specific point in time.

2) The 1st calculation listed below has a result numerically equal to a variation of the *Cubit Measure*, <u>*Pi minus the Golden Ratio Squared*</u>, which Plaintiff brings attention to for the reason the *number format* used for *Pi* and the *Golden Ratio Squared*, as well as their difference, in the calculations shown below matches the *number format* he came across for the *constant e* in the calculations listed in <u>ECF No. 96, Paragraphs 6 and 7</u>, which supports that *number format*, as well as the logic used in the calculations listed in that submission, was devised to flip votes from Trump/Pence to Biden/Harris during the tabulation/counting process taking place in Pennsylvania's 2020 Presidential Election.

| Calculation | Result | Note |
|---|---|---|
| ((10-(SQRT(PI()))*2.943126))^4) = | 523.55**6** | , is numerically equal to the Cubit Measure, Pi minus the Golden Ratio Squared, expressed as (3141**.**59-2618.034) = **523.556.** |
| ((10-((3141.59-2618.034)^(1/4)))/2.943126) = | 1.7724538**5** | , is equal to the square root of Pi, SQRT(3**.**145926…) = **1.77245385.** |
| ((10-((3141.59-2618.034)^(1/4)))/SQRT(PI())) = | 2.94312**6** | , is equal to (1.690589+1.252537) or (1.670631+1.272495) = **2.943126**. |
| (((3141.59-2618.034)^(1/4))+(2.943126*SQRT(PI()))) = | **10**.000000 | , is equal to "**10**", which is a dummy value that represents 100% of value**.** |

3) This next calculation is from <u>ECF No. 96, Paragraphs 6 and 7.</u>

| Calculation | Result | Note |
|---|---|---|
| ((2.943126/((1.690589-1.252537)-(1.670631-1.272495)))^2) = | 2718.2**8** | , which is numerically equal to the Mathematical Constant *"e"*, **2.71828…**, which is commonly referred to as: **"2.7"**, **"2.72"**, **"2.718"**, **"2.7183"**, or **"2.71828".** |

4) The next two calculations consolidate the second calculation listed in <u>Paragraph 2</u>, and the one listed in <u>Paragraph 3</u> to show how they both interconnect to equal the number of votes associated with Adams County PA's suspect vote flip defined in <u>Paragraph 1</u>.

| Calculation | Result | Note |
|---|---|---|
| (((10-((3141.59-2618.034)^(1/4)))/SQRT(3.14159))/SQRT(2718.28*2)) = | 0.03991**6** | ((1.690589-1.252537)-(1.670631-1.272495)) = **0.039916**. |
| ((((10-((3141.59-2618.034)^(1/4)))/SQRT(3.14159))/SQRT(2718.28*2))/2) = | 0.01995**8** | (((1.690589-1.252537)-(1.670631-1.272495))/2) = **0.019958.** |

5) The first two calculations below are variations of the ones listed in <u>Paragraph 4</u>, only the full value for each math constant, multiplied by 1000, is used in place of their

commonly referred to values, to show how the suspect *vote flip* amounts that came out of the tabulation/counting process that took place during Pennsylvania's 2020 Election, can be replicated in a calculation using all geometric and rate of change math constants/logic.

| Expression | Value | Equivalent |
|---|---|---|
| $(((10-(((PI()*1000)-2618.03399)^{(1/4)}))/SQRT(PI()))/SQRT((EXP(1)*1000)*2)) =$ | 0.039916 | $((1.690589-1.252537)-(1.670631-1.272495)) = 0.039916$ |
| $((((10-(((PI()*1000)-2618.03399)^{(1/4)}))/SQRT(PI()))/SQRT((EXP(1)*1000)*2))/2) =$ | 0.019958 | $(((1.690589-1.252537)-(1.670631-1.272495))/2) = 0.019958$ |
| $((1.670631-1.272495)+(((10-(((PI()*1000)-2618.03399)^{(1/4)}))/SQRT(PI()))/SQRT((EXP(1)*1000)*2))) =$ | 0.438052 | , equals Trump/Pence 11/3/2020, 11:09 PM lead over Biden/Harris (1.690589-1.252537) = **0.438052**, shown on live TV, CNN. |
| $((1.690589-1.252537)-(((10-(((PI()*1000)-2618.03399)^{(1/4)}))/SQRT(PI()))/SQRT((EXP(1)*1000)*2))) =$ | 0.398136 | , equals Trump/Pence 11/3/2020, 11:10 PM lead over Biden/Harris (1.670631-1.272495) = **0.398136**, shown on live TV, CNN. |

6) Additionally, recall, ECF No. 96, Paragraph 10, shows the time period that elapsed between Adams County PA file update, and when CNN reported that update to the Public, was about 20 seconds. This proves CNN had instant access to Pennsylvania's Election results, at the county level, bypassing State and NY-Times/Edison intermediaries, which makes the fact-checkers explanation, shown at ECF No. 96, Paragraph 9, untrue. And recognize, no audit is necessary to prove this, as the county timestamp certifies when a change was made to Adams County's file, see ECF No. 96, Paragraph 10, and CNN's airing of this change, ECF No. 96, Paragraph 2, can be used to certify the time CNN received Adams County PA's Election results to air, which no pun on words can change.

And know, uncovering what occurred during this 20 second time period will expose a key part of the math process engineered to manipulate and configure the vote totals that were coming out of the tabulation processes for Pennsylvania's 2020 Presidential Election.

7) Lastly, recall, ECF No. 90, Paragraph 7, which the calculation listed below is from, shows how the suspect values hidden under the guise of the untrue reports at issue in that *loosely related matter* was used as a target or guide value in the engineered math process that manipulated Adams County, PA 11/03/2020 vote results for Trump/Pence, 1,670,631 votes, and Biden/Harris, 1,272,495 votes, that was shown live on CNN, at 11:10 PM EST. And to resay, one subpoena to Marshall & Swift requesting the replication and details concerning these records, to confirm they are untrue, will prove this claim, and more.

- **Multiply by "10", or "0.1"**, is a decimal point maneuver used to bring a value in a calculation back in line, so it can continue on, which was explained in detail in ECF No. 26, paragraphs 29, 36, 37, 39, 40, and 41.

$$(1/\operatorname{SQRT}((1.670631-1.272495)*10)) = 0.501169$$

, equates to the **"501170"** and **"501171"** Reconstruction Cost values hidden under the guise of the untrue MSB Express Report, Seneca 1395-1396, which in reality will be a target or guide value of some type used in these mathematically engineered schemes to reach a predetermined outcome.

**RESPECTFULLY SUBMITTED,**

**/s ERCOLE MIRARCHI, prose**