IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERCOLE A. MIRACHI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| KATHY BOOCKVAR, *et al*, | : No. 21-126 |
| Defendants. | : |

## ORDER

**AND NOW**, this 30th day of December, 2021, upon review of all pending motions in this matter, as well as all responses, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendants, Centre County, Dauphin County and Lackawanna County Boards of Elections (Docket No. 33) is **GRANTED**;

2. The Motion to Dismiss of Defendant, Kathy Boockvar (Docket No. 49) is **GRANTED**;

3. The Motion of Defendants, Montgomery County, Chester County and Bucks County Boards of Elections to Join in the Motion to Dismiss filed by Defendants Centre County, Dauphin County and Lackawanna County Boards of Elections (Docket No. 50) is **GRANTED**;

4. The Motion of Defendant, Philadelphia County Board of Elections, to join in full the Motion to Dismiss filed by Centre County, Dauphin County, and Lackawanna County Boards of Elections and to join in part the Motion to Dismiss filed by Defendant Kathy Boockvar (Docket No. 53) is **GRANTED**;

5. The Motion of Defendant, Allegheny County Board of Elections, to join in full the

Motion to Dismiss filed by Centre County, Dauphin County, and Lackawanna County Boards of Elections and to join in part the Motion to Dismiss filed by Defendant Kathy Boockvar (Docket No. 58) is **GRANTED**;

    6.   The Motion to Dismiss filed by Defendants, Joseph R. Biden, Kamala D. Harris, the Federal Bureau of Investigation, the United States Securities and Exchange Commission, the United States Department of Justice, and the United States House Committee on Financial Services (Docket No. 61) is **GRANTED**;

    7.   This matter is **DISMISSED WITH PREJUDICE**; and

    8.   The Clerk of Court shall close this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.